IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD L. MOON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-261-JJF |
| | ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant The Delaware River and Bay Authority moves for partial judgment on the pleadings. The grounds for this motion are set forth in the accompanying brief and supporting appendix.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6623
Facsimile: (302) 576-3282, 3314
wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Defendant
Delaware River and Bay Authority

DATED:   August 3, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-261-JJF |
| ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2005, I electronically filed a true and correct copy of the foregoing **Defendant's Motion For Judgment On The Pleadings, Form of Order, and this Certificate of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Jeffrey K. Martin (Bar I.D. 2407)
    Keri L. Morris (Bar I.D. 4656)
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Adria B. Martinelli
    William W. Bowser, Esquire (Bar I.D. 2239)
    Adria B. Martinelli, Esquire (Bar I.D. 4056)
    The Brandywine Building, 17th Floor
    1000 West Street
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6601, 6613
    Facsimile: (302) 576-3282, 3314
    Email: wbowser@ycst.com; amartinelli@ycst.com
    Attorneys for Defendants
    Delaware River and Bay Authority