IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-261-JJF |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## **ORDER**

NOW, THEREFORE, having considered the above-captioned Defendant's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) and responses thereto,

IT IS ORDERED this _____ day of _____, 2005, that the motion is GRANTED and the implied covenant claim, as well as all other discrimination allegations, except the failure to promote allegations previously raised with the EEOC, are dismissed with prejudice.

_____
Judge Joseph J. Farnan