IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-261-JJF |
| ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

**DEFENDANT'S APPENDIX TO**
**DEFENDANT'S OPENING BRIEF IN SUPPORT OF**
**ITS MOTION FOR JUDGMENT ON THE PLEADINGS**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6623
Facsimile: (302) 576-3282, 3314
wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Defendant
Delaware River and Bay Authority

DATED:    August 3, 2005

## **TABLE OF CONTENTS**

|  | Page |
|---|---|
| Charge of Discrimination dated April 6, 2004 | A1 |
| Charge of Discrimination dated September 24, 2004 | A3 |
| Dismissal and Notice of Rights dated January 31, 2005 | A5 |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974 See enclosed Privacy Act Statement and other information before completing this form | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>170-2004-01686 |
|---|---|---|

Delaware Department Of Labor _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr, Ms, Mrs) | Home Phone No (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Howard Moon, Jr. | (302) 836-3894 | 05-27-1956 |

Street Address: 6 South Merriment Drive, Newark, DE 19702

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others (If more than two, list under PARTICULARS below)

| Name | No Employees Members | Phone No (Include Area Code) |
|---|---|---|
| DELAWARE RIVER & BAY AUTHORITY | 500 or More | (302) 571-6300 |

Street Address: P. O. Box 71, New Castle, DE 19702

DISCRIMINATION BASED ON (Check appropriate box(es)):
☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-01-2003   Latest: 01-26-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed attach extra sheet(s)):

I. I was hired in or about November 1992. My current position is Reservations Administrator. In 2003 I was denied promotions to the following positions: in or about June 2003 I was denied promotion to the position of EZ Pass Manager, in or about November 2003 I was denied a promotion to the position of Business Development Representative, in or about September 2003 I was denied the opportunity to interview for the position of Acting Director of Ferry Operations, in or about September 2003 I was denied a promotion to the position of Acting Assistant Director of Ferry Operations, in or about November 2003 I was denied promotion to the position of Director of Ferry Operations and in or about December 2003 I was denied promotion to the position of Director of Toll Operations/Toll Superintendent. I am highly qualified for all of the positions for which I was denied promotions.

II. I believe that I have been discriminated against because of my race, black. Joe DeSantis (W), was selected for the position of EZ Pass Manager. The position was not posted, in accordance with policy and Mr. DeSantis was selected noncompetitively for the position of EZ Pass Manager. AJ Trezenza (W) was selected for the position of Business Development Representative. Initially the position was posted at the same pay grade as myself. The pay grade was later changed and Mr. Trezenza was paid a salary of more than $60,000.00. I did not apply for the position of Business Development Representative because I had already applied for the position of Director of Ferry Operations. Steve

I want this charge filed with both the EEOC and the State or local Agency, if any I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures

I declare under penalty of perjury that the above is true and correct.

Date: 4/6/04    Charging Party Signature: [signature]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge information and belief
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

D 0003

A1

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 170-2004-01686 |

Delaware Department Of Labor _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(Continued from previous page)*:

Russell (W) was selected for the position of Acting Director of Ferry Operations. The position was not posted, in accordance with policy. Brian McEwing (W), was afforded the opportunity to move into the position of Acting Assistant Director of Ferry Operations. As Acting Assistant Director of Ferry Operations, Mr. McEwing has the opportunity to perform the duties of the Director of Ferry Operations, in the absence of Mr. Russell. Jim Nelson was selected for the position of Director of Ferry Operations. Mr. Nelson was hired from outside. I was informed that I did not qualify for the position of Director of Ferry Operations, yet Mr. Russell was informed that he did qualify. My qualifications are superior to those of Mr. Russell's. I contend that I am better qualified than all of the aforementioned white individuals who were selected, based on my experience and/or educational background.

III.  On or about April 1, 2004 I met with Trudy Spence-Parker (W), Chief Human Resources Officer, Consuella Petty-Judkins (B), EEO Manager and Jim Johnson (W), CEO to discuss my correspondence to the Board regarding discrimination in the workplace. During this meeting, Ms. Spence-Parker put her finger in my face and shouted "I am Chief of Human Resources and issues concerning promotions of employees were not my concern and I would be held accountable." Ms. Spence-Parker's outburst was in response to my providing example of discrimination in the workplace.

IV.  I further allege that Black employees are discriminated against, as a class, by being subjected to differential terms and conditions of employment. Additionally, Black employees are under-represented, as a class, in upper management positions and the organization, as a whole.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief<br>SIGNATURE OF COMPLAINANT |
| 4/6/04   *[signature]*<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day year)* |

D 0004

A2

10/04/2004 11:07 FAX 3025716420          DRBA HUMAN RESOURCES                              ☑002

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>170-2004-03297 |

Delaware Department Of Labor                                                 and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>**Mr. Howard Moon, JR** | Home Phone No (Incl Area Code)<br>**(302) 836-3894** | Date of Birth<br>**05-27-1956** |

Street Address                          City, State and ZIP Code
**6 South Merriment Drive,**            **Newark, DE 19702**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**DELAWARE RIVER & BAY AUTH** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(302) 571-6300** |

Street Address                          City, State and ZIP Code
**Rt 295 And New Castle Avenue,**       **New Castle, DE 19720**

| Name | No. Employees, Members | Phone No. (Include Area Code) |

Street Address                          City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **04-30-2004**   Latest: **09-24-2004**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the company in 1992. I filed a charge of employment discrimination in April 2004, (Charge Number 170-2004-01686). The case is still pending. Beginning around April 30, 2004, I have been retaliated against in the following manner:

I was excluded from participating in the strategic and management planning meetings in April 2004 (two); one meeting in June 2004 and one meeting in August 2004. I believe I should have been selected in the June and August meetings based upon my knowledge, history and significance of being the first minority department head.

I applied for the position of Superintendent of Tolls in June 2004. I asked to have access to information which could be gathered via the FOIA (Freedom of Information Act). Jim Walls (W), Chief Operations Office, informed me in June 2004, that he would not grant me access to this information. He said I did not need it and could prepare myself for the interview, via the annual reports. I was interviewed for the position in August 2004, along with three other selectees (out of 28 candidates). Recently I was told that none of us would be considered for the position and the position will be opened to outside candidates. I believe this occurred because I was highly qualified for this position.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Sep 24, 2004       /s/ Howard Moon
Date               Charging Party Signature

A3

10/04/2004 11:08 FAX 3025716420          DRBA HUMAN RESOURCES                    ☒003

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | ☐ FEPA<br>☒ EEOC | 170-2004-03297 |

_____Delaware Department Of Labor_____ and EEOC
*State or local Agency, If any*

THE PARTICULARS ARE (Continued from previous page):

I applied for the position of Assistant Director of Ferry Operations in July 2004. I was denied an interview for this position because I do not meet the qualifications for this position in that I do not have a USCG Masters License. The qualifications said that this was a preference, not a requirement. No one has been selected for this position as of this date.

I was told by a front line employee that Mr. Jim Johnson, CEO, is telling employees that they cannot talk to me since they were served a letter by my attorney, regarding my EEO complaint. I believe this information is private and such statements are an attempt to slander my character.

Because of the foregoing, I believe I have been subjected to retaliatory treatment for filing a charge of employment discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe the African American employees continue to be denied equal opportunity for promotions and advancement and subjected to a different standard than white employees.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Sep 24, 2004          [signature]<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

A4

EEOC Form 161 (10/96)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**   

## DISMISSAL AND NOTICE OF RIGHTS

To: Howard Moon, Jr.
6 South Merriment Drive
Newark, DE 19702

From: Equal Employment Opportunity Commission
Philadelphia District Office
The Bourse
21 S. Fifth Street, Suite 400
Philadelphia, PA 19106-2515

[ ]   *On behalf of person(s) aggrieved whose identity is*
       CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 170-2004-03297 | Legal Unit | 215-440-2828 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability that is covered by the Americans with Disabilities Act

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statues

[ ]   We cannot investigate your charge because it was not filed within the time limit required by law.

[ ]   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]   While reasonable efforts were made to locate you, we were not able to do so.

[ ]   You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[ x ]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*   _____

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not **be collectible.**

On behalf of the Commission

*Marie C. Tomasso*           January 3/2005
Marie M. Tomasso, District Director       *(Date Mailed)*

Enclosure(s)
   Information Sheet
cc:   Adria B. Martinelli, Esq. For Respondent

A5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-261-JJF |
| ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2005, I electronically filed a true and correct copy of the foregoing **Defendant's Appendix to Defendant's Opening Brief In Support Of Its Motion For Judgment On The Pleadings and this Certificate of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jeffrey K. Martin (Bar I.D. 2407)
> Keri L. Morris (Bar I.D. 4656)
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Defendants
Delaware River and Bay Authority