## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HOWARD L. MOON, JR.,                          :
                                              :
        Plaintiff,                            :       C.A. NO.  05-261 (JJF)
                                              :
        v.                                    :
                                              :       JURY TRIAL DEMANDED
THE DELAWARE RIVER AND BAY                    :
AUTHORITY,                                    :
                                              :
        Defendant.

## STIPULATION FOR EXTENTION OF TIME

IT IS HEREBY STIPULATED between the parties that the time for Plaintiff to

Answer Defendant's Motion for Judgment on the Pleadings is extended until August 29,

2005.

MARGOLIS EDELSTEIN                    YOUNG CONAWAY STARGATT &
                                      TAYLOR, LLP


*Keri L. Morris*                      *[signature]*
Jeffrey K. Martin, Esq. (#2407)       William W. Bowser, Esq. (#2239)
Keri L. Morris, Esq. (#4656)          Adria B. Martinelli, Esq. (#4056)
1509 Gilpin Avenue                    The Brandywine Building, 17th Floor
Wilmington, DE 19806                  1000 West Street, P.O. Box 391
Telephone: (302) 777-4680             Wilmington, DE 19899-0391
Facsimile: (302) 777-4682             Telephone: (302) 571-6601, 6613
jmartin@margolisedelstein.com         Facsimile: (302) 576-3282, 3314
kmorris@margolisedelstein.com         wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Plaintiff               Attorneys for Defendant


IT IS SO ORDERED this _____ day of August, 2005.


_____
                        J.