IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | : |
| Plaintiff, | : |
| | : C.A. NO. 05-261 (JJF) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| THE DELAWARE RIVER AND BAY AUTHORITY, | : |
| Defendant. | : |

## ORDER

NOW, THEREFORE, having considered the Defendant's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) and responses thereto,

IT IS ORDERED this _____ day of _____, 2005, that the motion is DENIED.

_____
Judge Joseph J. Farnan