IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOWARD L. MOON, JR., :
:
    Plaintiff, :
: C.A. NO. 05-261 (JJF)
    v. :
: JURY TRIAL DEMANDED
THE DELAWARE RIVER AND BAY :
AUTHORITY, :
:
    Defendant.

## AFFIDAVIT OF HOWARD L. MOON

I, Howard L. Moon, being duly sworn according to law, hereby depose and say as follows:

1.     I am the Plaintiff in the above-captioned matter.

2.     On or around March 10, 2004, I met with a representative of the Equal Employment Opportunity Commission ("EEOC") at the Philadelphia District Office for approximately thirty (30) minutes to discuss the filing of a charge of employment discrimination against the Delaware River and Bay Authority ("DRBA").

3.     During the March 10, 2004 meeting, I specifically raised the issues of race discrimination and a hostile work environment based on race. In addition to the paperwork that EEOC requested that I complete, I attached additional documentation to support my charge. During this meeting, I discussed all of my allegations with the EEOC representative and was advised that the investigator assigned to the case was the individual who would review all of the allegations that were raised.

4.     When I returned to the EEOC to file the Charge, I questioned the EEOC representative regarding her failure to include all of my allegations in the charging

B-0001

document. The EEOC representative advised me that all of the claims which were set forth in the supplementary documentation submitted during my March 2004 meeting and April 6, 2004 meeting would be "part of the investigative process and that [I] would be given another opportunity to address [my] issues." Furthermore, the EEOC representative advised me that the EEOC was backlogged and that I could request my notice of right to sue shortly after the filing of the charge.

5. The only correspondence I received from the EEOC regarding my initial Charge was a letter from Mrs. D. Bush dated May 12, 2004.

6. When I filed the second charge of discrimination alleging retaliation, I once again questioned the failure of the EEOC representative to check "continuing action" on the face of Charge. However, I was advised that this was the appropriate manner in which to file a retaliation charge.

7. When I filed my lawsuit, all of the allegations set forth which begin in 1992 were provided to the EEOC in the supplemental documentation provided by me during the March 10, 2004 meeting and the April 6, 2004 meeting.

Howard L. Moon, Jr.

SWORN TO AND SUBSCRIBED before
this 29th day of August, 2005.

Keri L. Morris, Esq., Notary Public

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 170-2004-01686 |

Delaware Department Of Labor                                and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Howard Moon, Jr. | (302) 836-3894 | 05-27-1956 |

Street Address: 6 South Merriment Drive, Newark, DE 19702

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No (Include Area Code) |
|---|---|---|
| DELAWARE RIVER & BAY AUTHORITY | 500 or More | (302) 571-6300 |

Street Address: P. O. Box 71, New Castle, DE 19702

DISCRIMINATION BASED ON (Check appropriate box(es)):
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-01-2003    Latest: 01-26-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was hired in or about November 1992. My current position is Reservations Administrator. In 2003 I was denied promotions to the following positions: in or about June 2003 I was denied promotion to the position of EZ Pass Manager, in or about November 2003 I was denied a promotion to the position of Business Development Representative, in or about September 2003 I was denied the opportunity to interview for the position of Acting Director of Ferry Operations, in or about September 2003 I was denied a promotion to the position of Acting Assistant Director of Ferry Operations, in or about November 2003 I was denied promotion to the position of Director of Ferry Operations and in or about December 2003 I was denied promotion to the position of Director of Toll Operations/Toll Superintendent. I am highly qualified for all of the positions for which I was denied promotions.

II. I believe that I have been discriminated against because of my race, black. Joe DeSantis (W), was selected for the position of EZ Pass Manager. The position was not posted, in accordance with policy and Mr. DeSantis was selected noncompetitively for the position of EZ Pass Manager. AJ Trezenza (W) was selected for the position of Business Development Representative. Initially the position was posted at the same pay grade as myself. The pay grade was later changed and Mr. Trezenza was paid a salary of more than $60,000.00. I did not apply for the position of Business Development Representative because I had already applied for the position of Director of Ferry Operations. Steve

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 4/6/04    Charging Party Signature: [signature]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>170-2004-01686 |
|---|---|---|

Delaware Department Of Labor _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (Continued from previous page):

Russell (W) was selected for the position of Acting Director of Ferry Operations. The position was not posted, in accordance with policy. Brian McEwing (W), was afforded the opportunity to move into the position of Acting Assistant Director of Ferry Operations. As Acting Assistant Director of Ferry Operations, Mr. McEwing has the opportunity to perform the duties of the Director of Ferry Operations, in the absence of Mr. Russell. Jim Nelson was selected for the position of Director of Ferry Operations. Mr. Nelson was hired from outside. I was informed that I did not qualify for the position of Director of Ferry Operations, yet Mr. Russell was informed that he did qualify. My qualifications are superior to those of Mr. Russell's. I contend that I am better qualified than all of the aforementioned white individuals who were selected, based on my experience and/or educational background.

III. On or about April 1, 2004 I met with Trudy Spence-Parker (W), Chief Human Resources Officer, Consuella Petty-Judkins (B), EEO Manager and Jim Johnson (W), CEO to discuss my correspondence to the Board regarding discrimination in the workplace. During this meeting, Ms. Spence-Parker put her finger in my face and shouted "I am Chief of Human Resources and issues concerning promotions of employees were not my concern and I would be held accountable." Ms. Spence-Parker's outburst was in response to my providing example of discrimination in the workplace.

IV. I further allege that Black employees are discriminated against, as a class, by being subjected to differential terms and conditions of employment. Additionally, Black employees are under-represented, as a class, in upper management positions and the organization, as a whole.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct<br><br>4/6/04 _____<br>Date     Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day year) |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215)440-2600
TTY (215)440-2610
FAX (215) 440-2604 & 2632

Deborah Bush, Federal Investigator
(215) 440.2646
deborah.bush@eeoc.gov

May 12, 2004

Our Reference:    Charge Number: 170-2004-01686
                  Moon, Jr. vs. Delaware River & Bay Authority

Mr. Howard Moon, Jr.
6 South Merriment Drive
Newark, DE 19702

Dear Mr. Moon:

This is to notify you that I have been assigned to investigate the above-referenced charge of discrimination.

If you have additional information, including documentation, names of witnesses or witness statements that you wish to provide, please send it to my attention at the above address. Please refer to the above referenced charge number in any correspondence.

I can be reached at (215) 440-2646 between the hours of 8:30 a.m. and 5:00 p.m.

Sincerely,

Mrs. D. Bush
Federal Investigator

cc:

B-0005

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA  ☒ EEOC

Agency(ies) Charge No(s): 170-2004-03297

Delaware Department Of Labor and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.): Mr. Howard Moon, JR
**Home Phone No** (Incl Area Code): (302) 836-3894
**Date of Birth**: 05-27-1956
**Street Address**: 6 South Merriment Drive,
**City, State and ZIP Code**: Newark, DE 19702

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: DELAWARE RIVER & BAY AUTH
**No. Employees, Members**: 500 or More
**Phone No.** (Include Area Code): (302) 571-6300
**Street Address**: Rt 295 And New Castle Avenue,
**City, State and ZIP Code**: New Castle, DE 19720

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 04-30-2004    Latest: 09-24-2004
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired by the company in 1992. I filed a charge of employment discrimination in April 2004, (Charge Number 170-2004-01686). The case is still pending. Beginning around April 30, 2004, I have been retaliated against in the following manner:

I was excluded from participating in the strategic and management planning meetings in April 2004 (two); one meeting in June 2004 and one meeting in August 2004. I believe I should have been selected in the June and August meetings based upon my knowledge, history and significance of being the first minority department head.

I applied for the position of Superintendent of Tolls in June 2004. I asked to have access to information which could be gathered via the FOIA (Freedom of Information Act). Jim Walls (W), Chief Operations Office, informed me in June 2004, that he would not grant me access to this information. He said I did not need it and could prepare myself for the interview, via the annual reports. I was interviewed for the position in August 2004, along with three other selectees (out of 28 candidates). Recently I was told that none of us would be considered for the position and the position will be opened to outside candidates. I believe this occurred because I was highly qualified for this position.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Sep 24, 2004
*Date*    *Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

| EEOC Form 8 (5/01) | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>170-2004-03297 |

Delaware Department Of Labor _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (Continued from previous page):

I applied for the position of Assistant Director of Ferry Operations in July 2004. I was denied an interview for this position because I do not meet the qualifications for this position in that I do not have a USCG Masters License. The qualifications said that this was a preference, not a requirement. No one has been selected for this position as of this date.

I was told by a front line employee that Mr. Jim Johnson, CEO, is telling employees that they cannot talk to me since they were served a letter by my attorney, regarding my EEO complaint. I believe this information is private and such statements are an attempt to slander my character.

Because of the foregoing, I believe I have been subjected to retaliatory treatment for filing a charge of employment discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe the African American employees continue to be denied equal opportunity for promotions and advancement and subjected to a different standard than white employees.

*[SEP 2004 Received EEOC - Philadelphia District Office stamp]*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Sep 24, 2004<br>Date    [signature] Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 161 (10/96)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION



## DISMISSAL AND NOTICE OF RIGHTS

To: Howard Moon, Jr.
6 South Merriment Drive
Newark, DE 19702

From: Equal Employment Opportunity Commission
Philadelphia District Office
The Bourse
21 S. Fifth Street, Suite 400
Philadelphia, PA 19106-2515

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 170-2004-03297 | Legal Unit | 215-440-2828 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[x] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state) _____

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Marie C. Tomasso, January 3/2005

Marie M. Tomasso, District Director        (Date Mailed)

Enclosure(s)
Information Sheet

cc: Adria B. Martinelli, Esq. For Respondent

Howard L. Moon Jr., MBA
6 South Merriment Drive
Newark, Delaware 19702

February 10, 2005

U.S. Equal Employment Opportunity Commission (Philadelphia District Office)
21 South 5th Street, Suite 400 Attention: Mrs. D. Bush
Philadelphia, PA 19106-2515

**Re:** EEOC Charge Number 170-2004-01686
Howard L. Moon Jr. v. Delaware River & Bay Authority

Dear Sir(s) or Madam(s):

I am requesting an immediate **Letter of Right to Sue** the Delaware River And Bay Authority (Charge # **170-2004-01686**) for employment discrimination under the Title VII Civil Rights Act, and being harassed and subjected to a hostile working environment.

Please expedite the process to allow me enough time to file this case in Federal District court along with my 2nd EEOC complaint (Charge # 170-2004-03297). The EEOC dismissed the 2nd complaint without combining the charges or giving me a chance to provide additional evidence to refute my employers response. I received my notice of dismissal and letter of right to sue (170-2004-03297) on February 2, 2005.

Your assistance and cooperation will be highly appreciated.

Sincerely,

Howard L. Moon Jr., MBA

CC:   Attorney at Law - Jeffrey Martin
      Margolis and Edlestein
      1509 Gilpin Ave.
      Wilmington, DE 19806

B-0009