IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-261-JJF |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

**STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANT TO FILE ITS REPLY BRIEF**

IT IS HEREBY STIPULATED between the parties that the time for Defendant to file its Reply Brief in response to Plaintiff's Answering Brief in Opposition to Defendant's Motion for Judgment on the Pleadings is extended until Thursday, September 15, 2005.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MARGOLIS EDELSTEIN |
|---|---|
| /s/ Adria B. Martinelli | /s/ Keri L. Morris |
| William W. Bowser, Esquire (Bar I.D. 2239) | Jeffrey K. Martin, Esquire (Bar I.D. 2407) |
| Adria B. Martinelli, Esquire (Bar I.D. 4056) | Keri L. Morris, Esquire (Bar I.D. 4656) |
| The Brandywine Building, 17th Floor | 1509 Gilpin Avenue |
| 1000 West Street, P.O. Box 391 | Wilmington, DE 19806 |
| Wilmington, Delaware 19899-0391 | Telephone: (302) 777-4680 |
| Telephone: (302) 571-6601, 6623 | Fascimile: (302) 777-4682 |
| Facsimile: (302) 576-3282, 3314 | jmartin@margolisedelstein.com |
| wbowser@ycst.com; amartinelli@ycst.com | kmorris@margolisedelstein.com |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Delaware River and Bay Authority | Howard L. Moon, Jr. |

IT IS SO ORDERED this _____ day of September 2005.

_____
Judge Farnan