IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-261-JJF |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

# APPENDIX TO
# DEFENDANT'S REPLY BRIEF IN SUPPORT OF
# ITS MOTION FOR JUDGMENT ON THE PLEADINGS

YOUNG CONAWAY STARGATT & TAYLOR, LLP

William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6623
Facsimile: (302) 576-3282, 3314
wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Defendant
Delaware River and Bay Authority

DATED:     September 15, 2005

## TABLE OF CONTENTS

**PAGE**

May 11, 2004, Jeffrey K. Martin Letter to Jim Johnson ............................................................. C1

**JEFFREY K. MARTIN, P.A.**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
(302) 777-4680
Facsimile (302) 777-4682

JEFFREY K. MARTIN, ESQ.
MEMBER OF DE, PA & NJ BARS

E-MAIL ADDRESS
jmartin@jkmpa.com

May 11, 2004

Jim Johnson, Executive Director
Delaware River and Bay Authority
DRBA Executive Office
P.O. Box 71
Route 295 & New Castle Avenue
New Castle, Delaware 19720

RE:  HOWARD L. MOON v. DELAWARE RIVER AND BAY
     AUTHORITY; EEOC CHARGE NO. 170-2004-01686

Dear Jim:

    Please be advised that this firm represents Howard L. Moon in the above-captioned matter, EEOC Charge Number 170-2004-01686, for his employment issues and discrimination claim against the Delaware River and Bay Authority.

    I would appreciate it if you would direct all future communication regarding this matter directly to this office. Should you wish to discuss resolution of this matter without the need for litigation in the United States District Court, please do not hesitate to call me at 302-777-4680. In the interim, any future meetings and/or discussions with my client regarding this matter should be arranged through this office and will require my involvement and/or presence.

    Thank you very much for your anticipated cooperation in this matter. I look forward to hearing from you and hope to resolve this matter quickly and amicably.

Very truly yours,

JEFFREY K. MARTIN

cc:  Michael Parkowski
     Dr. Warren Wallace
     Howard L. Moon

**C1**