IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | : |
| | : |
| Plaintiff, | : C.A. NO. 05-261 (JJF) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| THE DELAWARE RIVER AND BAY AUTHORITY, | : |
| | : |
| Defendant. | : |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Jeffrey K. Martin, Esquire of Margolis Edelstein, for Keri L. Morris, Esquire, formerly of Margolis Edelstein, counsel for Plaintiff in the above-captioned matter.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com
Attorney for Plaintiff

Dated: November 9, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | : |
| | : |
| Plaintiff, | : C.A. NO. 05-261 (JJF) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| THE DELAWARE RIVER AND BAY AUTHORITY, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on November 9, 2005, I electronically filed *Substitution of Counsel* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

William W. Bowser, Esquire
Adria Benner Martinelli, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806