IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | : |
| Plaintiff, | : C.A. NO. 05-261 (JJF) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| THE DELAWARE RIVER AND BAY AUTHORITY, | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

Please enter the appearance of Lori A. Brewington, Esquire of Margolis Edelstein as counsel for Plaintiff in the above-captioned matter.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680
Attorneys for Plaintiff

Dated: December 6, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | : |
| | : |
| Plaintiff, | : C.A. NO. 05-261 (JJF) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| THE DELAWARE RIVER AND BAY | : |
| AUTHORITY, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on December 6, 2005, I caused two copies of the foregoing *Entry of Appearance* to be served by First Class U.S. Mail, postage prepaid on the following: William W. Bowser, Esquire

Adria Benner Martinelli, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806