IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOWARD L. MOON, JR.,          :
                              :
        Plaintiff,            :
                              :
    v.                        :    Civil Action No. 05-261-JJF
                              :
THE DELAWARE RIVER AND BAY    :
AUTHORITY,                    :
                              :
        Defendant.            :

### O R D E R

At Wilmington, this 24 day of February, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion For Partial Judgment On The Pleadings (D.I. 4) is **GRANTED** with respect to Plaintiff's claim of hostile work environment and Plaintiff's fourth cause of action, breach of the implied covenant of good faith and fair dealing;

2. Defendant's Motion For Partial Judgment On The Pleadings (D.I. 4) is **DENIED** with respect to Plaintiff's claim that Defendant unlawfully failed to promote him to COO in November, 2002.

                                    _____
                                    UNITED STATES DISTRICT JUDGE