# EEOC AFFIDAVIT

*(This form is affected by the Privacy Act of 1974. See Privacy Act Statement on reverse before completing this form.)*

| NAME | TELEPHONE NUMBER (Give area code) |
|---|---|
| Howard Moon, Jr. | HOME: (302) 836-3894    WORK: |

**ADDRESS** (Number, street, city, state, zip)
6 South Merriment Drive, Newark, DE 19702

## THE FOLLOWING PERSON CAN ALWAYS CONTACT ME

**NAME AND TELEPHONE NUMBER**
Howard Moon, Sr. (856) 795-8378

**ADDRESS** (Number, street, city, state, zip)
1840 Frontage Road, Mark 70, Apt. 802, Cherry Hill, NJ 08034

## STATUS OF EMPLOYMENT

| CHECK ONE: | NAME OF EMPLOYER |
|---|---|
| [X] WORKING   [ ] NOT WORKING   [ ] SOUGHT EMPLOYMENT AT | DELAWARE RIVER 7 BAY AUTHORITY |

| TYPE OF BUSINESS | DATES OF EMPLOYMENT | FROM: 11/92 | TO: PRESENT |
|---|---|---|---|
|  | WHEN EMPLOYMENT WAS SOUGHT | FROM: | TO: |

| POSITION TITLE | DEPARTMENT |
|---|---|
| RESERVATIONS ADMINISTRATOR |  |

**ADDRESS** (Number, street, city, state, zip)

EEOC Form 133 (10/94)

*I declare under the penalty of perjury that the foregoing is true and correct.*

| DATE | SIGNATURE OF WITNESS | SIGNATURE OF EEOC REPRESENTATIVE | PAGE 1 OF 12 |
|---|---|---|---|
| Apr 06, 2004 | [signature] |  |  |

**PRIVACY ACT STATEMENT:** (This form is covered by the Privacy Act of 1974, Public Law 93-579. Authority for requesting and uses of the personal data are given below.)

1. FORM NUMBER/TITLE/DATE: EEOC FORM 133, EEOC AFFIDAVIT, December 1993.
2. AUTHORITY: 42 USC 2000e(9), 29 USC 201, 29 USC 621, 42 U.S.C. 12117.
3. PRINCIPAL PURPOSES: Provides a standardized format for obtaining sworn statements of information relevant to a charge of discrimination.
4. ROUTINE USES. These affidavits are used to: (1) make an official determination regarding the validity of the charge of discrimination; (2) guide the Commission's investigatory activity; and (3) in Commission litigation, to impeach or substantiate a witness's testimony.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide an affidavit has no effect upon the jurisdiction of the Commission to process a charge. However, sworn statements submitted by the parties, are, of course, relied upon more heavily than unsworn statements in making a determination as to the existence of unlawful discrimination.

REVERSE OF EEOC FORM 133 (10/94)

Howard Moon Jr. EEOC Case File:                              4/5/04
2003

- Sent letter (see attachment letter) **February 3, 2004** to DRBA Chairman and Vice Chairman of the Board of Directors (non-stipend appointments) regarding a long history of racism, no opportunities for minority promotions or advancement, under-representation of minorities, lower pay for minorities, lack of diversity and cultural competency and continued affirmative action violations and practices. *Did speak with Board Commissioner (Black), yet no formal response to date. It is very difficult going above the CEO who is a paid position and a large part of the problem.

- Received a letter on March 22, 2004 from CEO Jim Johnson (see letter) telling me that the DRBA opposes unlawful discrimination of any kind, etc…made reference to an attachment that was never enclosed, encouraged me to meet with EEO Manager Consuella Petty-Judkins to discuss my issues and she (EEO Manager) would investigate pursuant to policy; and encouraged me contact his office to schedule a meeting to discuss any outside issue pertaining to my letter. *I had already spoke with the EEO Manager in January 2004 after receiving denial letter for Director of Ferry Operations, informed EEO Manager on March 22, 2004 I had no interest meeting about letter or filing an internal complaint, nor did I call CEO Jim Johnson to schedule a meeting because all concerned parties are part of my EEOC complaint and should not investigate issues(conflict of interest) that involves them.*

- Received a request via e-mail on March 26, 2004 to attend an April 1, 2004 meeting with CEO Jim Johnson, Chief Human Resources Officer, Trudy Spence-Parker and EEO Manager Consuella Petty-Judkins. The following includes an <u>**added Harassment Complaint against Trudy Spence-Parker resulting from the April 1, 2004 meeting:**</u>
    - Mr. Johnson opened the meeting by stating the purpose of the meeting, which was to discuss his response letter with me. He went on to inform me that because I sent the letter to the DRBA Chair and Vice Chairman of the Board, that I would have to file a complaint with the EEO Manager and they would have to investigate. *I replied saying I did not want to make an internal complaint and was very clear in my letter. Mr. Johnson went on to asked what I had hoped to accomplish from the letter and I told him my call for action was in the last paragraph, and then had to instruct him it was the second to last paragraph. Mrs. Trudy Spence-Parker blurted out "**so this is about you** and wanting a higher level position created for you and I replied no, it was not just about me.*
    - *Attempts continued to be made by CEO and CHRO to get me to discuss the content of the letter and my issues, which I made it clear, that I did not want to do, because I believed it would not be in my not their best interest!* **I finally gave them one example of how I and other minorities were not treated equal and given the same advancement and pay opportunities afforded to white employees and reminded Jim that last year when we met he stated to me that all jobs would be posted, no one would be given any positions and that I would have to apply like everyone else(Joe DeSantis and Steve Strusowski advancing into new positions and being given more pay without posting positions). Trudy stated that their situation were re-classifications and I said they were not because they were new positions and increases in pay occurred (Steve was a toll collector who moved up to Permanent EZPass and Account Maintenance Supervisor and Joe DeSantis was a Toll Supervisor who moved up to the EZPass Manager both moving up in the DRBA reporting chain)**
        - *Trudy Spence Parker leaned forward, pointed her finger at my face a raised her voice almost screaming that* <u>**"She is the Chief Human Resources Officer, Sir that is none of your business and you will be held accountable for your statement"**</u>
        - *I had to lean all the way back in my chair, hold my hand up as a surrendering prisoner would do, looked over at the CEO and say "all I did was give an example as instructed and here I am now getting threatened"CEO Jim did nothing, Trudy kept being aggressive and pointing her finger until finally I told them that I filed an EEOC complaint already and had a meeting April 6, 2004. She stopped pointing finger at that point however, continued efforts were made by Trudy and Jim to convince me that I am not qualified for an upper level management position that entails a significant pay jump. Upon discussing the Director of Ferry Operations*

> position Jim looked over at me a said okay Howard do you even know what a Bow Thruster is? I looked over at him in disbelief that he would make an assumption that I did not know the answer which I said "come on Jim you can't be serious."
> I also illustrated to them that just using my resume in determining my qualifications was against what I believed the DRBA hiring policies communicated (see Personnel Manual). I communicated what the Personnel manual stated which Trudy and Consuella said I was wrong until Jim pulled out the Personnel Manual and said It does say that but it uses the word <u>may use</u> (i.e. employee questionnaire, time of service, education, experience and performance evaluation for consideration) *<u>**Note: job description, performance evaluations nor time of service were considered in my application for Director of Ferry Operation. I was also told that you had to have run a ferry or maritime operation for five years to be considered for an interview. Posting clearly communicates five years of managerial experience in marine transportation operations including the transportation of vehicles and passengers which I have 8 years managerial experience and above the educational requirements for position.(Steve Russell made it to one of the final 3 candidates before dropping out at his own accord with three years experience as an Assistant Director, and much less education than myself)**</u>

- Denied EZPass Management position given to **Joe DeSantis** (Caucasian) **June 2003** which was initially suppose to be a chance for me to expand my duties as the Reservations Administrator into higher management role and pay position *(Built the call center, was told by in meeting former CEO that I would be running it, trained with Joe and others on the system and involved during the planning and implementation stage, told by former COO May 2001 that they would post it and Joe would only be temporary, I was much more qualified, they gave him two years in Acting and then just gave it to him) (DRBA also made another supervisory position and gave it to Steve Strusowski (Caucasian ) without posting or given any minority a chance July 2003 (had several qualified minorities which they passed over, gave him a raise and he is almost equal to me without degree or supervisory experience other than senior toll collector and acting supervisory capacity)

- Denied a chance at Business Development Representative 2003 because DRBA posted position within my pay category and changed it in November 2003 once I had already applied for Director of Ferry Operations (They had picked **AJ Trezenza** (Caucasian) who turned down the lower pay so they reposted position a week internally to justify given him 60K +)

- Denied opportunity to interview for Acting Director of Ferry Operations when Director retired in September 2003 * DRBA did not post and made **Steve Russell** (Caucasian) Acting Ferry Director 9/03 who was given Assistant Ferry Director in December 2000 without posting that position either *Steve Russell has had five discrimination cases against him yet he still gets rewarded and moved up while continuing to practice serial racism

- Denied me an opportunity to move into the Acting Assistant Director of Ferry Operations affording another Caucasian **Brian McEwing** who has already advanced his career to Port Captain, before that Training and Regulatory Officer, before that Marine Maintenance Supervisor etc...to act as Assistant Director and Acting Director when Steve Russell is off, even going over the Director of Marine Operations Mark Whittington who Brian falls under in the Organizational Chart

- Discouraged from pursuing the Director of Airports position which I applied for in October and dropped out November 3, 2003 after being told by the Chief Operations Officer **Jim Walls** that he was looking for someone who had FAA experience.

- Applied for Director of Ferry Operations which I am highly qualified for in November 2003 and after waiting for a month to hear anything received a letter of denial without even being granted an interview. Yet Steve Russell was granted an interview and made it into the final three candidates and then he submitted a request to drop out of consideration because he has allegedly has deal to become the Director of Southern Division Maintenance for DRBA which covers Cape

May – Lewes Ferry, Cape May and Millville Airports (no background in airports or FAA experience) and 3 Forts Crossing, yet when I applied for Director of Airports FAA was an issue)

- Steve Russell was a DRBA Policeman who graduated for the Police Academy, had knee problems and when I took over as Reservations Administrator in 1996 was given responsibilities to over see land-side Maintenance (no posting), then made Terminal Manager 1997-1998 (no Posting), then given Assistant Director of Ferry (Logistics) 1998 - 2000 again no posting, then made Assistant Director of Ferry Operations 12/2000 again no posting and made Acting Director of Ferry Operations 9/2003 again no posting and made the final three candidates for Permanent Director of Ferry Operations with only graduating from the Police Academy and some Community College Courses toward Bachelors of Arts
- Additionally has had five cases of discrimination against him (DRBA spent millions), used to brag about him and the former CEO (who was forced out under investigation taking the crew boats out of Lewes Delaware DRUNK and going to his house in New Jersey and falling into the front door upsetting his wife so much that she called him and the former CEO A...Holes and then bragged about when he woke up the Former CEO would be up eating cereal with his children
- Last Director of Ferry Operations interviews were in late 2000 where the three final candidates were white: Glenn Cox (former Port Engineer for Cape May-Lewes Ferry), outside applicant Fred Coldren (only had Associates degree and work experience in finance as City Administrator) and outside applicant Mark Whittington (Former Naval Officer with degree). The DRBA awarded Glenn Cox the job in 2000 (he retired 2002) and made two other positions for the other candidates Fred Coldren now Director of Administration and Mark Whittington now Director of Marine Operations. * Again did not give me an opportunity to apply for Director of Administration, which I would have qualified for.

- Between **September 2003** up until the **present, Steve Russell** has **not included** me in Cape May – Lewes Ferry meetings, keeps me in the dark, I am not acknowledged, sends directives or info through third parties, am disrespected by Guest Services Manager Charisse Rudolph (who was moved up in the reporting chain equal to my reporting structure) who sends directives in writing to me and my staff as a group, causing confusion and make incorrect statements, I am referred to in official documents by a title of Manager verses Administrator and was kept from knowing what was going on in the event I was interviewed for the Director of Ferry Operations would not have a competitive advantage. * See attached memos

- Met December 1, 2003 with Chief Human Resources Officer **Trudy Spence Parker** (Caucasian) in November to discuss applying for senior position Director of Ferry Operations where her advise to me was to develop an action plan for the interview which I never afforded an opportunity.

- Received letter in late December telling me they had a large applicant base and the DRBA decided to pursue other candidates (Caucasians) (Only had 35 Candidates verses the 129 for the Chief Operations and Chief Human Resources Officer in 2002) and cut and pasted the last paragraph from a letter sent to me from an outside agency (Touchstone) who denied me an opportunity in late 2002 for an interview for the Chief Operations Officer * The only person copied on the letter for the COO was CEO Jim Johnson.

- Was humiliated and offended in a January/February 2003 meeting with the **CEO Jim Johnson** (Caucasian )and **Human Resources Director Linda Murphy** (Caucasian ) where I voiced concern bout having completed over 40 professional and management certificate programs, was in a high level Executive MBA Program at Villanova, graduated Cum Laude with honors from the University of Delaware's School of Business and Economics earning a BS in Business Administration in 2002, where the Governor of Delaware Ruth Ann Minner was the speaker recognizing the 2002 Honor Graduates and my reward for such honors was a demotion, how I had continually been denied opportunities for equal management pay and advancement and how much my talents, experience, record of outstanding performance and dedication could benefit the DRBA and Jim Johnson replied: **Education and Training isn't everything, look at me I only have an Engineering Degree!!!**
    - He then went on to brag about the education and talents of the new COO and CHRO. (note: COO has BS in Management and Masters in Information Technology from Cabrini College who only experience is with one organization Amtrak, CHRO Masters in Organizational

   Dynamics from University of Penn and came from a German cabinet maker company based out of Canada where she was the Human Resources Director)
- I told him that even though I was denied an opportunity for an interview for COO and should have been granted an interview, the DRBA in its 40 year history had never employed a minority paid executive position and that the DRBA should have at least on minority as a member of the Executive Staff and he replied <u>"There were not any qualified minorities for those positions and that the most qualified candidates were awarded the positions"</u>. He then stated "That he would not bend to political pressure and would quit before he allowed that to happen."
- I also brought up in the meeting about how I should at least be given the needed supervisory position promised to a temp employee Tiffany Vincent who came back in mid 2002 to help us deal with shortages and the COO at the time Jeff Lewis said get a commitment from her and we would post the position in December 2002 because he didn't want to go before the Board for a Resolution which I did and then we denied her, my budget was cut and that we were on track to lose close to a million dollars in 2003. He replied: Oh, we can always outsource Reservations or move to the ferry and then he leaned back putting his hands up and now do not go around telling anyone I'm moving or outsourcing reservation! *By the end of 2003 my operation lost $818,797(15.27%) and for the first time since I took over this job in 1996 had revenues decline, had seven prior years of growth generating over 267% in annual revenues and increasing Net Income over 1000% The ferry lost $1,212,307 (8.3%) all projected my me at the end of 2002 and in this meeting and all losses incurred were in large part from budget reductions in key operational areas*
- I asked Jim Johnson again (had asked in prior meeting where his answer was if people aren't happy they should look at their options elsewhere and apply when opportunities come up) what must I do to get a chance to advance and he again hinted to looking at my options elsewhere

- Was denied an opportunity to interview for Acting Toll Plaza Manager in October 2003 which could have given me more experience and had a 5% pay adjustment, where they gave to George Ayars (Caucasian), toll supervisor with no college education. I could have kept my existing duties and handled that position which would have added to my resume. *I got hired in 1992 as a toll collector and spent 3 years in the Toll Department. They only let Toll Supervisors apply for Acting Position and the one black Toll Supervisor they have Carmen Dixon was not chosen

- Was denied a chance in December 2003 at a job I have been working towards for years Director of Toll and EZPass Operations. DRBA Executive staff investigated Director of Bridge Operations Curt Esposito (Caucasian) using our Police Department going back years after Curt would not take an Early Retirement Option in September 2003. They would have fired him but so many of the existing senior management team did similar things including the police and an Executive staff member that they moved Curt into the position as a demotion (while paying him the same $92,000 salary until June 2004) which blocks me getting a chance to apply for the position knowing I am definitely the front runner and had particular interest in the position when Toll Superintendent Raymond DiCamillo retired in September 2003. *Note Delaware Memorial Bridge Tolls only two permanent black employees Loretta Overton Toll Collector and Carmen Dixon Toll Supervisor out of aprox.. 30 - 40 permanent employees and two CSRs in EZPass out of five permanent employees two of them being white managers who were just given the jobs * Another black employee Joe Elam who has been out on Long Term Disability for two years who would have died had I not forced Curt Esposito and Raymond DiCamillo to keep him in Reservations under me because he was stressed, had been called nigger, passed over for promotions and really couldn't take it; I met with him and the to Directors who had agreed earlier to let me transfer Joe into my department and when Curt found out I made Joe Supervisor tried to squash the agreed arrangement and wanted him back in Tolls for Thanksgiving, I played hard ball and would have taken Joes problem to Executive Management, Curt let him stay and Joe had a Heart Attack on Thanksgiving Day while at home resting and if the Ambulance had not got there in five minutes he would have died. Joe was on a top priority transplant list afterwards until early last year where he is slowly re-covering

- In March and October 2003 Steve Russell sent me correspondence violating a sponsorship agreement stating that I would have to take leave time to attend class where I had a DRBA commitment that I would be granted time to attend class (See Documentation and Sponsorship Letter)

- On August 18, 2003 had meeting with **CHRO Trudy Spence-Parker** where she tried to force me to sign a 4 year commitment letter or the remaining funds for Villanova would be cut off. I would not sign because the DRBA did not keep to their sponsorship agreement to fund the $70,000 for my program where after I entered into the agreement with Villanova, CEO Jim Johnson came after and said I could only use funds under the traditional formal education program which provides $5200 a year and I had to borrow the funds to pay the invoicing. The DRBA under their funding would have only paid for less than 10 credits exempting me from the obligation which was understood at he beginning of my starting the program, the DRBA issued $3000 in 2002 and $5200 in January 2003. Trudy said the funds would be cut off however she was absolutely certain and pointed to the letter that I was granted time to attend class on company time. *The personnel manual only refers to a commitment for graduate work, however, the contract document states that an employee would give two years of service per each 30 credits. *Trudy also said that the letter of sponsorship did not say fully sponsored (endorsed) which meant partial sponsorship was the agreement and I replied that it did not say partial which inferred full sponsorship because their were only two choices partial or full which Villanova and I understood and believed as full. (I wrote a letter to former COO asking for a higher partial funds commitment and he said don't worry about it and sent the letter which Program Director Neil Sickerman contacted me and said my organization gave me full sponsorship and congratulated me)

- On October 9, 2003 met with CHRO Trudy Spence Parker and COO Jim Walls because Steve Russell had sent me a memo telling me my funds were being cut off and that I could opt to drop out of my program or take leave time to attend the program in which he was willing to work out ahead of time. To wait until I was five months from graduating to try and stop me from completing the Villanova program is just another example of breaching good faith and fair dealing combined with a hatred to seeing a minority succeed. Trudy tried to say because the sponsorship letter said we endorse verses sponsor made the letter not valid; she said the COO at the time Jeff Lewis didn't have the power to grant sponsorship; she got amnesia about telling me I was clearly granted time to attend class which she stated in August 18, 2003 meeting; Jim Walls said Villanova didn't mean grant work time and that those program mean that you would make up the time by working extra hours for the time from worked missed (clearly wrong, states on web site and was understood not to be traditional arrangement that being granted time to attend class was just that because the program is so intense and condensed (22 Months Full Time) that it would interfere with the program)

- May 2003 met with Trudy on career advice where she told me forget my 10+ years of service and look at my options outside the DRBA. She said that her experience showed that employees get frustrated when they don't move up and become disgruntled employees which are bad for them and the organization. She told me I was lucky to have her help me with my resume which she viewed because outside, her fees are hefty and she marked up my resume and gave me some good advice on using bullets, however, gave me some bad advice on format and order. When the new EEO Consuella Petty-Judkins Manager (Black ) was hired on in August 2003 we met and she pointed out that the way Trudy advised me on resume format was in wrong (didn't tell her until afterwards that her boss gave me the advise and even when I did, she didn't know why she would give that advise)

- Spoke to DRBA employee Joe Zecca (Caucasian ) several weeks after the termination of black employee Tom Irvin was final and in a conversation he told me that Trudy was making statements after her staff meetings when employees would tell her she will do okay if the DRBA would give her power and her reply bragging was "you think I don't have power, I fired a 62 year old black man."

- Latter 2003 a DRBA tow driver Brian Butcher was entering the Vince Julia West Toll Building and went to the ATM machine. Police Office Acting Sergeant John Zackowoski (may have misspelled) told Brian "just like a nigger, always trying to get free money." Brian ignored him and got his money and when exiting in front of several witnesses said again, just like a lazy nigger wants trying to get free money." Brian reported incident yet nothing was done. After Brians sister Debbie Butcher who is a black female which a masters degree with eleven years of service doing completing her education

while working for the DRBA is still a Data Entry Clerk after 10 years of service went to HR and complained, the Police Officer was given two days off and taken out of an Acting Sargent position and put back on the street as a patrol officer. *After the last settling of law suits in 2002 the DRBA was not suppose to tolerate discrimination yet they continue to not take it serious yet will fire a minority Tom Irvin for making a statement to Trudy that she almost brought the dark side out in him which he meant (nigger, ignorance) they blew it out of proportion and tried to make it like it was a threat. *Double Standard because in December 2002 an employee Maintenance Supervisor Dugan wrecked a company truck drunk and left the scene of the accident leaving a loaded shot gun in the back and only got suspended for two weeks.

- I was threatened in November 2002 by Steve Russell filed a complaint with HR Director Linda Murphy and CEO Jim Johnson and they did nothing asked me what I wanted them to do, I said remove me from Steve reporting authority, nothing happened and I dropped the complaint (see correspondence documents)

    - May 7, 2003 on the way back from a meeting in North New Jersey with Avaya where I traveled with Director of Bridge Operations Curt Esposito and Technical Communication Director Mike Scanlon, (both Caucasians) Curt Esposito said I know this will come back to bite me but **"is it in the black culture to be late to work."** Prior to that, he was talking about problems in lateness with a black employee Grace Creamer who used to work for me and bragging about how he and Joe DeSantis tried to stop it. *Reporting this would have further presented me with more problems because there was talk about moving me up under him in the reporting chain and I did not need any more problems. He also during lunch right after the new EEO Manager was hired **remarked "that's great we hired her, we have plenty of entry level positions to fill for minorities and said I am trying to fill a janitors position**. Curt also said there would be nowhere for me to go in the DRBA with my education and I should look outside

    - **February 2003** was denied funds to attend Harvard University JFK School of Government Executive Program "Driving Organizational Performance" after getting sign off from supervisor and it was submitted from the Director of Education and the Budget Director stopped it. I had to pay over $3,000 out of my own pocket for the program *Note I got turned down two years for executive training yet Steve Russell and Victor Ferzetti approved a subordinate employee of mine a Reservation Supervisor Crystal Chafin to attend senior level Call Center Management with travel and hotel totaling over $4,000. *She only attended one day in 2002 of a two day program and ICMI cancelled the Washington DC program because of the war had just begun in Iraq. (I am a believer in training and approved it and they no problem as long as it wasn't me)

    - **July 2002** met with CEO Jim Johnson; Director of Ferry Operations, Glenn Cox; Chief Operations Officer, Jeff Lewis (resigned November 2002); Assistant Director of Ferry Operations, Steve Russell(now Acting Director) and Human Resources Director, Linda Murphy to discuss why I was demoted and placed into a low pay scale. I made no progress and the decision was finalized. I brought up issues and concerns about Steve Russell who had violated a court order in speaking to me in April, May and June 2002 about the Black employees discrimination cases defaming their character and tried to force me to testify on his behalf that he wasn't a racist (he said his lawyer was going to subpoena me as well as Ezzie Henry a former DRBA Black Female EEO Manager who left because the DRBA would not pay her a fair salary) as well as other issues where Steve Russell turned beak red, raised up and started to come forward as if he was going to assault me and Glenn Cox reached his arm out to stop him. * No one did anything and just acted as if it had not happened. Steve also made the comments in the past regarding a black Cape May-Lewes Ferry employee who had workers on the job, put a rope around a his neck and set an article on the black employees head on fire, was not racist, just a joke and inappropriate. (The DRBA failed to act and did not fire the ferry workers until much later after press exposure and ended up settling with the black employee out of court) *See attached new release regarding other discrimination settlements

    - **March 2002** was demoted (see memo attachments) after sending request to have my position evaluated for increased pay as other ferry and DRBA employees were evaluated including two of my direct reports Crystal Chafin and Donato Chickadel Reservations Supervisors (White) which

positions were also included, yet I was excluded. *The organizational reporting structure was changed, employees were moved up equal and below me to keep me from being viewed as a division director. (enclosed is a copy of the Director of Ferry Operations Job Description which shows me as a division director, my DRBA issued name tag which says Director and correspondence telling me to refrain from using Director after I made a request for increased pay)* **Additionally, July 2002 after graduating with honors from University of Delaware the decision was finalized in summer meeting referred to in previous paragraph**

- **Continued Violations of the DRBA Affirmative Action Resolution and Policy which is posted on** http://www.drba.net:
    - For the last two years Departments and Division heads did not develop methods and strategies for hiring and promoting minorities and nor coordinated efforts were with HR and Division Management to implement such program (Opening paragraph) *Pull staff minute meeting minutes over the last two years for Bridge, Ferry, Airports, Engineering
    - **Violation I. PolicyA:** Heads of Divisions did not diligently pursue nor pursued at all promotion of qualified minorities (0 minority promotions in the last two years)
    - **Violation I. PolicyB:** No effort made to create work atmosphere at the DRBA that fosters mutual respect and understanding among persons of different races, sexes, and faiths *Note Sherry Chafin (Caucasian) went to Budget Director Victor Ferzetti with urgency for funds to implement diversity training and programs and he said "we don't deal with that stuff, that why we hire all our lawyers, let them handle any problems that come about." *Trudy Spence Parker fired Sherry last week after digging over years of stuff trying to find something, after realizing I and other who are kept from advancing, had taken so many training and education courses; because she did not retire with the ERO in September and complained when she found out her Directorship was being taken away; Sherry was fired with 22 years of service and escorted off the property for allegedly allowing people to get unauthorized job related education when in fact the Budget Director is responsible for questioning payments for he pays the bills and has stopped me on several occasions when I had followed all the appropriate channels, got all the signatures and he would reject such as the Harvard JFK School of Government Incident
    - Lack of any sort of diversity workforce training over the last two years
    - When I asked Glenn Cox and Steve Russell former Director of Ferry and Existing Acting Director about diversity they replied "Howard stay out of it, its Human Resources Problem. ***Note, I am the only minority Permanent Employee Management Personnel for the Cape May-Lewes Ferry*** and have been for the last eight years. I am only one of two minority managers at the department head level in the entire organization and there are only four permanent minority supervisory level employees, which includes myself in the entire organization out of over 92 permanent supervisory level positions.

- **Violation I. Policy D:** Affirmative Action has not been used as a tool to achieve equal opportunity for protected classes and the job selection process is not free of artificial barriers as I have illustrated throughout my above examples (without showing how other blacks have been denied as well, and we have not benefited from a continuation of certain practices as illustrated in a 7.7% existing permanent Black Workforce (minorities have decreased since policy was put in place) and an overall 8.1% permanent ethnic minority employee workforce (34 Blacks, 2 Asians and no Hispanics)*From studies conducted at our bridge using a sample of observed toll users for the Delaware Memorial Bridge, 30 to 35 percent of all our travelers are minorities; surrounding areas range from 28 to 32% minorities!)* Have list of entire minority DRBA permanent employees by title and pay grade scale to show how we are underrepresented and underpaid.

- **Violation I. Policy E:** Managers, supervisors, personnelists and Affirmative Action Staff (wasn't Affirmative Action Staff from April 2002 through August 2003 and now we have a new EEO Manager black female, underpaid, only a couple years experience in HR (Affirmative Action Coordinator) with MBNA and as of several years ago was a credit analyst at MBNA Bank who **has no real power and used as a buffer and excuse to continue a practice of advancing whites and denying minorities)** have not participated in training and awareness programs over the last several years, no informal training and actually no discussion. *Pull records at DRBA by Division

and you will see that nothing was done to instill Affirmative Action as a form of management responsibility

- **Violation I. Policy G:** The DRBA and the CEO Jim Johnson who has been in this position over for two years has **failed to** aggressively and promptly work **toward eliminating inequities of past discriminatory practices in DRBA employment and has not supported at all the Affirmative Action Policy currently in place. *It was known that Steve Russell has had problems with minorities and had cases against him where the DRBA spent millions of dollars yet they continue to advance him and did nothing when I pointed out problems that would occur by demoting me under his span of control.**

- **Violation II. Policy B:** Ferry, Bridge Tolls, Maintenance etc…Divisions **do not** have or share any **specific goals and objectives** over the **last several years** designed to **assure equal employment opportunities in hiring and promotion** and to eliminate any discrimination in employment based on protected class persons; **no specific statement of goals and objectives designed to remedy** any **problem of minorities which exist in any division** (ie…one minority in ferry management; two blacks in tolls (not counting two blacks in EZPass which one Doris Kennedy(black 23 years of service) who has filed discrimination claim (DOL June 2003 pending and wants to file with EEOC) against the DRBA for denying her an interview when whites with minimal time of service and less or equal education were given interviews, not to mention her two bosses were given their job with no postings; no blacks in Engineering; no black managers in Bridge, Airport of Ferry Maintenance, no minorities in Executive Management for 40 years even after re-organization in 2002 and 2003; no minority senior level division level management; only one black supervisor in bridge tolls; only one minority female in Human Resources Department, etc…); **no specific plans of proposals for assuring that all promotional opportunities are offered in a manner consistent with DRBA Affirmative Action Objectives.** * Alex Coles (Black) college graduate for University of Delaware 2000 and Masters from Wilmington College 2002 and 2003 is still a security guard who has been harassed, discriminated against and denied any opportunity to advance not even getting an interview after more than 4 to 5 internal application postings for jobs. His reward for completing his education was being put on grave yard shift (will be filing with EEOC Office); Ron Riley Black employee is still Airport Operations Clerk after many years of employment and handling supervisors responsibilities yet classified and paid as clerk (pursuing case against DRBA); Debbie Butcher employed with DRBA over 10 years who filed with your office 2 years ago has a Bachelors and Masters Degree which she obtained while working for DRBA and still a Data Entry Clerk while handling much higher responsibilities and doing work for others and not getting paid or promoted (May pursue EEOC case in a couple of months); Brian Butcher a seasonal employee was discriminated against and called nigger several times a couple of months ago and has a host of other incidence and occurrences. *Note the DRBA Policeman was barely even given a slap on the hand (Brian wants to meet with EEOC) *Other bridge tow truck driver permanent black employee was called nigger several times at the DRBA Maintenance Building yet nothing has happened (He wants to remain nameless and fearful to report and be retaliated against); Doris Kennedy black female employee 23 years of service was denied a chance for promotion in mid 2003, has a case with Delaware DOL (been eight months nothing has happened and DRBA did not respond to their letter) and will meet with EEOC office; Tom Irving was fired in mid summer 2003 in which he was really targeted and discriminated against. Trudy Spence Parker had only been with the DRBA a couple of months and aggressively went after him under the direction of the CEO who obviously wanted him terminated and succeeded stating that she viewed a statement by him as being threatening! After he was fired she bragged to white employees that she had power gloating "you think I don't have power, I fired a 62 year old black man!"

- **Violation IIIB:** Violation in reviewing status and progress of affirmative action in each division (There hasn't been any) and a lack of eliminating any artificial barriers to hiring and promoting blacks and minorities; lack of reviewing qualifications and job classifications of minority employees in divisions for promotions. *CHRO Trudy Spence-Parker and New EEO Manager did not even look at my job description or performance evaluation (Steve did not complete a 2003 evaluation on me) when I applied for Director of Ferry Operations and were unaware of the extent

and advanced knowledge and experience I with operations including being one of the drafters of the Cape May – Lewes Ferry Traffic Standard Operating Procedures (attached)

- **Violation IV: DRBA** Department Heads have not held periodic or any meetings with all employees of their division to discuss Affirmative Action! And have had no commitment and only places blame on HR and Executive Management whenever the subject is asked by myself or any other minority

- **Violation V:** DRBA did not employ an EEOC Compliance Officer for April 2002 through August 2003 so Affirmative Action could not and did not exist at the DRBA. *Jim Johnson CEO was forced by the Board of Commissioners to hire an EEO Manager. He stated that Trudy Spence-Parker was sensitive to the issue (ironic, she was just hired in early 2003) and felt no need to have an EEO person.

There are a host of other issues which can be discussed with other minorities and employees once this complaint is filed and moved forward. <u>I see a real need to move my and others complaints as a just cause for a class action law suit. Please expedite this matter and group my case with Tom Irvings, Doris Kennedy, Brian Butcher, and Alex Cole (once they file with your office) and protect the remaining small minority workforce and the respective states from this illegal employment practices and discrimination.</u>

**The following is a list of white employees at the DRBA who were advanced and promoted**

- **Brad Hopkins:** was brought from the State of Delaware Government where he served as Executive Assistant to the Director of the Development Office in 1993 as the DRBA Director of Planning and Development (no posting); was promoted to the Chief Financial Officer in 1997 (no posting) *Brad is a graduate from the University of Delaware with a Bachelors of Science in Political Science and a Master of Arts in Public Administration
- **Victor Ferzetti:** started as a toll collector late 80's, went to small college (Bachelors degree). Advanced to Assistant General Manager with no posting 1993, had problems with General Manager and was then given Deputy Finance Director with no posting and in 1997 or 1998 was given Budget Director no posting and eventually completed Masters at Wiedner College). Was involved in scandal with former CEO and turned in evidence on former CEO and cut a deal for himself to stay without prosecution. *Salary above 80K
- **Dave Hazelton:** Started as an administrative assistant mid 90's, moved up to Executive Assistant (no posting) and eventually became the Director of Business Development no posting which paid equal to Budget Director. Dave resigned 2002 under suspicion as a result of the former CEO scandal
- **Shannon Goad:** started in Maintenance, became Toll Collector 1993-94, became Reservations Assistant Supervisor in 1995, worked under me from 1996 to 1997 where the DRBA moved him up to Applications Administrator in MIS (no posting) without any computer experience or degree.
- **Curt Esposito:** was hired in 1993 as the Director of Education (no posting); was made Director of Bridge Operations in 1997 (no posting); after being investigated in 2003 was offered a demotion into the Director of Tolls/Toll Superintendent still making 92K until May 2004 were he is suppose to lose car and take a cut in pay. *DRBA Executive Management Team was well aware that I wanted to apply for the vacated Toll Superintendent position vacated by Raymond DiCamillo who retired September 2003.
- **Steve Russell:** started in the DRBA Police department as a police officer; in the mid 90's he had some physical problems and was eventually given the position of Cape May Terminal Manager (no posting); In 1998 he served as Assistant Director of Operations (Logistics) and Terminal Manager (no posting) and at the end of 2000 he was given Assistant Director of Ferry Operations when Glenn Cox who was Port Engineer became Director of Ferry Operations; In September 2003 Steve became Acting Director of Ferry Operations which he currently hold until the DRBA formally brings on another white Permanent Director of Ferry Operations this month.
- **Kenny Simpson:** Started in the Maintenance department, worked as an electrician, went to Temple University and was promoted up to Project Management Engineer 2001 (no posting, however, initially no increase in pay was given, however, that may have changed)

- **Fred Coldren:** applied for Director of Ferry Operations in 2000 and made it to the final 3 candidates. He did not get position, however, the DRBA created a new Director of Ferry Administration for him without posting the position and giving me a chance to apply) He was brought in well above my salary and should be in the mid 70K salary range. Fred as I understand it only has an Associates Degree
- **Mark Whittington:** applied for Director of Ferry Operations in 2000 and made it to the final 3 candidates. He did not get position, however, the DRBA created a new Director of Ferry Marine Operations for him without posting the position and giving any minority a chance to apply) His current salary should be in the 90K or above range. Mark is retired naval officer, graduated from the Citadel and has a Masters Degree from University of Florida
- **Brian McEwing:** I am unaware where he started however, during my assuming the Reservations Administrator in 1996 saw him continuously advance to Vessel Superintendent (no posting), Training and Regulatory Officer (no posting) and he went to Rutgers University majoring in Computer Science graduated and applied for Port Captain and was awarded the position in 2002.
- **Jack Cawman:** started as a Police Officer with the DRBA went to a small college Wilmington College earned his masters in HR in 2002, applied for Homeland Security Officer and was awarded position of overseeing the DRBA homeland security
- **Gerry DiNicola:** started as an Information Clerk earned a BS in Biology for University of Delaware and was promoted to Director of MIS in the mid 1990's (no posting)
- **Dana Read:** started in the Finance department, graduated from Wilmington College and was promoted to the Assistant Controller in 1997 or 1998 (no posting)
- **Linda Murphy:** started in Personnel many years ago early 1980's and was promoted to Human Resources Director in early 1990's (no posting) Linda graduated from the University of Delaware majoring in Accounting. Linda recently was moved over to oversee the DRBA Benefits (no posting)
- **Joe DeSantis:** started as a Toll Collector was promoted to Toll Supervisor in 1993(no posting)no degree, in 2001 Joe was given Acting EZPass Manager (no call center experience) (no posting) and in June 2003 was made Permanent (no posting) and recently had salary increase moving him above me in pay grade and well above me in salary. Joe earned a degree in Business from a small Wesley College in 2001
- **Steve Strusowski:** started as a toll collector and in 2002 was given an Acting EZPass Supervisors position (no posting) and made permanent (no posting) in June 2003 with raise. Steve was again adjusted in pay grade and pay in March 2004 and has moved near equal in pay to me and has no formal education, computer or permanent supervisory experience
- **Sheila Himes:** worked in the engineering department, earned her degree for University of Delaware in Engineering and was promoted to Engineer in 2002 when she graduated (no posting)
- **Sherry Chafin:** started in the police department as a secretary and became the Director of Education Curt Esposito's secretary in 1993, was given the Acting Director of Education (no posting) in 1997 and became permanent Director of Education (no posting) in 1999 when she completed her bachelors in education from a small Nueman College. *Sherry was fired shortly after I submitted my letter to the Chair and Vice Chairman pointing out all the education I completed while working.*
- **George Ayars:** started as a Toll Collector was promoted to Toll Supervisor in 1993(no posting)no degree, in 2003 Joe was given Acting Toll Plaza Manager (no degree or computer experience) (only posted for Toll supervisors) and moved his salary up 5%
- **Amy Littleton:** was information clerk at Lewes ferry terminal and was promoted into an Acting Guest Services Manager (no posting) in August 2003 with a 5% pay increase
- **Nikky Fisher:** was an administrative assistant at Lewes ferry terminal, earned her Bachelors for a small Wilmington College and was recently made Acting Terminal Manager with increase in pay.
- **Charisse Rudolph:** was Customer Relations Supervisor Cape May (still is in the system)' promoted up to Guest Relations Manager and moved up in the report chain when I was moved down and got her pay scale moved up (recently earned her Associates Degree from Community College 2002)
- **Bob Bryan:** was Customer Relations Supervisor (still is in the system)' promoted up to Guest Relations Manager and moved up in the report chain when I was moved down and got his pay scale moved up (retired summer 2003)

- There are a host of many similar white employee advancements that could be determined through a thorough investigation

Attached is a list of all current minority employees by position. African American employees only represent 7.7% of the workforce (34 employees) Refer to letter

We are denied advancement opportunities, under-represented in the workforce and are not afforded the same quality of life in terms of pay relative to white employees. Several years ago records were shredded to eliminate the possibility to track how many qualified minority employees actually applied for jobs at the DRBA and never given a chance for employment.

Minority employees are severely represented in Management (see letter) and the lowest paid. I am only one of two true operations management personnel and there is one professional (Community Relations Administrator low 50K) and EEO Manager (53K) and Toll supervisor (mid 40K) out of at one point 92 supervisory positions. (see attachments letter, minority employees and pay grades)

I am seeking as remedy a right to sue under a class action lawsuit letter.