IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD MOON JR., ) | |
| ) | |
| Plaintiff, ) | C.A. No 05-261-JJF |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| THE DELAWARE RIVER AND ) | |
| BAY AUTHORITY ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiffs' Motion for Reargument and the response thereto, IT IS HEREBY ORDERED, that Defendant's Motion for Partial Judgment on Plaintiff's claim of hostile work environment is DENIED.

_____
The Honorable Joseph J. Farnan, Jr.