IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-261-JJF |
| ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2006, I electronically filed a true and correct copy of the foregoing **Defendant's Answer to Plaintiff's Motion for Reargument**, and this **Certificate of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jeffrey K. Martin (Bar I.D. 2407)
> Lori Ann Brewington (Bar I.D. 4522)
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
_____
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Defendants
Delaware River and Bay Authority