IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD MOON JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No 05-261-JJF |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| THE DELAWARE RIVER AND | ) | |
| BAY AUTHORITY | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF REPLY BRIEF

Plaintiff's counsel hereby withdraws their Reply to Defendant's Answer to Motion for Reargument that was electronically submitted to the U.S. District Court on Friday, March 24, 2006 as Docket No. 23.

Respectfully submitted,

Jeffrey K. Martin, Esquire (DE #2407)
Lori A. Brewington, Esquire (DE #4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
Attorneys for Plaintiffs

DATED: March 27, 2006

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD MOON JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No 05-261-JJF |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| THE DELAWARE RIVER AND | ) | |
| BAY AUTHORITY | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on March, 27, 2006, I electronically filed *Plaintiffs' Notice of Withdrawal* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorneys-of-record below:

William W. Bowser, Esquire
Adria B. Martinelli, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391

          MARGOLIS EDELSTEIN

          /s/ Lori A. Brewington
          Lori A. Brewington, Esquire (DE #4522)
          1509 Gilpin Avenue
          Wilmington, Delaware 19806
          (302) 777-4680
          Attorneys for Plaintiff