IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD MOON JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No 05-261-JJF |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| THE DELAWARE RIVER AND | ) | |
| BAY AUTHORITY | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO REPLY TO DEFENDANT'S ANSWER
TO PLAINTIFF'S MOTION FOR REARGUMENT**

1. On March 3, 2006, Plaintiff Moon filed a Motion for Reargument in part of the Order of the Court, dated February 24, 2006, granting Delaware River and Bay Authority's (hereinafter "DRBA") Motion for Judgment on the Pleadings with respect to Plaintiff's claim of a hostile work environment.

2. On March 17, 2006, DRBA filed its Answer to Plaintiff's Motion for Reargument asserting that "Moon cited no authority for the notion that a supplemental document attached to his questionnaire and not made part of either of his charges" and therefore, he should not be allowed to bring a claim for hostile work environment in the courts. (*DRBA's Answer at 4*)

3. Plaintiff's Reply *(attached hereto as Exhibit A)* sets forth several additional cases that stand for the proposition that Plaintiff's efforts to attach a supplemental document to his EEOC Affidavit, concerning his allegation of hostile work environment, are sufficient to warrant a claim against the DRBA for hostile work environment.

Case 1:05-cv-00261-GMS   Document 25   Filed 03/27/2006   Page 2 of 3

WHEREFORE, for the reasons aforesaid, Plaintiff requests that the Court allow Plaintiff to file a Reply to Defendant's Answer to Plaintiff's Motion for Reargument.

                                        Respectfully submitted,

                                        _____
                                        Jeffrey K. Martin, Esquire (DE #2407)
                                        Lori A. Brewington, Esquire (DE #4522)
                                        1509 Gilpin Avenue
                                        Wilmington, DE 19806
                                        (302) 777-4680
                                        Attorneys for Plaintiffs

DATED: March 27, 2006

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD MOON JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No 05-261-JJF |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY | ) ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on March, 27, 2006, I electronically filed a *Motion to Reply to Defendant's Answer to Plaintiff's Motion for Reargument* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorneys-of-record below:

William W. Bowser, Esquire
Adria B. Martinelli, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391

MARGOLIS EDELSTEIN

_____
Lori A. Brewington, Esquire (DE #4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
Attorneys for Plaintiff

Dated: March 27, 2006