IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOWARD L. MOON, JR., :
:
    Plaintiff, :
:
v. : Civil Action No. 05-261-JJF
:
THE DELAWARE RIVER AND BAY :
AUTHORITY, :
:
    Defendant. :

<u>O R D E R</u>

    WHEREAS, Plaintiff filed a Motion To Reply To Defendant's Answer To Plaintiff's Motion For Reargument (D.I. 25);

    WHEREAS, by its Memorandum Order dated March 24, 2006 (D.I. 26), the Court has already denied Plaintiff's Motion For Reargument (D.I. 21);

    NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Reply To Defendant's Answer To Plaintiff's Motion For Reargument (D.I. 25) is **DENIED** as moot.

March 29, 2006
DATE

                                     UNITED STATES DISTRICT JUDGE