IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD L. MOON, JR., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-261-JJF |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court denied in part Defendant's Motion for Judgment on the Pleadings (D.I. 19, 20);

WHEREAS, the Court denied Plaintiff's Motion for Reargument (D.I. 26);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall confer and submit, by no later than **Tuesday, August 22, 2006**, a Proposed Rule 16 Scheduling Order, using the attached form of order as a basis for the discussions.

August 10, 2006
DATE

UNITED STATES DISTRICT JUDGE