Howard L. Moon Jr., MBA V. Delaware River and Bay Authority Witness List

|   | Witness | Title | Knowledge | Contact Number |
|---|---------|-------|-----------|----------------|
| 1 | Dr. John Kravitz | Plaintiff Doctor | Plaintiffs health problems related to stress endured as a result of discrimination, retaliation and hostility by DRBA | 609-953-3440 |
| 2 | Michael Harkins | Former DRBA CEO | Plaintiffs experience that qualifies him for positions applied for in this case, witnessed current CFO verbally abuse Plaintiff, DRBA'a problems with diversity and minorities | DRBA HR |
| 3 | Maria F. Rayias, Ph.D. | Plaintiff Psychologist | Plaintiffs emotional pain, suffering and problems related to racism, discrimination and disparate treatment by DRBA | 302-368-1100 |
| 4 | James Johnson | Executive Director | Discrimination, failure to promote, and retaliation against plaintiff and disparate treatment of the overwhelming majority of the black workforce | 302-571-6301 |
| 5 | James Walls | Chief Operations Officer | Discrimination, failure to promote, and retaliation against plaintiff and disparate treatment of the overwhelming majority of the black workforce | 320-571-6394 |
| 6 | Trudy Spence-Parker | Chief HR Officer | Discrimination, failure to promote, and retaliation against plaintiff and disparate treatment of the overwhelming majority of the black workforce | 302-571-6397 |
| 7 | James Wilks | Maintenance Specialist | Plaintiffs exclusion from Strategic Planning sessions, statements made by CEO against plaintiff, DRBA history and current racism, disparate treatment and discrimination against black employees | 302-898-0377 and 302-328-4632 |
| 8 | Sandra McKinney | Training & Ed Manager | DRBA diversity and discrimination issues, disparate treatment of minority employees, unfair pay blacks verses whites | 302-571-6446 |
| 9 | Rich Frasetto | Superintendent Tolls/EZPass | Testimony regarding his prior experience and background will show plaintiff was much more qualified for Superintendent of Tolls/Ezpass than this witness who was awarded position. Only has high school education (position required bachelors degree) and did not posses required management and budget experience | 302-571-6374 |
| 10 | Heath Gehrke | Acting Director Ferry Operations | Testimony regarding his prior experience and background will show plaintiff was more qualified for Assistant Director and Director of Ferry Operations; denial of advancement and fair pay for plaintiff | 302-644-6001 and 302-228-2098 |
| 11 | Linda Murphy | Former DRBA HR Director | New Administration violation of personnel manual and policy, exclusion from job selection process, plaintiffs exclusion from being interviewed for Assistant Director and Director of Ferry Operations, derogatory comments made by CEO to plaintiff | DRBA HR |
| 12 | Tom Irvin | Former DRBA Human Relations Manager | DRBA racism discrimination, disparate treatment, and hostility against plaintiff; self and people of color, CHRO and management actions against people of color, history of racism at DRBA and resistance by management to fix | 302-475-6419 and 302-521-8558 |
| 13 | Steve Russell | Asst Director of Maintenance South | DRBA discrimination, disparate treatment of minorities and plaintiff, promotions given to him, yet denied to plaintiff, demotion of plaintiff, failure to promote plaintiff. | 609-889-7262 or 302-571-6300 |
| 14 | Consuella Petty-Judkins | EEO Manager | DRBA racism, discrimination, disparate treatment, and hostility against minorities; lack of support in addressing diversity problems, CHRO actions against plaintiff and derogatory statements made by senior manager against plaintiff | 302-571-6387 |
| 15 | Michael Scanlon | Technical Director | DRBA Policy violations and racial statements made by former Bridge Director | 302-571-6349 and 302-753-6595 |

Howard L. Moon Jr., MBA V. Delaware River and Bay Authority Witness List

| # | Name | Title | Description | Contact |
|---|---|---|---|---|
| 16 | Don Rainear | Deputy Executive Director | COO Suspension of activities performed by plaintiff that were in best interest of DRBA, believed it was moving in the right direction which denied plaintiff advancement and pay | 302-571-6445 |
| 17 | Juanita Molletta | DMB Food Service Manager | Experiences with DRBA racism, discrimination and disparate treatment of self and minorities NOTE CURRENT DOL COMPLAINT 2006 | 302-571-6455 and 609-226-2526 |
| 18 | Janeka Peace-Wickham | DMB Food Service Supervisor | Experiences with DRBA racism, discrimination and disparate treatment of self and minorities NOTE CURRENT DOL COMPLAINT 2006 | 302-571-6355 and 302-379-1906 |
| 19 | Ann Cheers | Former DMB Food Service Worker | Experiences with DRBA racism, discrimination and disparate treatment of self and minorities NOTE CURRENT DOL COMPLAINT 2006 | Get from S Cheers at 302-571-6171 |
| 20 | James Lively Sr. | Maintenance Specialist | Experiences with DRBA racism, discrimination and disparate treatment of self and minorities | 302-325-5124 |
| 21 | James Lively Jr. | Maintenance Specialist | Experiences with DRBA racism, discrimination and disparate treatment of self and minorities | 302-325-5124 |
| 22 | Donald Loper | Maintenance Specialist | Experiences with DRBA racism, discrimination and disparate treatment of self and minorities | 302-571-6427 |
| 23 | Stephanie Cheers | HR Administration | Experiences with DRBA racism, discrimination and disparate treatment of self and minorities | 302-571-6171 |
| 24 | Harry Nilsen | Former DRBA Director of Ferry Operations | Behind the back budget cuts against plaintiff, how he chose plaintiff to develop and train pilots leadership and management yet senior management resisted promoting plaintiff, background for Directors position not a fit, resigned first year | DRBA HR |
| 25 | Curt Esposito | Former DRBA Director of Bridge Operations | DRBA discrimination and disparate treatment of minorities, racial and derogatory statements about blacks, practices of promoting whites without allowing blacks to compete | DRBA HR |
| 26 | Ezzi Henry | Former DRBA EEO Manager | DRBA practices of racism, discrimination and disparate treatment of plaintiff, minorities, how she was forced to leave for lack of advancement and pay disparity. | DRBA HR |
| 27 | Richard Deadwiler | Former DRBA Community Relations Administrator | DRBA practices of racism, discrimination and disparate treatment of minorities, how he was forced to leave for lack of advancement and pay disparity | DRBA HR |
| 28 | Debbie Butcher | Former DRBA Clerk | DRBA practices of racism, discrimination and disparate treatment of minorities, how she was forced to leave for lack of advancement and pay disparity | 302-242-6814 and DEA Directory |
| 29 | Brian Butcher | Former DRBA Casual Public Service Aide | DRBA practices of racism, discrimination and disparate treatment of minorities, how he was called and had blacks referred to as lazy niggers several times by supervisor in front of witnesses, how he was retaliated against for reporting and forced to leave as a result of cut in hours | 302-678-4589 |
| 30 | Roger Ingrahm | Former DRBA Police Officer | DRBA practices of racism, discrimination and disparate treatment of minorities, how he was forced to leave for lack of advancement and fair treatment | 302-388-1561 |
| 31 | Dave Winch | Police Officer | Erratic behaviors CHRO | 302-571-6342 |
| 32 | Ronald Riley | Airports Clerk | DRBA racism, discrimination, disparate treatment, and hostility against plaintiff, self and minorities, history of racism at DRBA, lack of fair pay and promotions for black employees | 302-229-3205 and 302-328-4632 |

Howard L. Moon Jr., MBA V. Delaware River and Bay Authority Witness List

| # | Name | Title | Description | Phone |
|---|------|-------|-------------|-------|
| 33 | Tiffany Vincent | Former DRBA Reservations Supervisor | DRBA racism, discrimination, disparate treatment, and hostility against plaintiff, how hatred against plaintiff hurt her, attack and verbal abuse by Acting CFO against plaintiff, CHRO providing false info to Commissioner, budget and resources cuts to force plaintiff out | 609-217-8251 and 302-255-3491 |
| 34 | Crystal Chafin | Reservations Supervisor | DRBA racism, discrimination, disparate treatment, and hostility against plaintiff, how hatred against plaintiff hurt her, budget and resources cuts to force plaintiff out | 609-202-7977 and 302-571-6418 |
| 35 | Wanda McClairen | Toll Audit Clerk | DRBA racism, discrimination and disparate treatment of minorities and plaintiff, knowledge that plaintiff was much more qualified for Toll Superintendent than Rich Frasetto | 267-408-2589 and 302-571-6162 |
| 36 | Alex Coles | Airports Manager | DRBA racism, discrimination, disparate treatment, and hostility against plaintiff, self and minorities, history of racism at DRBA, lack of fair pay and promotions for black employees | 302-275-8468 and 302-328-4632 |
| 37 | Tony Allen | Former President Urban League Delaware | Problems of racism, discrimination and disparate treatment of minorities at DRBA, and efforts from outside to try and get DRBA Management to fix them | Urban League or Alex Coles |
| 38 | Terry Spence | Speaker of the House of Representative Delaware | Problems of racism, discrimination and disparate treatment of minorities at DRBA, and efforts from outside to try and get DRBA Management to fix them | House of Reps Delaware |
| 39 | Frank Bankard | Local 542 Union | Problems of racism, discrimination and disparate treatment of minorities at DRBA, and efforts from outside to try and get DRBA Management to fix them | DRBA Local 542 |
| 40 | Vincent Ascione | Local 542 Union | Problems of racism, discrimination and disparate treatment of minorities at DRBA, and efforts from outside to try and get DRBA Management to fix them | DRBA Local 542 |
| 41 | Steve Carol | Maintenance Supervisor | Problems of racism, discrimination and disparate treatment of minorities at DRBA, and efforts from outside to try and get DRBA Management to fix them | 302-983-9184 |
| 42 | Daniel Douglas | Messenger | DRBA racism, discrimination, disparate treatment, and hostility against plaintiff, self and minorities, history of racism at DRBA, lack of fair pay and promotions for black employees | 302-571-6300 |
| 43 | Carmen Dixon | Toll Supervisor | DRBA racism, discrimination, disparate treatment, and hostility against plaintiff, self and minorities, history of racism at DRBA, lack of fair pay and promotions for black employees | 302-383-3929 and 302-571-6031 |
| 44 | Doris Kennedy | EZPass CSR | DRBA racism, discrimination, disparate treatment, and hostility against plaintiff, self and minorities, history of racism at DRBA, lack of fair pay and promotions for black employees | 302-530-2021 and 302-571-6497 |
| 45 | Michael Purnell | Former DRBA Police Officer | DRBA practices of racism, discrimination and disparate treatment of plaintiff, people of color and how he was forced to leave for lack of advancement and unfair treatment | 302-897-2783 and 302-836-5832 |
| 46 | Victor Ferzetti | Acting Chief Financial Officer | Similar situated white who has been continually promoted and advanced throughout DRBA career unlike plaintiff, and people of color discrimination, failure to provide training, retaliation against plaintiff, budget cuts and disparate treatment against plaintiff and the overwhelming majority of the black workforce, stance not to deal with diversity, and statement " we don't deal with that diversity stuff, let the lawyers handle it" | 302-571-6443 |

Howard L. Moon Jr., MBA V. Delaware River and Bay Authority Witness List

| # | Name | Title | Description | Phone |
|---|---|---|---|---|
| 47 | Geraldine DiNicola-Owens | Chief Information Officer | Part of committee that chose Rich Frasetto with much less qualifications than plaintiff, similarly situated white who has continually been promoted and advanced throughout career with DRBA, unlike plaintiff and people of color | 302-571-6330 |
| 48 | George Iannetta | Superintendent Food and Retail | DRBA retaliatory treatment of excluding plaintiff, similar situated white with less education and management experience than plaintiff advanced into upper management position unlike plaintiff, plaintiffs leadership and management capabilities which should have allowed for advancement, problems with senior management in addressing discrimination and disparate treatment of blacks | 302-690-4356 and 302-571-6454 |
| 49 | Joseph Zecca | HR Generalist | DRBA racism, discrimination, disparate treatment, and hostility against plaintiff and minorities, history of racism at DRBA, derogatory racial statement made by CHRO | 302-571-6470 |
| 50 | Joseph DeSantis | EZPass Manager | Similarly situated white with less education and management experience than plaintiff who has continually been promoted and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete | 302-571-6497 |
| 51 | George Ayars | Toll Manager | Similarly situated white with less education and management experience than plaintiff who has continually been promoted and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete | 302-571-6031 |
| 52 | Andrew Ritchie | Manager of HR | Similarly situated white who was promoted into high level management position without any supervisory of management experience without having to compete | 302-571-6477 |
| 53 | Gail Combs | Former DRBA Accounts Payable | Subjected to racism and discrimination, denied interview for a position she performed for over six months | DRBA HR |
| 54 | Charisse Rudolph | Customer Service Manager | Similarly situated white who has continually been promoted and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete | 609-889-7255 |
| 55 | Dominique Fisher | Ferry Office Manager | Similarly situated white with less education and management experience than plaintiff who was given an Acting Terminal Management position without allowing plaintiff a chance to compete and earn higher pay | 302-644-6006 |
| 56 | Patricia Mathis | Casual EZPass CSR | DRBA racism, discrimination, disparate treatment, and hostility against plaintiff, self and minorities, history of racism at DRBA, lack of fair pay and promotions for black employees | 302-584-1561 |
| 57 | Kenneth Hynson | Community Relations Administrator | DRBA racism, discrimination, and disparate treatment against plaintiff, self and minorities, history of racism at DRBA, lack of fair pay and promotions for self and black employees | 302-249-1943 and 302-571-6376 |
| 58 | AJ Crescenzi | Business Development Manager | Similar situated white whose position moved up in pay two times, once after he applied and would not take position for less money and one year after he was hired (end of 2005) which took position into higher pay grade than plaintiff | 302-571-6408 |
| 59 | James Salmon | Public Information Officer | COO suspension of activities performed by plaintiff that were in best interest of DRBA which denied plaintiff advancement and pay, additionally negatively impacted DRBA Marketing and Advertising | 302-571-6409 |
| 60 | Myra Echols | Former DRBA Micro-Computer Specialist | DRBA practices of racism, discrimination and disparate treatment of minorities, how she was forced to leave for lack of advancement and pay parity | DRBA HR |

Howard L. Moon Jr., MBA V. Delaware River and Bay Authority Witness List

| | | | | |
|---|---|---|---|---|
| 61 | Steve Strusowski | Former DRBA EZPass Supervisor | Similarly situated white with less education was promoted to supervisors postion at same pay as plaintiff (until plaintiff was moved up a pay grade in 2004 after filing complaint with EEOC) and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete | DRBA HR |
| 62 | Joseph Elam | Former DRBA Toll Collector | DRBA practices of racism, discrimination and disparate treatment of plaintiff and minorities, how white was advanced after calling him nigger and how it was a common word used against blacks at DRBA, how his position was eliminated after he took sick and denied another position which he was qualified for after being employed over 17 years with DRBA, how plaintiff had to help him against former Bridge Director Curt Esposito which saved his life | 478-320-6932 and 478-320-9428 |
| 63 | Raymond DiCamillo | Former DRBA Superintendent of Tolls | Similarly situated white with less education was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete | DRBA HR |
| 64 | Joe Shavie | Toll Supervisor | Similarly situated white with less education was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete | 302-571-6031 |
| 65 | Ronald Hylwack | Toll Supervisor | Similarly situated white with less education was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete | 302-571-6031 |
| 66 | Keith Dolbow | Toll Supervisor | Similarly situated white with less education was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete | 302-571-6031 |
| 67 | Ben Clendaniel | Asst Airports Manager | Similarly situated white with less education was promoted to and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete | 302-735-5519 |
| 68 | Fred Coldren | Ferry Business Manager | Similarly situated white with less education and qualifications was interviewed in 2000 for Director of Ferry Operations and given a Director of Administration position without having to compete denying plaintiff an opportunity for advancement, paid higher salary than plaintiff who is in the same pay grade yet he has only been employed for 5 years | 609-889-7257 |
| 69 | Mark Whittington | Former DRBA Director Marine Operations | Ferry management racism discrimination, disparate treatment, and hostility against plaintiff | DRBA HR |
| 70 | Albert Jackson | Former DRBA Able Body Seaman | DRBA racism discrimination, disparate treatment, and hostility against plaintiff; self and people of color, management actions against people of color, history of racism at DRBA and resistance by management to fix; NOTE DRBA SETTLED DISCRIMINATION LAWSUIT 2002 | 302-293-2059 and 302-366-8308 |
| 71 | Donnie McCoy | Former DRBA Marine Maintenance | DRBA racism discrimination, disparate treatment, and hostility against plaintiff; self and people of color, management actions against people of color, history of racism at DRBA and resistance by management to fix; NOTE DRBA SETTLED DISCRIMINATION LAWSUIT 2002 | DRBA HR |
| 72 | Dawn Pitt | Former DRBA Ordinary Seaman | DRBA racism discrimination, disparate treatment, and hostility against self and people of color, management actions against people of color, history of racism at DRBA and resistance by management to fix; NOTE DRBA SETTLED DISCRIMINATION LAWSUIT 2002 | 609-892-8200 |

| # | Name | Title | Testimony | Phone |
|---|------|-------|-----------|-------|
| 73 | Clayton Palmer | Police Officer | DRBA racism, discrimination, and disparate treatment against minorities, history of racism at DRBA, lack of fair pay and promotions for self and black employees | 609-889-7260 |
| 74 | Chris Sanderson | Former DRBA Internet Researcher | DRBA racism discrimination, disparate treatment, and hostility against plaintiff and people of color, management actions against plaintiff history of racism at DRBA, how plaintiff was treat differently than similar situated whites | 856-935-3713 |
| 75 | Sherry Chafin | Former DRBA Education and Training Director | DRBA racism discrimination, disparate treatment and denied training opportunity made against plaintiff by now Acting CFO, CFO then Budget Director doragatory comments regrding people of color and diversity | 610-399-8100 EXT 10 |
| 76 | Jeffrey Cook | Police Officer Sergeant | Erratic behaviors CHRO | 302-571-6011 |
| 77 | Brian McEwing | Port Captain | Similarly situated white who has continually been promoted and advanced throughout career with DRBA, unlike plaintiff and people of color sometimes without having to compete (i.e..Superintendent of Marine Maintenance and Regulatory Training Officer, etc..) | 609-889-7242 |
| 78 | Aretha Farmer | Ferry Senior CSR | DRBA practices of racism, discrimination and disparate treatment of plaintiff and people of color | 302-644-6043 |
| 79 | Jeff Lewis | Former DRBA Chief Operations Officer | Plaintiffs experience that qualifies him for positions applied for in this case, how CEO overturned his decision to provide financial support for Villanova program | 302-697-0289 |
| 80 | Brad Hopkins | Former DRBA Chief Financial Officer | Plaintiffs experience that qualifies him for positions applied for in this case | DRBA HR |
| 81 | Jeff Hoffman | Toll Supervisor | Similar situated white who was interviewed for Toll Superintendent when he clear was not qualified, how he was promoted to Toll Supervisor without required experience | 302-571-6031 |
| 82 | Pete Thomas | Maintenance Manager North | Similarly situated white with less education was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color | 302-571-6422 |
| 83 | Rocky Costas | Auto Fleet Manager | Similarly situated white with less education was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color | 302-571-6351 |
| 84 | Micha Edwards | Former DRBA Airport Security Specialist | DRBA practices of racism, discrimination and disparate treatment of self and people of color, and forced to leave due to lack of advancement and pay with DRBA | DRBA HR |
| 85 | Tara Roberts | Reservationist CSR | DRBA racism, discrimination, disparate treatment, and hostility against plaintiff, how hatred against plaintiff hurt her, budget and resources cuts to force plaintiff out | 302-571-6035 |
| 86 | Samuel Latham | DRBA Commissioner | Efforts at Board level to try and force CEO to fix DRBA diversity and discrimination issues, disparate treatment of minority employees, unfair pay blacks verses whites, continued efforts to try and level playing field for plaintiff and minorities | 302-571-6300 |

Howard L. Moon Jr., MBA V. Delaware River and Bay Authority Witness List

| # | Name | Title | Description | Phone |
|---|---|---|---|---|
| 87 | Reverend Edward Dorn | DRBA Commissioner | Efforts at Board level to try and force CEO to fix DRBA diversity and discrimination issues, disparate treatment of minority employees, unfair pay blacks verses whites, continued efforts to try and level playing field for plaintiff and minorities | 302-571-6300 |
| 88 | Charles Passagno | Former DRBA Commissioner | Efforts at Board level to try and force CEO to fix DRBA diversity and discrimination issues, disparate treatment of minority employees, unfair pay blacks verses whites, continued efforts to try and level playing field for plaintiff and minorities | DRBA HR |
| 89 | Gregory Chambers | Delaware EEOC Manager | Efforts to try and get CEO and CHRO to fix DRBA diversity and discrimination issues, disparate treatment of minority employees, unfair pay blacks verses whites, collaboration with outside blacks to try and help solve DRBA race problems with no favorable results | 302-577-8977 |
| 90 | Charles Brittingham | NAACP President Delaware | Efforts to try and get outside constituencies to force the fixing of DRBA diversity and discrimination issues, disparate treatment of minority employees, unfair pay blacks verses whites | 302-426-9340 |
| 91 | Michelle Cleary | Senior Accountant | Similarly situated white was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete | 302-571-6321 |
| 92 | Loretta Overton | Toll Collector | DRBA practices of racism, discrimination and disparate treatment of self and people of color, denied advancement and pay | 302-602-4269 and 302-571-6031 |
| 93 | Earl Baker | Maintenance Specialist | DRBA practices of racism, discrimination and disparate treatment of self and people of color, denied advancement and pay | 302-571-6427 |
| 94 | Milton Gillfilian | Former DRBA Police Accreditation Manager | DRBA racism, discrimination, disparate treatment, and hostility against self and minorities, was forced to resign | DRBA HR |
| 95 | Lee McGaughan | Assistant Director Maintenance North | Similarly situated white with less education was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color | 302-571-6402 |
| 96 | Jones Jones | Director Engineering and Maintenance | DRBA disparate treatment against plaintiff who is highly qualified for higher management positions, how plaintiff had a positive influence on him | 302-571-6491 |
| 97 | John Sarro | Grants Administrator | DRBA disparate treatment against plaintiff who is highly qualified for higher management positions, similar situated white who had job description fairly revised, had Hay Group do another job questionaire and had salary pay grade raised to 1 in 2006 | 302-571-6489 |
| 98 | Robert Matthews | Former DRBA Ferry Employee | DRBA racism discrimination, disparate treatment, and hostility against self and people of color NOTE DRBA SETTLED DISCRIMINATION LAWSUIT 2005 | DRBA HR |
| 99 | Richard Sambenedetto | Former DRBA Employee | White employee who made comments like "we ought to take all the niggers out of jail and send them to Afganistan" "All Jews Should be put in ovens like Hitler did" and was not fired by DRBA for making these comments even after and extreme appeal by then Human Relations Manager Tom Irvin and white Marketing Director Richard Kelly | DRBA HR |

Howard L. Moon Jr., MBA V. Delaware River and Bay Authority Witness List

| # | Name | Title | Description | Contact |
|---|---|---|---|---|
| 100 | Richard Kelly | Former DRBA Airports Marketing Director | Witnessed comments made by Mr Sambenedetto and lack of management actions against him, DRBA racism discrimination and disparate treatment angainst plaintiff and people of color | DRBA HR |
| 101 | Tom Berry | Asst Operations Manager Airports | Similarly situated white with less education was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color | 609-886-8652 |
| 102 | Bill Scartine | Maintenance Manager | Similarly situated white with less education was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color | 302-571-6471 |
| 103 | Dr Warren Wallace | Former DRBA Chairman | Became aware of CEO trying to fix selection hiring process for CFO to ensure Victor Ferzetti was awarded position (CHRO blew whistle and Victor continues to only serve in an acting capacity) thus denying more qualified minorities and women for the positions (had process taken back to board) efforts to try and force CEO to fix DRBA diversity and discrimination issues, disparate treatment of people of color, unfair pay blacks verses whites. continued efforts to try and level playing field for plaintiff and minorities (CEO and senior management has resisted) | DRBA HR |
| 104 | Michael Parkowski | DRBA Chairman | DRBA diversity and discrimination issues, disparate treatment of minority employees, unfair pay blacks verses whites | 302-571-6300 |
| 105 | Chamayne Brown | Former Reservations Supervisor | DRBA racism, discrimination, disparate treatment, and hostility against plaintiff, how hatred against plaintiff hurt her, budget and resources cuts to force plaintiff out | 856-832-7695 |
| 106 | Steve Wasson | DRBA Maintenance Supervisor | Similarly situated white with less education was promoted and advanced career with DRBA, unlike plaintiff and people of color | 302-571-6405 |
| 107 | Michael Lindsay | Toll Supervisor | Similarly situated white with less education was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete, YET DENIED INTERVIEW FOR TOLL SUPERINTENDENT YET HAD MORE YEARS OF TOLL SUPERVISORY EXPERIENCE THAT RICH FRASETTO | 302-571-6031 |
| 108 | Issiah Reese | Former DRBA Employee | DRBA racism discrimination, disparate treatment, and hostility against self and people of color NOTE CURRENT DOL COMPLAINT 2006 | DRBA HR |
| 109 | Austin Datz | Former DRBA Toll Supervisor | Similarly situated white with less education was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete, YET DENIED INTERVIEW FOR TOLL SUPERINTENDENT YET HAD MORE YEARS OF TOLL SUPERVISORY EXPERIENCE THAT RICH FRASETTO | DRBA HR |
| 110 | Hugh Kenny | Former DRBA Toll Manager | Similarly situated white with less education was promoted and advanced throughout career with DRBA, unlike plaintiff and people of color without having to compete, YET DENIED INTERVIEW FOR TOLL SUPERINTENDENT YET HAD MORE YEARS OF TOLL SUPERVISORY EXPERIENCE THAT RICH FRASETTO AND HAD MANAGEMENT EXPERIENCE WHICH RICH DID NOT HAVE AND WAS TOLD BY COO THAT BECAUSE HE DID NOT HAVE THE EDUCATION HE WOULD BE ACCEPTED | DRBA HR |
| 111 | Tiffany Bennett | Former DRBA Reservations Supervisor | DRBA racism, discrimination, disparate treatment, and hostility against plaintiff, how hatred against plaintiff hurt her, budget and resources cuts to force plaintiff out | 609-202-2605 |

Howard L. Moon Jr., MBA V. Delaware River and Bay Authority Witness List

| # | Name | Role | Description | Contact |
|---|---|---|---|---|
| 112 | Thorton Carol | Former Ferry Employee | DRBA racism discrimination, disparate treatment, and hostility against self and people of color | DRBA HR |
| 113 | Joe Carson | Ferry Captain | Similarly situated white who has continually been promoted and advanced throughout career with DRBA, unlike plaintiff and people of color | 609-889-7283 |
| 114 | David Hawkins | Former Seasonal Airports Maintenance worker and son | DRBA racism discrimination, disparate treatment, and hostility against people of color (James Lively Sr.) and negative impact that disparate treatment of plaintiff is having on family | 302-836-3894 |
| 115 | Sabrina Hawkins | Daughter | DRBA racism discrimination, disparate treatment, and hostility against plaintiff and negative impact that disparate treatment of plaintiff is having on family | 302-836-3894 |
| 116 | Maria Moon | Wife | DRBA racism discrimination, disparate treatment, and hostility against plaintiff and negative impact that disparate treatment of plaintiff is having on family | 302-836-3894 |
| 117 | Tony Galaso | DRPA | Will provide evidence that Rich Frasetto was not qualified for Toll Superintendent position yet he was chosen over plaintiff | 856-241-4800 |
| 118 | Robert Bolona | DRPA | Will provide evidence that Rich Frasetto was not qualified for Toll Superintendent position yet he was chosen over plaintiff | 856-968-2223 |
| 119 | Vince Borella | DRPA | Will provide evidence that Rich Frasetto was not qualified for Toll Superintendent position yet he was chosen over plaintiff | 856-968-2223 |
| 120 | Jay Thomas | Former DRPA HR Director | Will provide evidence that Rich Frasetto was not qualified for Toll Superintendent position yet he was chosen over plaintiff | 856-968-2223 |
| 121 | Al Blake | Former DRBA Ferry Employee | DRBA racism discrimination, disparate treatment, and hostility against self and people of color | 302-644-0423 |
| 122 | IMAC Leaders 02-05 | Interdenominational Ministry Action Council | DRBA diversity and discrimination issues, disparate treatment of minority employees, unfair pay blacks verses whites, collaboration with outside blacks to try and help solve DRBA race problems with no favorable results | IMAC Delaware |