IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | : |
| Plaintiff, | : C.A. NO. 05-261 (JJF) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| THE DELAWARE RIVER AND BAY AUTHORITY, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that on September 28, 2006, I electronically filed the attached Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Andria Martinelli, Esquire<br>1000 West Street, 17th Floor<br>P.O. Box 1328<br>Wilmington, DE 19899 | William W. Bowser, Esquire<br>The Brandywine Building<br>P. O. Box 391<br>Wilmington, DE 19801 |

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(304) 777-4682 fax
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

Dated: