IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-261-JJF |
| ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on November 27, 2006, two copies of **Defendant's First Request for Production of Documents Directed to Plaintiff** were served via email and First Class United States mail upon the following counsel:

> Jeffrey K. Martin (Bar I.D. 2407)
> Lori Ann Brewington (Bar I.D. 4522)
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Defendants
Delaware River and Bay Authority