IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD L. MOON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-261-JJF |
| | ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF HOWARD W. MOON, JR.**

TO: Jeffrey K. Martin
Lori Ann Brewington
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of **Howard W. Moon, Jr.**, on **Monday, January 22, 2007, beginning at 10:00 a.m., and continuing thereafter from hour-to-hour and day-to-day until completion.** This deposition will take place at the law offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, Delaware, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Adria B. Martinelli
        William W. Bowser, Esquire (Bar I.D. 2239)
        Adria B. Martinelli, Esquire (Bar I.D. 4056)
        The Brandywine Building, 17th Floor
        1000 West Street
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6601, 6613
        Facsimile: (302) 576-3282, 3314
        Email: wbowser@ycst.com; amartinelli@ycst.com
        Attorneys for Defendants
        Delaware River and Bay Authority

cc: Wilcox & Fetzer