## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD L. MOON, JR., | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 05-261 (JJF) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| THE DELAWARE RIVER AND BAY | : | |
| AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Keri L. Morris, Esquire, do hereby certify that on December 22, 2006, I electronically filed *Plaintiff's First Set of Document Request directed to Defendants* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

William W. Bowser, Esquire
Adria Benner Martinelli, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

Lori A. Brewington, Esquire (DE #4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 – phone
(302) 777-4682 – fax
kmorris@margolisedelstein.com