## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HOWARD L. MOON, JR.,                           :

      Plaintiff,                          :        C.A. NO.  05-261 (JJF)

           v.                                :

                                :        JURY TRIAL DEMANDED

THE DELAWARE RIVER AND BAY                     :
AUTHORITY,                                     :

      Defendant.                          :

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on January 8, 2007, I electronically filed *Plaintiff's Answers to Defendant's First Set of Interrogatories* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

William W. Bowser, Esquire
Adria Benner Martinelli, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

MARGOLIS EDELSTEIN

Lori A. Brewington, Esquire (DE #4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 – phone
(302) 777-4682 – fax
lbrewington@margolisedelstein.com