IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | : |
| Plaintiff, | : C.A. NO. 05-261 (JJF) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| THE DELAWARE RIVER AND BAY AUTHORITY, | : |
| Defendant. | : |

### VERITICATION

I, Howard L. Moon, being duly sworn, state that I have reviewed the foregoing *Plaintiff's Answers to Defendant's Discovery Requests* and that said answers are full and complete and true and correct to the best of my knowledge, information and belief.

_____
Howard L. Moon

Subscribed and sworn before me on this __8__ day of __January__, 2007.

_____
Notary Public

My Commission Expires: __2/12__