IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | : |
| Plaintiff, | : C.A. NO. 05-261 (JJF) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| THE DELAWARE RIVER AND BAY AUTHORITY, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on January 8, 2007, I electronically filed *Plaintiff's Responses to Defendant's Request for Production of Documents* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

William W. Bowser, Esquire
Adria Benner Martinelli, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

_/s/ Lori A. Brewington_
Lori A. Brewington, Esquire (DE #4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 – phone
(302) 777-4682 – fax
lbrewington@margolisedelstein.com