IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD L. MOON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-261-JJF |
| | ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## RENOTICE OF DEPOSITION OF HOWARD W. MOON, JR.

TO:  Jeffrey K. Martin
　　　Lori Ann Brewington
　　　Margolis Edelstein
　　　1509 Gilpin Avenue
　　　Wilmington, DE

　　　　　PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of **Howard W. Moon, Jr.**, on **Tuesday, February 13, 2007, beginning at 10:00 a.m., and continuing thereafter from hour-to-hour and day-to-day until completion.** This deposition will take place at the law offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, Delaware, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means.

　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　/s/ Adria B. Martinelli
　　　　　　　　　　　　　　　William W. Bowser, Esquire (Bar I.D. 2239)
　　　　　　　　　　　　　　　Adria B. Martinelli, Esquire (Bar I.D. 4056)
　　　　　　　　　　　　　　　The Brandywine Building, 17th Floor
　　　　　　　　　　　　　　　1000 West Street
　　　　　　　　　　　　　　　P.O. Box 391
　　　　　　　　　　　　　　　Wilmington, Delaware 19899-0391
　　　　　　　　　　　　　　　Telephone: (302) 571-6601, 6613
　　　　　　　　　　　　　　　Facsimile: (302) 576-3282, 3314
　　　　　　　　　　　　　　　Email: wbowser@ycst.com; amartinelli@ycst.com
　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　Delaware River and Bay Authority

cc:　　Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD L. MOON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-261-JJF |
| | ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, I electronically filed a true and correct copy of the foregoing **Renotice of Deposition of Howard W. Moon, Jr.**, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jeffrey K. Martin (Bar I.D. 2407)
> Lori Ann Brewington (Bar I.D. 4522)
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Defendants
Delaware River and Bay Authority