IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-261-JJF |
| : | |
| THE DELAWARE RIVER AND BAY : | |
| AUTHORITY, : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **25th** day of **January, 2007**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, April 17, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE