IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-261-JJF |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I hereby certify that on January 31, 2007, copies of **Defendant's Response to Plaintiff's First Set of Requests for Admissions Directed To Defendant** were served by electronic mail upon the following counsel of record:

>Jeffrey K. Martin (Bar I.D. 2407)
>Lori Ann Brewington (Bar I.D. 4522)
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ *Adria B. Martinelli*
>───────────────────────────
>William W. Bowser, Esquire (Bar I.D. 2239)
>Adria B. Martinelli, Esquire (Bar I.D. 4056)
>The Brandywine Building, 17th Floor
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6601, 6613
>Facsimile: (302) 576-3282, 3314
>Email: wbowser@ycst.com; amartinelli@ycst.com
>Attorneys for Defendants
>Delaware River and Bay Authority

Dated: January 31, 2007