IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | : |
| Plaintiff, | : C.A. NO. 05-261 (JJF) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| THE DELAWARE RIVER AND BAY AUTHORITY, | : |
| Defendant. | : |

**STIPULATION TO AMEND THE SCHEDULING ORDER TO EXTEND TIME FOR THE PARTIES TO NAME EXPERTS AND PRODUCE EXPERT REPORTS**

The parties, by and through their attorneys, hereby stipulate to amend the scheduling order dated August 28, 2006, to extend the time for the parties to name experts and produce expert reports. Plaintiff shall name and provide his expert report(s) on or before February 28, 2007, and Defendant shall name and provide its expert report(s) on or before April 15, 2007. All other deadlines in the Scheduling Order shall remain as set forth in the original order.

| | |
|---|---|
| /s/Lori A. Brewington | /s/Adria Martinelli |
| Jeffrey K. Martin, Esquire (DE #2407) | Adria Martinelli, Esquire (4056) |
| Lori A. Brewington, Esquire (DE #4522) | 1000 West Street, 17th Floor |
| 1509 Gilpin Avenue | P.O. Box 391 |
| Wilmington, DE 19806 | Wilmington, Delaware 19899 |
| (302) 777-4680 | (302) 571-6613 |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED this ____ day of _____, 2007.

_____
J.