IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-261-JJF |
| ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

**NOTICE OF DEPOSITION**

TO:    Jeffrey K. Martin, Esquire
Lori Ann Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE

    PLEASE TAKE NOTICE that the deposition of **Howard L. Moon, Jr.**, will be continued on **Wednesday, February 28, 2007, at 10:00 a.m.,** and will be continued thereafter from hour-to-hour and day-to-day until completion. This deposition will take place at the law offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, Delaware, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means.

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Adria B. Martinelli
    William W. Bowser, Esquire (Bar I.D. 2239)
    Adria B. Martinelli, Esquire (Bar I.D. 4056)
    The Brandywine Building, 17th Floor
    1000 West Street
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6601, 6613
    Facsimile: (302) 576-3282, 3314
    Email: wbowser@ycst.com; amartinelli@ycst.com
    Attorneys for Defendants
    Delaware River and Bay Authority

cc:    Wilcox & Fetzer

Dated: February 26, 2007