IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., : | |
| : | |
| Plaintiff, : | C.A. NO. 05-261 (JJF) |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| THE DELAWARE RIVER AND BAY : | |
| AUTHORITY, : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on March 7, 2007, I served via U.S. Mail the Expert Report of Maria Rayias, Ph. D. to the following attorney-of-record below:

William W. Bowser, Esquire
Adria Benner Martinelli, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

*/s/ Lori A. Brewington*
Lori A. Brewington, Esquire (DE #4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 – phone
(302) 777-4682 – fax
lbrewington@margolisedelstein.com