IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
|                Plaintiff, | ) |
| v. | ) C.A. No. 05-261-JJF |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) JURY TRIAL DEMANDED |
|                Defendant. | ) |

**STIPULATION TO AMEND THE SCHEDULING ORDER TO
CORRECT TIME FOR THE PARTIES TO AMEND THE PLEADINGS**

The parties, by and through their attorneys, hereby stipulate to amend the scheduling order dated August 28, 2006, to correct the time for the parties to amend the pleadings to reflect October 9, 200<u>6</u> as the deadline. Due to a typographical error, the original scheduling order stated the deadline as October 9, 200<u>7</u>. All other deadlines in the Scheduling Order shall remain as previously ordered by the Court.

| | |
|---|---|
| */s/ Lori A. Brewington* | */s/ Adria B. Martinelli* |
| Jeffrey K. Martin (Bar I.D. 2407) | Adria B. Martinelli, Esquire (Bar I.D. 4056) |
| Lori A. Brewington (Bar I.D. 4522) | The Brandywine Building, 17th Floor |
| 1509 Gilpin Avenue | 1000 West Street, P.O. Box 391 |
| Wilmington, Delaware 19806 | Wilmington, Delaware 19899-0391 |
| Telephone: (302) 777-4680 | Telephone: (302) 571-6623 |
| Attorneys for Plaintiff | Facsimile: (302) 576-3314 |
| | amartinelli@ycst.com |
| | Attorneys for Defendant |

      SO ORDERED, this _____ day of _____, 2007.

                                                                         _____
                                                                          J.