IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD L. MOON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-261-JJF |
| | ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S EXPERT WITNESS DISCLOSURES

Defendant, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 26 (a)(2), hereby discloses the retention of the following expert witnesses: (1) Brian Sullivan, Ph.D., The Center for Forensic Economic Studies, 1608 Walnut Street – Suite 801, Philadelphia, PA 19103 (Economic Expert); and (2) Neil H. Blumberg, M.D., 30 East Padonia Road, Suite 206, Timonium, MD 21093 (Psychiatric Expert).

Plaintiff's counsel of record, Jeffery Martin, Esquire, has informed Defendant that Plaintiff has retained new counsel. However, Plaintiff has yet to file any documents with the Court regarding substitution of counsel. Defendant will serve its rebuttal expert reports once new counsel is identified.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 571-6613
Facsimile: (302) 576-3282, 571-3314
Email: wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Defendant

Dated: April 23, 2007