IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-261-JJF |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** the attorney Lori A. Brewington, Esquire hereby **WITHDRAWS** as counsel to Howard L. Moon, Jr. and the attorney James P. Hall, Esquire **HEREBY ENTERS HIS APPEARANCE** as substitute counsel for Howard L. Moon, Jr. in the above noted case. All pleadings henceforth should be served upon the following:

James P. Hall, Esquire (Del. I.D. No. 3293)
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jph@pgslaw.com

PHILLIPS GOLDMAN & SPENCE, P.A.

_/s/ James P. Hall_
James P. Hall, Esquire (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200 (telephone)
(302) 655-4210 (facsimile)

April ___, 2007

MARGOLIS EDELSTEIN

_/s/ Lori A. Brewington_
Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)

April 26, 2007