IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., ) | |
| ) | |
| Plaintiff Below, ) | C.A. NO. 05-261 JJF |
| ) | |
| v. ) | |
| ) | |
| THE DELAWARE RIVER AND BAY, ) | JURY TRIAL DEMANDED |
| AUTHORITY ) | |
| ) | |
| Defendant ) | |

### CERTIFICATE OF SERVICE

I, JAMES P. HALL, ESQUIRE, hereby certify that on June 12, 2007, two copies of the Notice of Substitution of Counsel were served upon the following by facsimile and first class, postage prepaid mail.

Adria B. Martinelli, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Hall
_____
JAMES P. HALL, ESQUIRE
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff