IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-261-GMS |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME
AND REQUEST FOR STATUS CONFERENCE**

Defendant, the Delaware River and Bay Authority, seeks an extension of time to file its Motion for Summary Judgment and supporting brief, for the following reasons:

1. Undersigned counsel understood that Plaintiff's counsel would be seeking an extension of the discovery period in this case due to the fact that counsel was recently substituted in this case, and Plaintiff has not yet taken any depositions.

2. Plaintiff has recently filed a new lawsuit against Defendant (*Moon v. DRBA*, 07-cv-358-GMS), which we anticipate will be consolidated with the instant lawsuit, which will further require an extension of the discovery period.

3. Undersigned counsel anticipates reaching agreement with Plaintiff's counsel to consolidate the two cases and extend the discovery period in the consolidated case accordingly.

4. Undersigned counsel was not able to reach Plaintiff's counsel in advance of the Court's deadline today to resolve these issues.

WHEREFORE, Defendant respectfully requests an extension of the July 2, 2007 deadline to file dispositive motions, and further requests a telephone conference with the Court to establish a new scheduling order.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
    *Attorneys for Defendant*

Dated: July 2, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-261-GMS |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## ORDER

The Court having considered Defendant's Motion for Extension of Time to file their Motion for Summary Judgment and supporting brief and any response thereto;

IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to file its Motion for Summary Judgment and supporting brief is GRANTED;

IT IS FURTHER ORDERED that a telephone conference be scheduled for _____ at _____ _.m. to establish a new Scheduling Order. Defendant is to initiate the call.

_____
Chief Judge Gregory M. Sleet