IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD L. MOON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-261-GMS |
| | ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court having considered Defendant's Motion for Extension of Time to file

their Motion for Summary Judgment and supporting brief and any response thereto;

IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to

file its Motion for Summary Judgment and supporting brief is GRANTED;

IT IS FURTHER ORDERED that a telephone conference be scheduled for

July 31,   at 10:30 a.m. to establish a new Scheduling Order. Defendant is to initiate the

call.

_____
Chief Judge Gregory M. Sleet

**FILED**

JUL 2 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE