IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR. | : |
| Plaintiff, | : C.A. No. 05-261 |
| v. | : |
| THE DELAWARE RIVER AND BAY AUTHORITY | : |
| Defendant, | : |

## NOTICE OF SERVICE

I, James P. Hall, Esquire, hereby certify that on January 17, 2008, a copy of :

**PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND SET OF INTERROGATORIES**

was served on the following as indicated below:

Adria Martinelli, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899

PHILLIPS, GOLDMAN & SPENCE, P.A.

_/s/ Hall_____
JAMES P. HALL, ESQUIRE (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

DATE: 1/17/08