IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR. | : |
| Plaintiff, | : C.A. No. 05-261 |
| v. | : |
| THE DELAWARE RIVER AND BAY AUTHORITY | : |
| Defendant, | : |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel hereby notices the discovery deposition of Jim Johnson, for Wednesday, February 20, 2008 at 10:00 a.m., at the office of Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, Delaware 19899.

PHILLIPS, GOLDMAN & SPENCE, P.A.

JAMES P. HALL, ESQUIRE (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

DATE: January 24, 2008