IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOWARD L. MOON, JR.,                           )
                                               )
                    Plaintiff,                 )
                                               )
              v.                               )   C.A. No. 05-261-GMS
                                               )
THE DELAWARE RIVER AND BAY AUTHORITY,          )   JURY TRIAL DEMANDED
                                               )
                    Defendant.                 )

## NOTICE OF DEPOSITION

TO:    James P. Hall, Esquire
       Phillips Goldman & Spence, P.A.
       1200 North Broom Street
       Wilmington, DE 19801

              PLEASE TAKE NOTICE that the deposition of **John Kravitz, M.D.,** will be

continued on **Friday, February 8, 2008, at 2:00 p.m.,** and will be continued thereafter from

hour-to-hour and day-to-day until completion.  This deposition will take place at the office of Dr.

Kravitz, 102 Old Marlton Pike, Suite 102, Medford, NJ 08055, before an officer authorized to

take such depositions.  The deposition will be recorded by stenographic means.

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    /s/ Adria B. Martinelli
                    _____
                    William W. Bowser, Esquire (Bar I.D. 2239)
                    Adria B. Martinelli, Esquire (Bar I.D. 4056)
                    The Brandywine Building, 17th Floor
                    1000 West Street
                    P.O. Box 391
                    Wilmington, Delaware 19899-0391
                    Telephone: (302) 571-6601, 6613
                    Facsimile: (302) 576-3282, 3314
                    Email: wbowser@ycst.com; amartinelli@ycst.com
                    *Attorneys for Defendant*

Dated:  January 30, 2008
cc:     Wilcox & Fetzer