IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-261-GMS |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

TO:  James P. Hall, Esquire
     Phillips Goldman & Spence, P.A.
     1200 North Broom Street
     Wilmington, DE 19801

PLEASE TAKE NOTICE that the deposition of **Maria F. Rayias, Ph.D.,** will be taken on **Wednesday, February 13, 2008, at 9:30 a.m.,** and will be continued thereafter from hour-to-hour and day-to-day until completion. This deposition will take place at the office of Dr. Rayias, Psychological Divorce Mediation Services, 200 Christiana Village Professional Center, Newark, DE 19702.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adria B. Martinelli*
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
*Attorneys for Defendant*

Dated: February 8, 2008
cc:   Wilcox & Fetzer