IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-261-GMS |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

### RE-NOTICE OF DEPOSITION

TO:   James P. Hall, Esquire
      Phillips Goldman & Spence, P.A.
      1200 North Broom Street
      Wilmington, DE 19801

PLEASE TAKE NOTICE that the deposition of **Howard L. Moon, Jr.,** will be continued on **Wednesday**, **February 27, 2008, at 2:00 p.m.,** and will be continued thereafter from hour-to-hour and day-to-day until completion.  This deposition will take place at the office of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, Delaware, before an officer authorized to take such depositions.  The deposition will be recorded by stenographic means.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
_____
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
*Attorneys for Defendant*

Dated:  February 14, 2008
cc:     Wilcox & Fetzer