IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR.<br><br>    Plaintiff,<br><br>v.<br><br>THE DELAWARE RIVER AND<br>BAY AUTHORITY<br><br>    Defendant, | :<br>:<br>:<br>:  C.A. No. 05-261 GMS/07-358 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel hereby notices the discovery deposition of Trudy Spence-Parker, for Thursday, March 20, 2008 at 10:00 a.m., and Consuella Petty Judkins at 1:00 p.m., at the office of Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899.

                                                          PHILLIPS, GOLDMAN & SPENCE, P.A.

                                                          /s/ James P. Hall
                                                          JAMES P. HALL, ESQUIRE (#3293)
                                                          1200 North Broom Street
                                                          Wilmington, DE 19806
                                                          (302) 655-4200
                                                          Attorney for Plaintiff

DATE: March 17, 2008