UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., <br>     Plaintiff, <br><br> v. <br><br> THE DELAWARE RIVER AND BAY AUTHORITY, <br>     Defendants. | ) <br> )    C.A. No. 05-261 GMS/07-358 GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as counsel for Howard L. Moon, Jr. This Defendant is solely being represented by Phillips, Goldman & Spence, P.A.

MARTIN & WILSON, P.A.

/s/ Jeffrey K. Martin  #2407
JEFFREY K. MARTIN
I.D. No. 2407
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681