UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., <br> Plaintiff, <br> <br> v. <br> <br> THE DELAWARE RIVER AND BAY AUTHORITY, <br> Defendants. | ) <br> ) C.A. No. 05-261 GMS/07-358 GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, hereby certify that on March 19, 2008 I caused a true and correct copy of the foregoing *Withdrawal of Appearance* to be served via electronic filing to the following:

James P. Hall, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Attorney for Plaintiff

Adria Martinelli, Esq.
Young Conaway Stargatt & Taylor
1000 West Street
Wilmington, DE 19899
Attorney for Defendant

MARTIN & WILSON, P.A.

/s/ Jeffrey K. Martin  #2407
JEFFREY K. MARTIN
I.D. No. 2407
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681