IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Howard L. Moon, Jr., | : |
| Plaintiff, | : |
| v. | : Civ. No. 05-261 GMS |
| | : Civ. No. 07-358 GMS |
| The Delaware River and Bay Authority, | : |
| Defendant. | : |

### ORDER

At Wilmington this 1st day of **April, 2008,**

IT IS ORDERED that a further mediation conference is scheduled for **April 24th, 2008** beginning at **11:30 a.m.** This Court's Septemberr 7th, 2007 Order (D.I. 73) shall continue to govern the mediation conference in all respects.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE