IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-261-GMS |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO EXTEND DEADLINE
TO FILE CASE DISPOSITIVE MOTIONS**

The parties jointly move for extension of time to file case dispositive motions briefs by approximately three weeks, allowing Defendant's Motion for Summary Judgment and opening brief to be filed on May 8, 2008. The grounds for this Motion are as follows:

1. The parties previously participated in a mediation with Magistrate Judge Stark on February 5, 2008, which did not result in a settlement. The parties have engaged in ongoing settlement discussions since then.

2. Approximately two weeks ago, both parties indicated an interest in engaging in a second mediation with Judge Stark. Unfortunately, the earliest date such mediation could be scheduled is April 24, 2008 (D.I. 85 – Order attached as Exhibit A).

3. Along with the parties, an AIG representative will also be attending this mediation on behalf of the Defendant. Both parties have expressed a strong interest in resolving this case at the mediation.

4. Under the Court's scheduling order, summary judgment motions are due April 15, seven days prior to the scheduled mediation date. The parties are requesting an

extension until May 8, two weeks after the scheduled mediation on April 24th, to file opening briefs. Subsequent briefing would be conducted pursuant to the Court's Local Rules.

5. This extension would not affect other deadlines set pursuant to the Court's Scheduling Order. The Pretrial Conference is scheduled for September 15, 2008, and trial is scheduled to begin October 6, 2008.

6. The parties are hopeful that the mediation will resolve the case and render moot any dispositive motions. The parties believe that the requested extension will conserve judicial resources and facilitate resolution of this case by limiting defense costs.

WHEREFORE, Plaintiff and Defendant respectfully request that their Motion To Extend Deadline To File Case Dispositive Motions be granted.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ *James P. Hall*
James P. Hall, Esquire (Bar I.D. 3293)
1200 North Broom Street
Wilmington, Delaware 19806
Telephone: (302) 655-4200
Email: jph@pgslaw.com
*Attorney for Plaintiff*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adria B. Martinelli*
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
*Attorneys for Defendant*

Dated: April 7, 2008