# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Howard L. Moon, Jr., | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 05-261 GMS |
| | : | Civ. No. 07-358 GMS |
| The Delaware River and Bay Authority, | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **1st** day of **April, 2008,**

IT IS ORDERED that a further mediation conference is scheduled for **April 24th, 2008** beginning at **11:30 a.m.** This Court's Septemberr 7th, 2007 Order (D.I. 73) shall continue to govern the mediation conference in all respects.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE