IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-261-GMS |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Joint Motion to Extend Deadline to File Case Dispositive Motions, it is hereby ORDERED that dispositive motions shall be filed by May 8, 2008, with subsequent briefing governed by the Local Rules of this Court.

_____
J.