IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOWARD L. MOON, JR.,                              )
                                                  )
          Plaintiff,                              )
                                                  )
    v.                                            )  C.A. No. 05-261-GMS
                                                  )
THE DELAWARE RIVER AND BAY AUTHORITY,             )  JURY TRIAL DEMANDED
                                                  )
          Defendant.                              )

## ORDER

Upon consideration of the Joint Motion to Extend Deadline to File Case

Dispositive Motions, it is hereby ORDERED that dispositive motions shall be filed by May 8,

2008, with subsequent briefing governed by the Local Rules of this Court.

J.

**FILED**

APR 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE