IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DELAWARE RIVER AND BAY AUTHORITY, )<br>)<br>Defendant. ) | C.A. No. 05-261-GMS<br>C.A. No. 07-358-GMS<br><br>JURY TRIAL DEMANDED |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant the Delaware River and Bay Authority hereby moves for entry of an Order granting them Summary Judgment on all Counts in Plaintiff Howard Moon's consolidated case. The grounds for this motion are set forth in the accompanying brief and supporting appendix.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6623
Facsimile: (302) 576-3282, 3314
wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Defendant
Delaware River and Bay Authority

DATED: May 8, 2008