IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOWARD L. MOON, JR.,    )
           )
     Plaintiff,  )
           )  C.A. No. 05-261-GMS
     v.    )  C.A. No. 07-358-GMS
           )
THE DELAWARE RIVER AND BAY )
AUTHORITY,      )
           )
     Defendant. )

# APPENDIX TO DEFENDANT'S OPENING BRIEF
# IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

YOUNG CONAWAY STARGATT & TAYLOR, LLP

William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
E-mail: wbowser@ycst.com; amartinelli@ycst.com
*Attorneys for Defendant*

Date:  May 8, 2008

# TABLE OF CONTENTS

Page

DRBA Ferry Reservations Manager Job Posting dated May 2000................................................A1

DRBA Chief Operations Officer Job Posting dated October 4, 2002..........................................A5

James H. Walls Resume for Chief Operations Officer Position ...................................................A9

Moon Application Letter for Chief Operations Officer Position
dated October 7, 2002...................................................................................................................A13

Moon Chief Operations Officer Resume Evaluation Checklist
dated October 16, 2002.................................................................................................................A15

Touchstone Letter to Moon dated November 14, 2002.........................................................A16

Lange Memo to Johnson dated October 30, 2002..................................................................A17

Walls Letter to Johnson dated February 12, 2003..................................................................A18

DRBA Director of Ferry Operations Job Posting dated October 7, 2003 .................................A19

Nilson Resume for Director of Ferry Operations Position ........................................................A22

Moon Resume and Application for Director of Ferry Operations Position.............................A26

Moon Personnel/Payroll Action Form dated May 21, 2004......................................................A29

DRBA Superintendent of Toll Operations Job Posting
dated June 1, 2004.......................................................................................................................A30

Superintendent of Toll Operations Interview Schedule and Scores.........................................A32

Moon Interview Questions for Superintendent of Toll Operations..........................................A33

DRBA Assistant Director of Ferry Operations Job Posting dated July 19, 2004 .....................A53

Gehrke Resume for Assistant Director of Ferry Operations Position .......................................A56

Moon Application and Resume for Assistant Director of Ferry Operations Position...............A58

Nilson Memo re: Assistant Director of Ferry Operations dated October 4, 2004 ....................A61

DRBA Equal Employment Opportunity Action Plan
Executive Summary dated November, 2004 ........................................................................A62

i

DRBA Superintendent of Toll Operations Job Posting
dated June 1, 2005 ...................................................................................................A64

Frasetto Resume and Application for Superintendent of Toll Operations Position...................A67

Moon Letter and Resume for Superintendent of Toll Operations Position
dated April 21, 2005 ................................................................................................A73

Interview Scores for Superintendent of Toll Operations Position ............................................A77

Frasetto Interview Questions for Superintendent of Toll Operations Position.........................A82

Moon Interview Questions for Superintendent of Toll Operations Position .............................A94

DRBA Director of Ferry Operations Job Posting dated July 29, 2005 ...................................A106

Moon Application and Resume for Director of Ferry Operations Position
dated October 25, 2006.............................................................................................A109

Moon Employee Service Record............................................................................................A113

Excerpts from the Deposition Transcript of Howard Moon, Jr.
dated February 13, 2007 ..........................................................................................A115

Excerpts from the Deposition Transcript of Howard Moon, Jr.
dated February 28, 2007 ..........................................................................................A117

Excerpts from the Deposition Transcript of James Johnson, Jr.
dated February 20, 2008 ..........................................................................................A126

Excerpts from the Deposition Transcript of James Johnson, Jr.
dated April 2, 2008..................................................................................................A136

Excerpts from the Deposition Transcript of Consuella Petty-Judkins
dated March 20, 2008 ..............................................................................................A138

Excerpts from the Deposition Transcript of Consuella Petty-Judkins
dated April 2, 2008..................................................................................................A142

Affidavit of James H. Walls dated May 8, 2008.....................................................................A145

Affidavit of James T. Johnson, Jr. dated May 8, 2008...........................................................A148

DELAWARE RIVER AND BAY AUTHORITY

| | |
|---|---|
| Department: | Cape May-Lewes Ferry |
| Class Title: | Ferry Reservations Administrator |
| Status: | Exempt |
| Reports To: | Director of Ferry Operations |
| Grade: | J |

## I.    NATURE OF WORK

This department director position includes full-performance and direction of all duties related to the Cape May-Lewes Ferry Reservations Call Center. The position is responsible for the planning, directing, controlling and supervision of all reservation operations, staff and call-center system, while facilitating sales, service and convenience for patrons of the Delaware River & Bay Authority and Cape May-Lewes Ferry. *This position is responsible for the implementation and maintenance of the DRBA internet reservation and sales system and its integration with the Call Center operations. This position is responsible for sales and revenue targets as a result of the successful implementation, and administration of the internet reservation and sales system. Quarterly and annual sales targets will be established as a benchmark for tracking Ferry reservations sales via the internet sales system. Customer Service goals and measurable targets will be established. This position will be responsible for internet reservation and sales system, generating new sales as well as transitioning Call Center sales to internet sale. Position will be responsible for meeting all relevant quarterly and annual sales and Customer Service goals.* This position through planning involves selecting effective courses of action to meet organizational objectives and specifying how the actions will be implemented, balancing opportunities against demands made on Authority resources. The directing and motivating employees involve mobilizing personnel to carry out plans, overseeing the day-to-day operations, activities and keeping the operation running smoothly. The controlling involves ensuring the plans and organizational objectives are on track, actually being carried out and appropriately modified if circumstances change.

The position is responsible for the work scheduling, training and monitoring for quality assurances of entire reservation's staff and call center. The position requires strong analytical, communication, organizational, writing and computer skills to assist the individual in developing comprehensive business plans, guiding division toward achieving targeted goals and objectives, establishing and communicating performance criterion, preparing annual operating budget proposals, developing and coordinating training and orientation programs, arbitrating disputes, resolving complaints and making decisions on customer service, refunds, conflict resolution, and passage aboard the ferry. This person will also monitor the reservation system, handle commercial accounts, perform costs/volume/profit analysis, facilitate sales of comprehensive marketing, advertising plans and activities to patrons of the Authority and Ferry. The individual performs management reporting, managerial accounting and finance functions, and provides monthly reservation transactions and revenue figure reports to the Director of Operations and Chief Operating Officer. The position is subject to 24-hour on call availability and reports directly to the Director of Ferry Operations.

D874

A1

II.    **EXAMPLES OF WORK**  (Examples are illustrative only)
(Essential Functions)

- Plans, directs & motivates, and controls operation, staff and call center system, working with and through others to achieve departmental and organizational goals and objectives in a fair and ethical manner.

- Administers and maintains the Reservations System.
- Collaborates and communicates with Ferry Police, Customer Relation Supervisors, and Terminal Managers on a variety of customer related and operational issues.
- Collaborates and communicates with Port Captains on a regular basis regarding ferry vessel schedules, weather conditions, traffic, operational issues and any vessel matter affecting ferry operations, patrons or general public.
- Performs work scheduling for entire staff, monitoring variable costs, business transactions and call volumes, making adjustments as needed to provide adequate call-center coverage to meet customer demands.
- Collaborates and communicates with Marketing, Advertising, Guest Relations and Public Relations, providing data, reports and information regarding various events, projects and activities.
- Prepares reservation systems operating budget recommendations, and develops strategies to  monitor/manage costs to achieve targeted budget goals.
- Develops departmental policies and procedures, establishes performance criteria, creates and revises staff job descriptions, essential job elements and functions, narrative nature of work and performance standards.
- Analyzes staffing requirements, interview, hire / fire /lay off seasonal and temporary staff as operational needs dictate and performance warrants.
- Manages and supervises entire staff while using coaching, teamwork, positive reinforcement and contingency approach techniques to obtain employee buy-in, participation and cooperation.
- Provides vision and leadership while maintaining credibility, demonstrating good business sense, technical abilities and professionalism.
- Develops and implements comprehensive business, departmental and strategic plans.
- Develops, coordinates, implements and instructs yearly employee training and orientation programs.
- Handles staff performance planning, evaluations, rating and reviews.
- Handles and resolves customer complaints, disputes, credit inquires, problems and refunds.
- Assigns duties, tasks, and responsibilities to subordinate workers.
- Handles staff conflict resolution, provides performance assessments including coaching and counseling on a daily basis.
- Performs call-monitoring on reservation phone lines to identify staff strengths, weaknesses and ensure quality assurances.
- Creates spreadsheets and formulas to track, compare and report productivity, volumes, income, costs revenues and tracks call center performance metrics.
- Analyzes system and identifies problems or concerns and with reservations computer software(AFOS) and hardware, on a regular basis and reports them to

D875

A2

the Director of MIS for resolution and provides recommendations on operational issues.

- Handles call center recordings, identifies problems or concerns with call center phone lines on a regular basis and reports them to the Director of Communications for resolution.
- Oversees the setting up, promotion, selling and up-selling of all events offered to the public through the reservation system.
- Oversees commercial bookings through the reservations system, works with Controller and Director of Operations to establish policies and procedures, handles customer account inquires, billing discrepancies and resolves problems.
- Promotes customer service as a number one priority and continued improvement as an everyday matter.
- Provides weekly and monthly reports to the Director of Operations.
- Performs a variety of administrative, operational and other duties as needed or required.

## III.   REQUIRED KNOWLEDGE, SKILLS AND ABILITIES

- Leadership, consensus and team building skills.
- Knowledge of the principles of management and organizational behavior and ability to manage occupational stress.
- Strong oral and written business communication skills, analytical and critical thinking skills.
- Full working knowledge and understanding the field of customer service, call center management and operations.
- Knowledge of Ferry operations, transportation, reservation systems, toll structures and tourism industries.
- Ability to understand and use primary dimensions of managing diversity.
- Ability to effectively negotiate, make decisions and solve problems.
- General understanding of managerial accounting, finance, business information and computer systems.
- Ability to operate office equipment including personal computer, software, hardware, credit card sure pay terminal and electronic spreadsheets.
- Knowledge of principles and practices of budget formulation, business planning, strategic planning, evaluation and administration.
- Knowledge of DRBA's accounting system (MUNIS) and organizational and object code structure.
- Ability to perform administrative functions, revenue/cost analysis, costs behavior analysis, quantitative & qualitative analysis, budget control and preparation.
- Ability to manage multiple projects, priorities, objectives and deadlines.
- Working knowledge of computer applications including Spreadsheet Applications; Excel 5.0 or 7.0, Word Processing Applications; WordPerfect 8.0 or Microsoft Word 97, Operating Systems; Windows 95, 98 or NT, Presentation Graphics Applications; Power Point 97.

## IV.   MINIMUM QUALIFICATIONS

- Preferred Bachelors of Science or Arts in Business Administration from an accredited university or college.

D876

A3

- Minimum five years of call center management experience

## V.    SPECIAL REQUIREMENTS

- Applicants will be subject to a written test(s) and personal interview(s).

Revised: May 2000

**D877**

A4



② 8 intew
④ Pkge snt    Job desc
Am Rept
Benefit Sum
Appl.
③ Tiwline
④ Q+A

## THE DELAWARE RIVER AND BAY AUTHORITY

| | | |
|---|---|---|
| DELAWARE MEMORIAL BRIDGE<br>POST OFFICE BOX 71<br>NEW CASTLE, DELAWARE 19720<br>302-571-6303<br>FAX: 302-571-6367 | POST OFFICE BOX 71<br>NEW CASTLE, DELAWARE 19720<br>302-571-6303<br>FAX: 302-571-6367 | CAPE MAY - LEWES FERRY<br>POST OFFICE BOX 827<br>CAPE MAY, NEW JERSEY 08204<br>609-886-9699<br>FAX: 609-886-1021 |

# CHIEF OPERATIONS OFFICER

*Location:*    **Administrative Offices, New Castle, DE**

*Salary:  $111,365.00 - $154,673.00  (Grade E )*
*(Minimum)      (Midpoint)*

*Opening Date:* October 4, 2002        *Closing Date:* October 18, 2002

## I.    NATURE OF WORK

The Chief Operations Officer is responsible for the planning, organizing, directing and coordinating of the effective day-to-day operations of the Delaware River and Bay Authority consistent with its short- and long-term objectives and goals including the Delaware Memorial Bridge, the Cape May-Lewes Ferry, the 3 Forts Ferry system, five airport facilities, police, engineering and information technology.

## II.    REPORTS TO

- Executive Director

## III.    MEASURES OF SUCCESS

- The effective operation of the Delaware River and Bay Authority within the framework of its Strategic Plan and the annual Operating and Capital Budgets.

- All key operations staff positions are filled with committed and capable managers who are dedicated to the success of the Authority and support its mission, vision, values and goals and are held accountable for their performance.

D2164

A5

## IV.    MAJOR ACCOUNTABILITIES

- Serves as a member of the Leadership Team and is committed to and accountable for its success and the success of the Authority.

- Ensures that all key operations positions are filled with capable and committed individuals; creates and maintains a positive work environment based on performance and accountability.

- Oversees the daily operations of all services and programs provided by the Authority.

- Sets annual goals for each operating entity and function and holds their management accountable for their attainment.

- Initiates and develops new or makes changes to existing projects, programs and activities and responsibilities of the Authority to increase their value and benefits.

- Recommends long- and short-term operational initiatives, enhancements, or improvements that include planning, implementing or taking remedial actions, maintaining and funding specific functions at all facilities.

- Represents the Authority and the Leadership Team at meetings, conferences, professional organizations and public functions.

## V.    EDUCATION, EXPERIENCE AND EXPERTISE

**Education:**

- Bachelor's degree in a relevant discipline is required with related advanced coursework and a Master's degree preferred.

**Experience:**

- Extensive management experience at the senior level in a dynamic and multi-faceted organization, department or division with a budget over $50 million and 450+ employees is desired.  Experience with facility management, labor issues, capital and operating budgets and analyses is also helpful.

**Knowledge:**

- Knowledge of planning for, organizing, directing and coordinating multiple operating functions, departments and staffs in a dynamic business environment.

- Knowledge of relevant economic, financial, political and governmental trends, conditions, and issues in the states and communities in which the Authority operates.

- Knowledge of effective leadership and management theories, principles, and practices and how to best apply them to ensure the optimal effectiveness of the Authority.

- Knowledge of relevant legislation, rules and regulations and regulatory agencies and how they relate to the Authority or a similarly-situated organization.

**Skills:**

- Skilled at operating in an organization with organized labor.

- Skilled in working with the public, municipalities and government agencies.

**Abilities:**

- Able to interpret policy regarding labor issues in a consistent manner.

- Able to identify operational problems and propose, develop, implement and continually improve solutions.

- Ability to develop effective working relationships with other senior managers, staff, Commissioners, governmental and business leaders, vendors and contractors and private citizens.

- Ability to attract, develop and retain capable and committed staff who are dedicated to the success of the Authority and themselves and support its mission, vision, values and goals.

- Ability to effectively lead and manage others and create and sustain a positive working environment that enables staff to achieve their potential and the Authority to achieve its objectives and goals.

- Ability to effectively manage one's own professional needs and priorities while balancing them with personal needs and priorities.

- Ability and willingness to be a key contributor to the Leadership Team and to be able to assume the role of situational leader when necessary and appropriate.

- Ability to present ideas and effectively communicate with all of the Authority's key stakeholders in both an oral and written form.

D2166

Present employees who meet the requirements and who would like to be considered for this position must submit a resume and salary history to:

**NAS CONFIDENTIAL REPLY**
**1601 Walnut Street, Suite 400**
**Philadelphia, PA 19102**

This position is also being advertised in this Sunday's editions (10/06/02) of the Wilmington News Journal, the Today's Sunbeam, The Atlantic City Press, the Philadelphia Inquirer and the Baltimore Sun. All candidate responses will be collected, ranked and banded by an external professional recruitment firm that has been retained by the Authority. Interviews will be conducted with the candidates placed in the highest band.

Linda Murphy
Director, Human Resources

James T. Johnson, Jr., P.E.
Executive Director

D2167

A8

James H. Walls
48 Handy Road
Levittown, PA 19056-1160
(215) 943-6367
JHWalls@compuserve.com

# JAMES H. WALLS

## Objective

A senior management position that challenges a self-motivated innovator to achieve aggressive performance goals and financial targets

## Key Skills

### Operations Management

- Thirteen years of senior management experience in 24/7 critical operating facilities
- Department head for Amtrak's nationwide train operations and locomotive utilization
- Managed car fleet utilization and reservations inventories for the northeastern United States (annual revenue: $600+ million)
- Direct management of up to 21 facilities and 500 employees
- Consistently met or exceeded financial goals
- Over a twelve-month period, direct staff reported significant gains in teamwork (+19%), workgroup productivity (+18.6%), and personal satisfaction (+18.2%)

### Process Innovation

- Introduced the concept of cross-functional management of train operations, car and locomotive utilization, mechanical operations, and inventory management
- Conceived and developed the radical innovation to transition Amtrak's operational status reporting from a narrow, static, paper-based medium to a broad-based, real-time, Intranet report that is accessible to all 25,000 Amtrak employees
- Conceived, designed, and implemented a revolutionary Amtrak/Skytel paging system that changed the way Amtrak communicates operational information
- Introduced the first PC network for Amtrak's National Operations Center
- Developed and proposed the first Amtrak diversity mentoring program
- Introduced the first on-site college degree program at Amtrak

### Business Development

- Evaluated and developed business ventures, including: commuter service agreements, commercial partnerships, surplus asset sales and leasing, and insourcing opportunities
- Championed and negotiated several business agreements between Amtrak and Continental Airlines for the reciprocal handling of passengers

### Strategic Planning

- Served on the senior management team that developed the strategic plan for the transformational change of Amtrak into a customer-focused organization, this included benchmarking successful service-oriented companies. Ritz-Carlton Hotels, Continental Airlines, and Sears

**D2171**

A9

James H. Walls
48 Handy Road
Levittown, PA 19056-1160
(215) 943-6367
JHWalls@compuserve.com

- Benchmarked rail car and locomotive fleet management methodologies and technologies of prominent railroads in France and England, including: Eurostar, French National Railroad, Virgin Trains, and Thalys
- Envisioned and developed Amtrak's rail car optimization strategy for the future
- Developed the organizational restructuring plan for Amtrak's System Operations Department that managed system wide train operations on a 24/7 basis

**Project Management**
- Conceived, developed, and managed the design and construction of Amtrak's 52,000 square-foot Consolidated National Operations Center in Wilmington, Delaware
- Served as project manager for several Amtrak/SABRE Group rail equipment optimization studies (potential annual revenue impact: $25-30 million)
- Led an Amtrak cross-functional team that identified unclaimed net reimbursable revenue of $6.1 million for recovery

<u>**Performance Recognition**</u>
- Personal performance evaluation ratings in top 10% of management
- Nominated for five President's Achievement Awards, 1998 - 2001

<u>**Relevant Activities**</u>

| | |
|---|---|
| **Teaching** | Faculty member at Cabrini College teaching courses in leadership, project management, and organizational change |
| **Invited Speaker** | National Association of Corporate Real Estate Executives, Industrial College of the Armed Forces, American Institute of Architects, International Facility Managers Association, and Cabrini College |
| **Board Member** | Continuing Education Advisory Board, Cabrini College, Radnor, PA |

<u>**Work History**</u>

| | |
|---|---|
| **Senior Director** – Commuter Planning & Insourcing, Amtrak, Phila, PA | (2002-present) |
| **Faculty Member**, Cabrini College, Radnor, PA | (2001-present) |
| **Senior Director** – Northeast Corridor Service, Amtrak, Wilmington, DE | (1998-2002) |
| **Director** – Northeast Corridor Service, Amtrak, Philadelphia, PA | (1995-1998) |
| **Assistant Superintendent** – Operations, Amtrak, Philadelphia, PA | (1993-1995) |
| **Manager** – Train Operations, Amtrak, Philadelphia, PA | (1988-1993) |
| **Division Operator**, Amtrak, New York, NY | (1987-1988) |
| **Assistant Transportation Manager**, Amtrak, New York, NY | (1986-1987) |
| **Rules Examiner**, Amtrak, Philadelphia, PA | (1982-1986) |
| **Trainmaster**, Amtrak, Philadelphia, PA | (1982-1982) |
| **Train Dispatcher**, Penn Central/Conrail/Amtrak, Philadelphia, PA | (1974-1982) |
| **Train Director & Block Operator**, Penn Central, Philadelphia, PA | (1973-1974) |

| <u>**Education**</u> | | |
|---|---|---|
| | West Chester University | West Chester, PA |
| | **M.B.A., Technology & E-Commerce** (2001) | **GPA: 4.0** |
| | Cabrini College | Radnor, PA |
| | **B.A., Organizational Management** | **GPA: 4.0** |

D2172

2

A10

James H. Walls
48 Handy Road
Levittown, PA 19056-1160
(215) 943-6367
JHWalls@compuserve.com

## Detailed Work History

**Senior Director** – Commuter Planning & Insourcing, Amtrak, Phila, PA (2002-present)
- Developed business ventures, including: commuter service agreements, commercial partnerships, asset sales, and insourcing opportunities          (Salary:  $90k)

**Senior Director** – Northeast Corridor Service, Amtrak, Wilmington, DE (1998-2002)
- Department head of the national operations center team that managed train operations, utilization of locomotives and cars, mechanical operations, freight services, and reservations inventory management for the northeastern U.S.          (Salary:  $75k)

**Director** – Northeast Corridor Service, Amtrak, Philadelphia, PA          (1995-1998)
- Department head of the national operations center team that managed train operations, utilization of cars and locomotives, mechanical operations, and reservations inventory management for northeastern United States          (Salary:  $68k)

**Assistant Superintendent** – Operations, Amtrak, Philadelphia, PA          (1993-1995)
- Managed nationwide train operations and locomotive operations          (Salary:  $65k)

**Manager** – Train Operations, Amtrak, Philadelphia, PA          (1988-1993)
- Managed nationwide train operations

**Division Operator**, Amtrak, New York, NY          (1987-1988)
- Department head of 21 facilities and 200 employees; responsibility for train operations in New Jersey, Pennsylvania, and New York

**Assistant Transportation Manager**, Amtrak, New York, NY          (1986-1987)
- Field management of 500 conductors, engineers, and yardmasters; formally certified as a qualified locomotive engineer on the Northeast Corridor

**Rules Examiner**, Amtrak, Philadelphia, PA          (1982-1986)
- Interpreted operating rules and instructed operating rules classes

**Trainmaster**, Amtrak, Philadelphia, PA          (1982-1982)
- Field management of 200 conductors, engineers, and yardmasters

**Train Dispatcher**, Penn Central/Conrail/Amtrak, Philadelphia, PA          (1974-1982)
- Qualified on all train dispatcher and assistant chief train dispatcher positions

**Train Director & Block Operator,** Penn Central, Philadelphia, PA          (1973-1974)
- Qualified on train director and block operator positions

D2173          3

A11

**References**

Paul Arsenault, Ph.D.
Professor
West Chester University
312D Anderson Hall
West Chester, PA 19383
(610) 436-2208


Beth Carey
Director – Marketing & Recruitment
Cabrini College
610 King of Prussia Road
Radnor, PA 19087
(610) 902-8511


✓Cynthia A. Cole
Manager – Operations
Amtrak
15 South Poplar Street
Wilmington, DE 19809
(302) 683-2105


✓Noel Eisenstat
ex-Sr. VP – Commercial Development & Business Planning
Amtrak
718 Arch Street, Suite 300 North
Philadelphia, PA 19106
(215) 574-5890


Rick Hoefling
Director – Operations
Continental Airlines
Terminal 'C'
Newark Liberty International Airport
Newark, NJ 07114
(973) 681-0318


✓Robin McCarthy
Associate General Counsel
Amtrak
30th Street Station, 3S-061
Philadelphia, PA 19104
(215) 349-3750

**D2174**

A12



October 7, 2002

**To:**    NAS CONFIDENTIAL REPLY - DRBA Executive Position Selection Committee
**Re:**    Chief Operations Officer Position

Dear Madam(s) or Sir(s):

I am delighted at this opportunity to compete for the Delaware River & Bay Authority's Chief Operations Officer position. I bring a host of talents, knowledge, experience and intangibles that make me a legitimate candidate and best person for the job. With the Authority's past and current cultural competency and diversity problems, we are embarking on a key juncture in the 40 year history of no minority ever achieving any executive level position, and a workforce lacking diversity. Over the last five years I asked executive management on several occasions "what must I do to ever get a chance at breaking the Authority Executive Ceiling." The answer was get my education, build strong leadership skills, shape my strategic thinking, and gain a broad perspective in managing five divisions. I am pleased to report that I have met and exceeded all the above mentioned criterion. During the screening process of my resume, I would like you to consider critical information and circumstances that may not be available to you.

First and foremost, my path to the present, ability to overcome obstacles and barriers, and range of experiences within the DRBA, give me strategic advantages and broad perspectives in managing the core operations under the positions span of control. I understand our core infrastructure and competencies, built relationships and see perspectives from all aspects of Authority operating units, from front line employees through all the layers and levels of front line, middle, senior and executive management to the board of commissioners. Over the last seven years I worked, planned and trained with the COO and all the top managers under his control: Director of Bridge Operations, Director of Ferry Operations, Director of Engineering, Police Administrator, Director of MIS, Director of Technical Operations, Director of Airports and Director of Human Resources.

I started as a temporary toll collector in 1992, became permanent in early 1993 and made significant contributions within my first year of employment and beyond. By January 1996, I made the jump from a toll collector without a college degree to the organizations first minority department head, assuming the Reservations Administrator position with the stipulation of obtaining my college degree in business. Executive management announced on many occasions that I was the only applicant who saw and understood the big picture and what they were trying to do: enhance the tourism aspects of the ferry operation promoting the appeal of the ferry, the Authority and the resorts areas of Cape May, New Jersey and Lewes, Delaware; increase customer service, the appearance of vessels including cruise ship amenities, and add value for the traveler and communities. Circumstances dictated that my position required a self starter with vision and the ability to leverage autonomy working with and through others to succeed. My department added value to the Authority functioning as a profit center, while achieving tremendous growth and development, increases in customer satisfaction, business, revenues and the bottom line while maintaining impressive employee retention ratios and the Authority's most diverse work group.

During my seven-year stay in my current position I have seen, studied and been involved in a broad

range of operational, educational, system and executive level planning, projects, activities and interactions.   Such involvements included driving the organizational vision and mission, leading organizational change, handling legal matters, making presentations to the board of commissioners, statistical data collection for affirmative action plans, vessel upgrades and refurbishments, purchasing and implementing new computers and  technical systems, creating custom training programs, implementing EZPass, and a host of other multi-dimensional involvements.  I have a full working knowledge of our dual missions and how to integrate the objectives of our mission for the betterment of our organization and the region while keeping a balanced scorecard between our stakeholders, employees, customers, communities, environment and governing laws and regulations.

Our governing compact and the complexities involved in the Authority being a body politic dictate the way we do business.  I am dedicated to ensure our operations deliver sound business practices to facilitate stability of our  mandated debt service ratios, keeping our bond ratings high and ensuring a high regard for financial and fiscal know how and stability, which are vital when going to capital markets to raise funding.  Understanding how all our entities interface and operate will be crucial as we continue the transition from exponential growth to operations mode.  I also possess key insights in pinpointing where our culture clashes with our operational realities.   I have developed the core essential insights needed to ensure interaction and collaboration among our management team and business units to help our workforce learn from the past and leverage the present to shape the future.

I am the first Authority employee to attend a high level Executive MBA program. The Authority is sponsoring me through my in progress, 21 month Villanova University EMBA program.  The Chief Operations Officer and Chief Financial Officer provided the recommendations to the programs admissions committee which weighed heavily on my acceptance.  My academic record speaks for itself and I have enormous resources to utilize while attending my program.  As a leader, planner, organizer, educator and communicator, I am prepared to assist our Chief Executive Officer, Jim Johnson in building a promising future for our dynamic and multi-faceted organization.  Once the Authority develops a more diverse workforce, my knowledge, understanding and commitment to a positive change will be very useful in effectively managing that diversity.

Lastly, I am a public servant employee who is dedicated to the Authority and want to make a positive difference.  I view obstacles as nothing more than inevitable opportunities and challenges, believe there are no problems without solutions and think long-term.  Jim Johnson and I have very similar management philosophies and I will be able work with and help him succeed in taking the Authority through re-organization and culture change while restoring our image and public trust and ensuring accountability for every employee and aspect of our operations.

Attached is my resume, list of completed technical and professional development training, and my salary history which should not be held against me.  I am excited and looking forward to hearing from you and the chance to interview for the Chief Operations Officer position.

Sincerely,

Howard L. Moon Jr.
Reservations Administrator, Delaware River & Bay Authority

**DELAWARE RIVER AND BAY AUTHORITY**
**SELECTION SUPPORT**

**Chief Operations Officer Resume Evaluation Checklist**

**CANDIDATE NAME:** Howard Moon          **DATE:** 10/16/02

**SOURCE:** ☐ *Atlantic City Press*    ☐ *Baltimore Sun*    ☐ *Philadelphia Inquirer*
☐ *Today's Sunbeam*   ☐ *Wilmington News Journal*   ☑ *Internal*

**SALARY: CURRENT**                  **DESIRED:**

*DRBA Employee*

**REQUIRED**

☑  Bachelor's degree.

☑  Experience with multiple lines of business.

☐  Experience with organized labor. *don't know to what degree if any*

☐  Budget and business management experience. *not at a senior level*

**DESIRED**

☐  A "difference maker".

☐  Able to develop management and staff.

☑  Analytical.

☐  Demonstrated management and leadership capabilities. *(not senior which is needed)*

☑  Develop, implement and manage budgets and strategic plans.

☑  Government/quasi-government experience.

☐  Managed day-to-day operations of a business.

☑  Project management experience.

☐  Quality/continuous improvement.

☑  Similar experience.

☑  Transportation experience.

_6_  **Out of 11 = TOTAL SCORE**    Prepared by: SC + JS

THE TOUCHSTONE PARTNERSHIP, LTD.

D1245

A15



The
# TOUCHSTONE
Partnership, Ltd.

*300 W. State Street, Suite 106*
*Media, PA 19063*
*Telephone: 610/566-6516*
*Fax: 610/566-8313*
*Website: www.touchstonepartners.com*

November 14, 2002

Mr. Howard L. Moon, Jr.
6 South Merriment Drive
Newark, Delaware 19702

Dear Mr. Moon:

On behalf of the Delaware River and Bay Authority, I would like to thank you for submitting your resume for consideration for the Chief Operations Officer position. Your service to the Authority is sincerely appreciated as is your desire to be part of the new DRBA.

Touchstone's role in the selection of people to interview for these key positions was to ensure that a fair and impartial process was used to identify potential candidates. We received over 125 responses for each position and we used a set of objective criteria to identify candidates who best fit the current needs of the Delaware River and Bay Authority. Unfortunately, at this time, your background and experience do not ideally fit the unique needs of the Authority for the Chief Operations Officer position.

This next year will be a time of significant progress and change at the DRBA and it will be appreciated if it can count on your continued efforts and support. It is possible that other career opportunities may arise and I hope that you will consider them as you pursue your career goals.

The years ahead will be full of exciting challenges and opportunities and I would like to offer my sincere best wishes as you plan and pursue your career.

Sincerely,

Edward L. Lange
President and Managing Partner

Copy: James T. Johnson, P.E.
         Executive Director

D1247

A16

**Johnson, James**

| | |
|---|---|
| **From:** | Skip Lange [SLange@touchstonepartners.com] |
| **Sent:** | Wednesday, October 30, 2002 3:13 PM |
| **To:** | James T. Johnson Jr. P. E. (E-mail) |
| **Subject:** | Follow-Up |

Hi Jim:

It was good to talk with you and to get caught up.  Here are the names of the internal candidates who did not reach our "band numbers":

| Name | Job | Band Score |
|---|---|---|
| **COO** | | |
| Coles, Alexander | Opns. specialist | 7 |
| Larotonna, Joseph | Controller | 5 |
| Long, Leo | Benefits administrator | 6 |
| Moon, Howard | Reservations administrator | 6 |
| Stanton, Michael | Dir. Technical Opns. | 5 |
| **CHRO** | | |
| Allen, Mark | Ordinary Seaman CMLF | 3 |
| Butcher, Deborah | Communications specialist | 3 |

Attached are the criteria we used to band candidates (Resume Evaluation Checklist) and the interview guide and evaluation forms for the first round of interviews.  Please let me know if you need anything else.

All the best,

Skip
Skip Lange
President and Managing Principal
The Touchstone Partnership, Ltd.
300 W. State Street, Suite 106
Media, PA 19063
(610)566-6516 x101 Voice
(610)566-8313 Fax

D1246

12/9/2002

A17

February 12, 2003

James H. Walls
48 Handy Road
Levittown, PA 19056

James T. Johnson, Jr., P.E.
Executive Director
Delaware River and Bay Authority
Post Office Box 71
New Castle, Delaware 19720
FAX: (302) 571- 6305

Re:    Chief Operating Officer Position

Dear Mr. Johnson:

I received a faxed copy of your formal offer of employment for the Chief
Operating Officer position, dated February 12, 2003. It is an honor to be the
selected candidate for this role.

I am pleased to accept your offer to join The Delaware River and Bay Authority
as Chief Operating Officer.

While our challenge to reorganize the Authority to improve accountability and
performance is significant, I have no doubt that the leadership team you have
assembled will achieve outstanding and long-lasting results. I look forward to
working with you to write the next chapter in the DRBA success story.

Sincerely,

James H. Walls

James H. Walls

A18



## THE DELAWARE RIVER AND BAY AUTHORITY

Post Office Box 71
New Castle, DE 19720
302.571.6438
Fax: 302.571.6420

DELAWARE MEMORIAL BRIDGE
AIRPORTS DIVISION

CAPE MAY - LEWES FERRY
THREE FORTS FERRY OPERATION

DEPARTMENT OF HUMAN RESOURCES

# Director-Ferry Operations

*Location:*  Cape May, NJ

*Salary:* $82,492  - $103,116 (Grade F)
*(Minimum)*     *(Midpoint)*

**Opening Date: October 7, 2003**          **Closing Date: November 21, 2003**

## I    NATURE OF WORK

This position reports to the Chief Operations Officer and directs the development, planning, operation, and administration of the Delaware River and Bay Authority's (DRBA's) Cape May-Lewes Ferry system and the Three Forts Crossing. The position provides leadership and direction of ferry operations in strict compliance with U.S. Coast Guard (USCG) regulations and other government laws and regulations to ensure a safe operating environment for employees and the public. Represents the Authority in ferry affairs and acts as liaison with government agencies and industry contacts to market the ferry system and to improve service. Directs operations, vessel maintenance, and administrative staff in support of ferry activities.

## II    ROUTINE ACTIVITIES

- Directs CMLF and Three Forts ferry activities, including marine operations, customer service, vessel maintenance, and terminal operations.
- Serves as the ferry industry domain expert for the DRBA
- Works with organized labor
- Oversees the development and management of new programs, productivity standards, operating procedures, security plans, and strategic business plans
- Supports the Deputy Executive Director in the development and implementation of ferry marketing plans
- Interfaces with regulatory agencies on operational and facilities issues
- Ensures compliance of ferry operations with USCG and other regulatory agencies

♻ Printed on Recycled Paper

P 1281

A19

- Acts as the Authority's liaison with the American Bureau of Shipping
- Prepares, coordinates, and manages $15-20 million annual operating budget
- Provides technical and business input on five-year Capital Plan; responsible for execution
- Represents the Authority on committees, boards, and working groups for the development of policies related to the ferry community and industry
- Manages the CMLF and the Three Forts workforce

**III      REQUIRED KNOWLEDGE**

- Effective leadership and management theories, principles, and practices and how to best apply them to ensure optimal effectiveness
- Ferry and maritime business procedures and practices
- Management principles and practices of ferry and maritime operations, safety, and maintenance
- State and federal laws, regulation, and certification requirements applying to ferry and maritime operations, maintenance, environment, safety, and security
- Operation and maintenance of ferry vessels, facilities, and equipment
- Financial practices related to ferry transportation systems

**IV      REQUIRED ABILITIES**

- Lead and manage a diverse workforce in a complex operating environment
- Identify, develop, and implement strategic and tactical plans and solutions
- Create and sustain a positive work environment that enables staff to achieve their priorities
- Attract, develop, and retain capable and committed staff who are dedicated to the success of the Authority
- Establish and maintain effective working relationships with internal and external contacts
- Communicate effectively, verbally and in writing

**V      MINIMUM QUALIFICATIONS**

- Bachelor's degree in Business or Marine Sciences, or equivalent work experience
- Five years of managerial experience in marine transportation operations, including transportation of vehicles and/or passengers

**VI      LICENSES, REGISTRATIONS, AND/OR CERTIFICATES**

- Possession of a valid driver's license is required
- USCG Chief Engineers or Masters license for vessels of the size used in CMLF operations and valid U.S. Merchant Mariners Document preferred.

P 1282

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Present employees who are interested must contact the Human Resources office
NO LATER than 4:00 p.m., Friday, November 21, 2003.**

Linda H. Murphy
Director of Human Resources

# HAROLD C. NILSEN

5810 Oxford Place
New Orleans, LA 70131
Ph: (504) 392-0519
Email: Nilsenfam@earthlink.net

## MANAGEMENT EXPERIENCE

| | |
|---|---|
| 1995-Present | **Canal Barge Company, Inc.** New Orleans, LA |
| | Position: **Director**, Marine Operations |
| | Salary: $85K per year (plus 30% bonus potential) |

**Administrative and Operational Management** - Serving as **Marine Manager** for a Fortune 500 Company. Directly responsible for the **Contract** Administration, **Management** and **Operation** of a varied Fleet of Inland and Offshore Vessels. Duties include; Contract **Negotiation**, Administration and Compliance, Regulatory and **Customer** Interface, Strategic Planning and Coordination of **Logistics**. Responsible for **Marine Labor** force management, including establishing and administering **hiring practices**, work rules and **wage/benefits** packages.

**Financial Management** - Direct **Profit & Loss** Responsibility for Marine Transportation Services Contract. Responsible for **Developing** and **Implementing** Multi-Million dollar **Operating Budgets**, including Analyzing, Reporting and Improving Vessel's Budgetary **Performance**. Implemented detailed, fully justified Budget Proposals using integrated PC modeling. Achieved measurable reductions in vessel operating costs each year since 1995, while improving utilization and maintaining **Operational Excellence**. In 2000, performed analysis, presented proposal and implemented plan which resulted in increased utilization of vessel capacity, with a reduction in overall transportation costs of **$680K** per year.

**Project Management** - Oversees Port Engineering and Operational staff in all matters relating to vessel M&R evolutions including; **Drydockings** and **Shipyard** periods, engine overhauls and repairs. Consistently achieves below-budget, ahead-of-schedule performance. Revamped Barge and OSV Maintenance Programs in compliance with Quality Management System. Created and instituted Crew Rotation Program, which increased Personnel Productivity & Crew Retention and decreased Claims. Serving as **Qualified Individual** (QI) for Vessels under Contract.

| | |
|---|---|
| 1999-2000 | **Seaport Maritime II, LLC** |
| | Position: **Principle** |

**Formed own company** to successfully respond to **Woods Hole, Martha's Vineyard and Nantucket Steamship Authority** Request For Proposals for Freight Vessel Transportation Service to the Islands of Nantucket and Martha's Vineyard from New Bedford. Seaport II's **Superior Proposal** made it successfully to the final "Short List", ultimately coming in 2nd to a larger, more established organization.

As a result of the many months of intense research and preparation effort that went into Seaport II's Proposal, became essentially a "student" of the Ferry business, a passion that has continued to the present day.

D 0360

A22

Have gained first-hand experience to the many challenges which can face a Ferry System including; a complicated and fragmented union marine labor force, coping with the demands of a seasonal operating schedule as well as satisfying the needs of a diverse Board of Directors, each representing a diverse constituency with sometimes common and oftentimes conflicting interests.

1995            **Technical Maritime Associates, Inc.** Metairie, LA
                Position: **Marine Surveyor**
                Salary: $60K per year (plus bonus)

**Field Management** - Successfully represented Vessel Owner's **P&I Club** interests and performed all types of **Marine Surveys** and generated detailed Reports on matters relating to Marine Casualties, On/Off-Hire, Cargo Loadings, Discharges and Claims, Draft, Deadweight, Vessel Pre-Purchase and Condition Surveys. Proven record of **savings to Owners** in claims collections and reduced P&I exposure.

1987-1995       **Pacific-Gulf Marine Inc.**, New Orleans, LA
                Position: **Port Captain**
                Salary: $65K per year (plus bonus)

**Operational Management** - Responsible for the overall **Management** and **Operation** of a varied Fleet of U.S. Flag Deep Sea Vessels. Duties included; Planning and Coordination of **Logistics, Personnel** Management and Scheduling, Union Labor Contract **Administration**, Commercial and Government Bid Preparation, Vessel **Husbanding** and Agency.

**Financial Management -** Responsible for **Developing** and **Implementing** Multi-Million dollar **Operating Budgets**, including Analyzing, Reporting and Improving Vessel's Budgetary **Performance.** Consistently achieved or surpassed budgetary goals, while maintaining the Fleet to the highest standards of Safety, Seaworthiness and Mission Capability.

**Project Management -** Company designated **OPA'90 Compliance Officer** and **Qualified Individual** (QI). Responsible for overseeing Voyage Repairs, Preventive Maintenance, Vessel Classification and **Regulatory Compliance.** Spearheaded production of Company **SOPEP**, obtaining USCG Approval on initial submittal and ahead of schedule. Served as Vessel Owner's Representative in Foreign Ports, expediting vessel discharges, resulting in significantly reduced port time/discharge costs and increased Voyage Profitability.

1987            **Caleb Brett, USA Inc.** Miami, FL
                Position: **Port Captain**, Maritime Technical Division

**Field Management -** Responsible for **Tanker Safety**, Inspection, Cargo **Expediting**, Quality/Quantity **Control** and Measurement of Crude Oil Products during Ship/Shore Transfer Operations in the Bahamas and South Florida.

**D 0361**

A23

## SAILING EXPERIENCE

1979-1987          **American Maritime Officer's Association**, Brooklyn, NY
                   Position: Ship's Officer - **Unlimited Master (Oceans)**

Served in Positions of **Progressive** Rank/Responsibility on numerous Types and Sizes of **Tankers** carrying all varieties of **Petroleum Products**; VLCC-ANS Crude, Handy-Size Black Oil Tankers, Multi-Product Clean Parcel Tankers, Petro-Chemical "Drugstore" Tankers, ultimately achieving the rank of **Unlimited Master (Oceans)**.

## EDUCATION

B.S. Nautical Science      **U. S. Merchant Marine Academy**, Kings Point, NY, June 1979
Computer Curriculum        Delgado College, New Orleans, LA, Fall 1990
Petroleum Curriculum       Naval Education and Training, 1984

## CERTIFICATES

U.S. Coast Guard           **Master**, Steam and Motor Vessels, **Unlimited** Tonnage, Oceans
OCIMF Inspector            Chevron/Texaco & ConocoPhillips Approved **OCIMF** Vetting Inspector
STCW-95                    Texas A&M, Galveston TX and Delgado College, New Orleans, LA 2001-2
                           Fully STCW Certified, including Dangerous Liquid (PIC), ARPA and GMDSS
U.S. Naval Reserve         Lieutenant, (USNR-Retired)

## ORGANIZATIONS

                           Kings Point Alumni Association – **Vice President** - New Orleans Chapter
                           Propeller Club of the United States - New Orleans Chapter
                           Offshore Mariners Service Association - Member
                           Mississippi Valley Trade and Transport Council - Member

**D 0362**

A24

# HAROLD C. NILSEN

5810 Oxford Place
New Orleans, LA 70131
Ph: (504) 392-0519
Email: Nilsenfam@earthlink.net

## Reference List

Todd B. Johnson – CEO
Pacific Gulf Marine, Inc.
P.O. Box 6479
New Orleans, LA 70174
Ph: (504) 362-8121


Capt. Maurice J. Ryan – President
Seaport Maritime Associates, Inc.
16 Voisin Drive
Destrehan, LA 70047
Ph: (985) 764-2966


Dale M. Sirois - COO
Pacific Gulf Marine, Inc.
P.O. Box 6479
New Orleans, LA 70174
Ph: (504) 362-8121


Daniel. D. Smith – VP Operations
Pacific Gulf Marine, Inc.
P.O. Box 6479
New Orleans, LA 70174
Ph: (504) 362-8121


Ben Haveman – President
Technical Maritime Associates, Inc.
2908 Hessmer Avenue, Suite 1
Metairie, LA 70002
Ph: (504) 454-2323

DRBA
HUMAN RESOURCES DEPT.

**Howard L. Moon Jr.**

2003 NOV 21  A 11: 33

Reservations Department Administrative Complex
Delaware River & Bay Authority P.O. Box 71
New Castle, Delaware 19720

Phone: 302-571-6406
Fax: 302-571-6367
E-mail: howard.moon@drba.net

| | |
|---|---|
| **Objective** | Executive level management position where my leadership, planning, financial administration and management expertise contribute to the efficiency and success of an organization |

**Education**

**Villanova University        Radnor, Pennsylvania              Completion  4/04**
**Executive Masters Business Administration              Commerce & Finance**

**University of Delaware      Newark, Delaware                       5/02**
**B.S. Business Administration – Cum Laude**
- Beta Gamma Sigma
- 2002 Alfred Dunn III Business Administration Award
- Golden Key Honor Society

**Executive**
**Certificate**

**Harvard University      Boston, Massachusetts                2/03**
**Driving Organizational Performance          JFK School of Government**

**Professional**
**Experience**

**Delaware River & Bay Authority                New Castle, Delaware**
**Call Center Administrator 2/96 – Present**

**Duties, responsibilities and accomplishments include but not limited to:**

- Administering and maintaining Reservations Call Center and System
- Designing and developing business and strategic plans
- Analyzing and reporting financial, technology and economic trends
- Giving presentations before executive staff and board of commissioners
- Participating in Executive planning sessions
- Handling multi-dimensional management assignments
- Negotiating contracts, hiring and managing vendors
- Designed Reservations and EZ-Pass Call Center
- Led project management team in building new call centers
- Forecasting revenues, growth and performing cost/volume/profit analysis
- Preparing annual operating budget proposals and presenting to budget committee
- Creating vision, mission and employee statements
- Formulating written policies, procedures and SOP's

D 0017

A26

- Developing and writing job titles and descriptions
- Establishing performance metrics and writing performance criterion
- Recruiting and maintaining highly diverse workforce
- Hiring, laying off and re-assigning personnel as operational needs dictate and performance warrants
- Creating, developing and implementing powerful custom employee training and orientation programs
- Increased yearly revenue 246% (seven year period)
- Increased contribution margins 816% and net income 1000+%(seven year period)
- Increased profit margins from -.30 to 65% (seven year period)
- Achieved 85 – 90% excellent customer approval ratings on annual Cape May – Lewes Ferry surveys (five years consecutively)
- Represented DRBA and presented seminar at IQPC Conference in Atlanta, Georgia on Improving Quality through Employee Participation and Buy-In
- Provided recommendations to executive management and support staff for developing Affirmative Action Plan
- Created and implemented successful employee incentives program
- Formulated computer systems analysis reports and facilitated implementation of AFOS Reservations and Nortel Symposium systems
- Participated in the planning and implementation of new EZ-Pass Electronic Toll Collection System
- Developed and instituted call monitoring practices for quality assurances

**Delaware River & Bay Authority**                    New Castle, Delaware
**Toll Collector Delaware Memorial Bridge  11/92  – 1/96**


**Computer Literacy**

**Skills include but not limited to:**

- Microsoft Word and Corel WordPerfect
- Microsoft Excel and PHStat2
- Microsoft Power-Point and Corel Presentations
- Database Management Software: Oracle and Microsoft Access
- **Specialized Software:** AFOS, BANI, KRONOS, MUNIS, Expert Choice,  iThink, Extend5LT, Nortel Networks Symposium, POM and SPSS

D 0018



DRBA
HUMAN RESOURCES DEPT.

# DELAWARE RIVER AND BAY AUTHORITY
## EMPLOYEE APPLICANT FORM

2003 NOV 21 ^ 11: 33

**To be considered for job classifications currently being recruited for by the Authority, all information requested on this form must be completed.**

DATE _*11/21/03*_

NAME _*Howard L. Moon Jr.*_

CURRENT
POSITION _*Reservations Administrator*_

POSITION
APPLYING FOR _*Director of Ferry Operations*_

**List all relevant experience and/or education that demonstrates that you meet the minimum qualifications and possess the knowledge, skills, and abilities required for the position being applied for (an additional page may be used if necessary). A recent resume may also be attached.**

_*See Attached Resume*_

_____

_____

_____

_____

_____

_____

_____

_____

2003 NOV 21 P 2: 30

DRBA
EXECUTIVE DEPARTMENT

D 0019

A28

# DELAWARE RIVER & BAY AUTHORITY
## *PERSONNEL / PAYROLL ACTION FORM*



**PLEASE CHECK APPROPRIATE ACTION**

| Promotion ☐ | Demotion ☐ | Lateral Transfer ☐ | Dept. Transfer ☐ | Disciplinary Action ☐ |
|---|---|---|---|---|
| Reclassification ☒ | Remove from Probation ☐ | Perm F/T ☐ | Perm F/T ☐ | Seasonal ☐ <br> Casual ☐ |

Employee Name: *Howard Moon*    Employee #: *3377*

Employee Address: _____

City: _____    State: _____    Zip: _____

Social Security #: _____    Home Telephone #: _____

| CHANGE | OLD | NEW |
|---|---|---|
| Position Title | Ferry Reservations Adm | Ferry Reservations Mgr |
| Annual Salary | $52,275.- | $57,969.- |
| Hourly Rate | | |
| Status | | |
| Division | | |
| Location | | |
| Org Code | | |

| Date Requested: *May 24, 2004* | Date Effective: *May 16, 2004* |
|---|---|

**JUSTIFICATION FOR ACTION**

Comments: *Hay Reclassification from Pay grade K to Pay grade J. Time in Job is 8.2 years or 95% of pay grade J is $57,969. code ?*

**APPROVED**

| Manager/Supervisor | Director of Human Resources |
|---|---|
| *J. [signature]* 5/21/04 | [signature] |
| Chief Operations Officer | Chief Human Resources Officer |

\* Upon approval notice of Personnel Payroll Action will be sent to the employee from Human Resources.

D2884



# THE DELAWARE RIVER AND BAY AUTHORITY

Delaware Memorial Bridge
Post Office Box 71
New Castle, Delaware 19720
Tel.: (302) 571-6300
Fax: (302) 571-6367

Cape May-Lewes Ferry
Post Office Box 827
North Cape May, New Jersey 08204
Tel.: (609) 889-7200
Fax: (609) 886-1021

## Superintendent – Toll Operations

### Location:   New Castle, DE

### Salary: $78,884 (Grade G)

### Opening Date:  June 1, 2004          Closing Date:  June 15, 2004

## I.   NATURE OF WORK:

The Superintendent – Toll Operations is the senior-level manager in the Delaware Memorial Bridge (DMB) Toll Operations department and reports directly to the Chief Operations Officer. The Superintendent has overall responsibility for the 24x7-toll collection operation and the E-Z Pass Customer Service Center at the Delaware Memorial Bridge. The Superintendent is responsible for the leadership and management of approximately 115 employees. The Superintendent promotes high quality customer service and ensures resolution of all customer-related issues. The Superintendent is responsible for the preparation and management implementation of a multi-million dollar operating budget. The Superintendent serves as the Authority's representative at the E-Z Pass Interagency Group, the ad hoc governing body of the 21-member consortium of toll agencies throughout the Northeast and Mid-Atlantic regions. The Superintendent is on-call on a 24x7 basis.

### Essential Duties and Responsibilities

- Directs toll operations and E-Z Pass Customer Service Center operations for the Authority
- Management of personnel, which includes work allocation, training, and problem resolution; evaluates performance and makes recommendations for personnel actions; motivates employees to achieve peak productivity and performance
- Develops and executes annual and monthly business plans
- Interfaces with regulatory and governmental agencies, vendors, contractors, toll industry organizations, and customers on matters related to toll operations
- Participates in development, implementation of policies, objectives, short-and long-range planning; develops and implements projects and programs to assist in accomplishment of established goals
- Maintains detailed records of bridge traffic and provides reliable revenue estimates for the development of the Authority's annual operating budget

D714

A30

**II.    REQUIRED KNOWLEDGE, SKILLS AND ABILITIES:**

- Ability to supervise, motivate, lead, and develop staff, including organizing, prioritizing, and scheduling work assignments in a complex operating environment
- Knowledge of sound management principles, practices, and procedures
- Knowledge of business and financial practices related to vehicle toll collection and customer service center operations
- Knowledge of relevant regulations, protocols, and procedures and how they relate to the DMB Toll Operations mission
- Ability to identify, develop, and implement strategic and tactical plans and solutions
- Ability to establish and maintain effective working relationships with internal and external contacts
- Working knowledge of the E-Z Pass toll operations system
- Excellent personal computer, analytical, and customer service skills
- Excellent verbal, written, and presentation skills

**III.    MINIMUM QUALIFICATIONS:**

- A minimum of five (5) years of managerial experience in transportation, toll operations, or related field, including direct supervision of personnel
- Bachelor's Degree in public administration, business, or related field, or equivalent experience
- Three (3) years of budget development and management experience

**Preferred**

- Experience in manual and electronic toll collection operations
- Participation in the E-Z Pass Interagency Group committee activities.

**IV.    LICENSES, REGISTRATIONS AND CERTIFICATES**

- Valid Drive's license

**************************

**Present employees who are interested must contact the Human Resources office NO LATER than 4:00 p.m. Tuesday, June 15, 2004.**

Trudy Spence-Parker
Chief Human Resources Officer

D715

A31

**Superintendent – Toll Operations**
**Full-Time**
**Interview Schedule**
**Monday, August 30, 2004**
**9:00 AM –12:00 PM**

Attendee(s):   Consuella Petty-Judkins
               Gerry DiNicola Owens
               P. J. Wilkins
               James Walls — *Notes*

| Section | Candidate | Interview by Phone or In Person | Position | Time | Location | Score | Score | Score |
|---------|-----------|----------------------------------|----------|------|----------|-------|-------|-------|
| 1 | Richard Frasetto | In Person | Superintendent Toll Operations | 9:00 AM | New Upper | 3 | N/a | |
| 2 | Joseph DeSantis | In Person | Superintendent Toll Operations | 10:00 AM | New Upper | 5.5 | N/a | |
| 3 | Howard Moon | In Person | Superintendent Toll Operations | 11:00 AM | New Upper | 3 | N/a | |
| 4 | John Hickey | In Person | Superintendent Toll Operations | 12:00 PM | New Upper | 5 | N/a | |

* 7 = *qualified*

|          | JIM | PJ | CELOY | CONSUELLA |
|----------|-----|-----|-------|-----------|
| FRASETTO | 3   | 4   | 4     | 3         |
| DESANTIS | 5.5 | 6   | 6     | 4         |
| MOON     | 3   | 3   | 3     | 3         |
| HICKEY   | 5   | 5   | 5     | 4         |

### Delaware River and Bay Authority Selection Support
### Interview Questions

**Candidate Name:** _Moon_                **Date:** _8-30-04_

**Position:** <u>Superintendent of Toll Operations</u>

**Interviewed By:** _____    **Score:** _____

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

<u>**Interview Questions:**</u>

1.  **What would you spend your first 30 days on the job & what are the key things that you will be looking for?**

    - Meet with COO for expectations
    - " " GM/ , issues + priorities for transition
    - Total Toll Dept. Assessment, NJ & Boston
    - Safety Assessment, Security Assessment, Theft.
    - Personnel Assessment - Time + Attendance - Skill Set.
    - Facilities Assessment, Budget analysis Analysis.
    - Look for success driven / trend / patterns.
    - Meet w/ Police for issues
    - 1 on 1 Employees w/ dept. - All 114 Employees
    - Site Visits, DelDOT, MDOT, Port Authority

    - DRBA conference
    - Then come back to COO
    - 1-3-5-10 year Strategic Plan
    - Leadership developed
    - Action Plan to Implement

2.  **How would you describe your management style and how would others describe you give examples?**

    - Self: ① Hands-on, Very Strategic, Interaction with Employees, Place People where they don't think they can go, Very Open to Change. Leadership is ongoing development

    Others: Available for Guidance, Trust, Integrity, Honest, Willing to Lead by example, Can be Counted-on

    → Manage: 35-40 Employees, Seasonally

D755

A33

3.    Have you ever had to champion an unpopular change & how did you handle it?

— REDUCTION IN STAFF FROM 6 TO 2 PERMANENT EMPLOYEES.



— WOULD CHAMPION CHANGE:
    — SENSE OF URGENCY,

4.    Please describe any experience in <u>operating and managing electronic toll collection systems</u>, as well as any experience in <u>managing revenue reciprocity arrangements between agencies</u>.

— NO HANDS-ON EXPERIENCE IN OPERATING & MANAGING EITHER PROCESS.
    — KEPT UP WITH
— CLAIMED KNOWLEDGE IN THESE AREAS.

— REVENUE RECIPROSIES BETWEEN AGENCIES.
    ↳ I.E. DRBA + MTA ⟶ 7 + 30 DAY⟶

5.    Please describe your experience in preparing and managing operating budgets.

— 9 YEARS AT THE DRBA. IN DOING SO.

—

D756

A34

6.  **Please describe your knowledge of, or experience with, credit card equity issues.**

— NOT AWARE OF ISSUES

— ASSUMED THAT ISI INVOLVED WITH RATE ISSUES & FEES RETURNING ISSUES.

7.  **Do you have experience managing 24/7 facilities, and if so, please describe.**

— *No*
— BUT JOB HAS BEEN RESPONSIBLE FOR 24X7 ON CALL.

8.  **Please describe any experience you may have with Violations Processing systems, collection activities, and coordination with law enforcement agencies.**

— AWARE OF COLLECTION & ENFORCEMENT OF VIOLATIONS.

— EXPERIENCE IN COLLECTIONS IN CUST. SVC CALL COMMERCIAL ACCOUNTS
        — ① OVERSAW DIED
         ② GRAND UNION TOURS — COLLECTED $6-7/MO IN ARREARS.

— NO EXPERIENCE IN VIOLATIONS PROCESSING OR COORDINATION WITH

D757

A35

9. **The successful candidate for this position will represent the Authority in multi-state organizations. Please tell us your** experience in analyzing complex problems, **formulating an opinion based on your agency's needs, articulating your position to senior management, and building consensus among outside agencies.**

- EXPERIENCE: — NO GOOD EXAMPLES OF EXPERIENCE

ANALYSIS - FINANCIAL ANALYSIS & TECHNICAL ANALYSIS FOR RESERVATION START-UP.
- STRONG IN LOOKING AT NUMBERS, GOOD AT EXCEL

BUILDING - BROAD BASE OF SKILLS TO BUILD CONSENSUS WITH AGENCIES

- HIGH DEGREE OF EMOTIONAL INTELLIGENCE, TAP INTO MY MOODS, THINK BEFORE ACTING, EMPATHY, SOCIAL SKILLS.
- EXECUTIVE MBA PROGRAM; PROJECTS IN PROGRAM-WORKED WITH HIGH-LEVEL STUDENT
- EXPERIENCE IN RECENDING DATA FOR RESERVATIONS BUSINESS CASE.

10. **The** reconciliation of traffic to revenue **is an important process in any toll organization. Please tell us about any** experience you have in this area.

- SIMILARITIES BETWEEN FERRY TOLLS & BRIDGE TOLLS   FAMILIAR WITH WHATS INVOLVED - ALSO HAS EXPERIENCE AS A TOLL COLLECTOR
- MENTIONED DAWN HERMAN AS THE RECONCILIATION OF GULF TOLLS.

11. **Please describe any experience you may have** regarding money-handling operations **and the protection of facility revenues.**

- **3** YEARS EXPERIENCE AS A TOLL COLLECTOR
- INVOICING + HANDLING OF CREDIT CARD TRANSACTIONS

→

D758

A36

12. Individual and organizational accountability will be essential to the DRBA's success. How do you motivate employees and hold them accountable for what they do?

— Don't believe you can motivate employees; they motivate themselves.
— Set the environment
— Create expectations, good listener, and challenge them
— Set up reward/recognition systems.
— "Perfect Day" — toll collector # perfect days in the DRBA
    ↳ Recognitions → recognize

13. What are the critical factors for success in this position?

— Biggest: Build & restore trust
— Break down barriers
— Engage employees, form committees — employee recognition.
— Strong foundation in organizational knowledge.
— Understands bigger picture and organization, top to bottom.
— Relationship building
— Must be very good at collaboration & must be a team-player.

14. What questions can we answer for you?

— 1st 30 days?

— Technology need?
    — Toll collection system.
    — Need better form of vehicle separation.

— 2nd generation of transponders.

— Possible manufacture of car manufacturer of onboard toll transponders

— Diversity issues to address.

⚹ Believe it has potential to do enormous things, although no experience in toll again.

5                                    D759

A37

## Delaware River and Bay Authority Selection Support
## Interview Questions

**Candidate Name:** *Howard*          **Date:** *Aug 30, 04*

**Position:  Superintendent of Toll Operations**

**Interviewed By:** _____          **Score:** _____

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

**Interview Questions:**

1.   **What would you spend your first 30 days on the job & what are the key things that you will be looking for?** *Meet w/ him get expectations, meet w/ Gerry to determine pressing issue, Learn all ex bills, operational safety attempts, any potential threat, what is security pymt - theft, what personal stops, attendance and skill set, Learn his mother equipment things, budget analysis. Derves of success of failures, Met w/Dir of Maintence; Price for orcar, would meet w/ every single employee - Would do right with, at other locations. Share issues. Get w/ him follow up as to*

*on where we want to be in 30 days (yr or how ago what direction plan*

2.   **How would you describe your management style and how would others describe you give examples?** *Hands on very strategic likes to get employee involved and motivate them into where they want to go. Direction, guidance, honest, person willing to lead by example 25 - 35 full /parttime employee. open to change; other peoples objectives*

*Really did not answer kinda danced around*

*Not very thorough - Not clear what management style is*

2,                    1                                    **D781**

A38

3.      **Have you ever had to champion an unpopular change & how did you handle it?**

N       Have to give people a chance and a opportunity to
        change. explane of permanet employee back to
        temporary due to promotec and

        Did not describe or have really any examples

        2/N

4.      **Please describe any experience in operating and managing electronic toll collection
        systems, as well as any experience in managing revenue reciprocity arrangements
        between agencies.** Does not have hands on experience of toll
        collection system. Followed process of setup, technology
        ABE, tolls agency groups. He conducted that presence, back
        office work of a ESP. Home land security and how they
        look at our truck. – Our agreements between agencys.
        Ree & Revenue – Gave example of MET & DERA.

        Mentioned Pri parity issues w/ uniformity – example of technology that
        what is that, could not even explain?
        Referred to Corey to answer definition

        2/

5.      **Please describe your experience in preparing and managing operating budgets.**

N       9 yrs experience w/ managing budget – Drefts & prepared
        Budget for Reservations – Did not define exactly
        what he did or cost of budget, this yr or last
        Left out a great deal of details out of answer
        Did not even tell us Abetter manager.
        made crack about Gov cutting by 10% but said
        nothing exact

        2/    poor answer
              2

                                                                D782

                                                                        A39

6.  **Please describe your knowledge of, or experience with, credit card equity issues.**

Can Inudout answers beleves it has todo w/
Rebes, recalls American Express é rate fees.
Associated w/ DRBA. Not very familiar with.

No clue

7.  **Do you have experience managing 24/7 facilities, and if so, please describe.**

No experience w/ managing a 24/7 feerty. but
is cutolable to fix problem. Very Independent.
worker- knows what involved but no real
Experence. Gave no examples of what DC
needed to run that type of operation

8.  **Please describe any experience you may have with Violations Processing systems,
collection activities, and coordination with law enforcement agencies.**

Police Handles out Violatow- Laws permits us
to charge 25 processing fee. Any experence w/ tot
Collectows accounts - w/ Reservatows are hand
by agency. Example- Wayne tows owes $3,000
and Grand tolls- was no reas, provides Documen
and proof etc etg.

Had general idea but appeared to be prettly
Not sure hire. no process

9. **The successful candidate for this position will represent the Authority in multi-state organizations. Please tell us your experience in analyzing complex problems, formulating an opinion based on your agency's needs, articulating your position to senior management, and building consensus among outside agencies.** Involved

Financial analysis, system analysis. Familiar / focus
financial statements, Has high degree of emotional intell
self regulations, speak before faculty, a lot of prof
through executive level program from schooling.
Bridge Port - Received data from outside agency
to do report for join walls, Reservations systems
Represent authority at Court Case, Boards
on hearing at Authority. — what is that
Mentioned emotional intelligence — what is that ?   why
Describes as
common sense

10. **The reconciliation of traffic to revenue is an important process in any toll organization. Please tell us about any experience you have in this area.**

Every reconciliation reminder w/ process w/
money & Revenue. Has show perfect tools th
would identify any shortages or losses w/ mon
Again did not define skills or process

11. **Please describe any experience you may have regarding money-handling operations and the protection of facility revenues.** Toll collection for 5 yrs.
Responsible for Revenue's but in a different
way deals w/ checks & credit cards, Interview
personnel Books logs, Keep track of Records.
Make sure that thy charged correctly. Would
handle any issues.

No experience, clearly has never performed
relief or staff.
4

A41

**12.** Individual and organizational accountability will be essential to the DRBA's success. How do you motivate employees and hold them accountable for what they do?

Can't motivate people but you can inspire & set environmental so that people can motivate themselves. Have to challenge people. Have to set up rewards systems. Implement perfect system. Ferry Reservations - similar to toll department.

*2/* Did not discuss how he would hold people accountable

**13.** What are the critical factors for success in this position?

Build, Restore & maintain structure, Keep lines of communications open, for employees to appear to be heard, would like for no committees, example safe community, Should have organizational knowledge.

*2/* Gave general answers, no real definitive answers.
Very general answers no concrete definitive factors Just rambling

**14.** What questions can we answer for you?

What do you want on what are you looking for w/in first 30 days.

What are some of technology things MES would like to implement.

*How long.* 2nd generation of transponder systems.

What is reality of transponder-EZ pass systems on cars.

What is diversity or education would you be expecting from management.

Had questions for all of panel. Some totally unrelated. appeared to just be asking questions for the sake of asking. Has not enough experience or knowledge to perform duties of job. Very poor 5

D785

A42

### Delaware River and Bay Authority Selection Support
### Interview Questions

Candidate Name: _Howard Moon_    Date: _8/30/04_

Position: __Superintendent of Toll Operations__

Interviewed By: _PJ Wilkins_    Score: _____

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

Interview Questions:

1.  What would you spend your first 30 days on the job & what are the key things that you will be looking for?

- meet with Boss / learn expectations
- meet with Gerri, what are issues priorities
- total assessment top to bottom, policies procedures
- safety assessments
- security, theft
- total personnel assessment, time attendance
- facility assessment, equipment
- Budget analysis
- what are drivers of success, failures
- meet with other section Bosses
- one on one with every employee   (5 - 7 days)

*Far too ambitious*

Site visits
De IDOT
NCE
DRPA
MD
IBTTA conf.

2.  How would you describe your management style and how would others describe you give examples?

- hands on, very strategic, weigh possibilities
- very big on leadership & vision
- my group looks to me for guidance
   - Trust & integrity, lead by example

- 35-40 employers responsible for.
- open to change.

A43

3.    Have you ever had to champion an unpopular change & how did you handle it?

- Keep open mind, don't resist change.
- reduced staff
- create sense of urgency
- reward behavior conducive to change.

4.    Please describe any experience in operating and managing electronic toll collection systems, as well as any experience in managing revenue reciprocity arrangements between agencies.

*No experience on*

- NO hands on experience
- has knowledge of technology, IAG,
- has knowlege of problems, ITS
? _____ "proprietary issues with uniformity"

knows some about reciprocity

5.    Please describe your experience in preparing and managing operating budgets.

close to 9 years at DRBA doing budgets.

2

D814

A44

6.    Please describe your knowledge of, or experience with, credit card equity issues.

— Doesn't Know anything about this

*No answer*

7.    Do you have experience managing 24/7 facilities, and if so, please describe.

No experience managing 24/7 ops.

*No*

8.    Please describe any experience you may have with Violations Processing systems, collection activities, and coordination with law enforcement agencies.

— Knows about $25 admin fee

only experience is in collecting past due accounts for Commercial customers.

D815

A45

9.     The successful candidate for this position will represent the Authority in multi-state organizations. Please tell us your experience in analyzing complex problems, formulating an opinion based on your agency's needs, articulating your position to senior management, and building consensus among outside agencies.

- Very familiar with forecasting, financial statements extol, formulas. "Broad base of skills will facilitate collaboration.

- "high degree of emotional intelligence"
- "able to tap into my moods."
- "going beyond money and status."

10.     The reconciliation of traffic to revenue is an important process in any toll organization. Please tell us about any experience you have in this area.

- familiar with what is involved. Knows the person doing it.

11.     Please describe any experience you may have regarding money-handling operations and the protection of facility revenues.

Was toll collector for 3 years.
- count out money.

- now deals with checks / credit cards.

D816

4

A46

12.    Individual and organizational accountability will be essential to the DRBA's success.
       How do you motivate employees and hold them accountable for what they do?

       — can't motivate people, just influence environment.
       — be very clear in expectations
       — need to challenge them.
       — need recognition/rewards systems.

13.    What are the critical factors for success in this position?

       — Build restore and maintein trust
       — break down barriers
       — Be there.
       — be very good at managing what you don't control.

14.    What questions can we answer for you?

D817

A47

## Delaware River and Bay Authority Selection Support
## Interview Questions

**Candidate Name:** Howard Moon    **Date:** 8/30/04

**Position:** <u>Superintendent of Toll Operations</u>

**Interviewed By:** G. D. Owens    **Score:** 3

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

**Interview Questions:** * Totally Unrealistic Response - Score - 2

1. **What would you spend your first 30 days on the job & what are the key things that you will be looking for?**

- Meet with COO - Find out what essential - Detailed Assessment of budget
- Meet with Acting Toll Superintendent - Drivers of Success
- Total Assessment of Department Policies, Workflow
- Meet with Director - Eng & Maint / COI McCarran Eds Miller
- Safety Assessment
- Look at Security
- Total Personel Assessment
- Thorough Facility Assessment
- Meet with all the staff

Meet with COO again do Action Plan - Meet with ED

2. **How would you describe your management style and how would others describe you give examples?**

35 to 40 Employees

- Hands on Management Style
- Very Strategic
- Believe Interaction

Good Leadership is taken a group of people where they want to go

His guys look to him for guidance, motivation -

Very Open to Change - Adaptive Solution to Change Leadership is ongoing daily pin

D849

3.    Have you ever had to champion an unpopular change & how did you handle it?

Give things a chance - keep open mind

- Create a Sense of Urgency
- Reward Behavior

* Did not respond to question - Score 1

4.    Please describe any experience in operating and managing electronic toll collection systems, as well as any experience in managing revenue reciprocity arrangements between agencies.

No hands on experince
- Trained on Vector
- Symposium - Integrec phone system

Mark IV
- Exposed to the technology
- Expose to Interagency Group
- VES
- Un-toll Opportunities
- Open Road Tolling

Finding Ways to Work Smarter not Harder

* Would have expected More on toll background - used buzz words did not display real experience Score = 4

5.    Please describe your experience in preparing and managing operating budgets.

9 yrs managing budget at DELDOT
↳ prepare a budget
↳ do performance
↳ present budget

* More than adequate exposure to budget - should have elaborated more on process - Score = 6

2                                                     D850

A49

6.    Please describe your knowledge of, or experience with, credit card equity issues.

Not familiar with the issue and context it has with E-ZPass

\* No knowledge - Score 1

7.    Do you have experience managing 24/7 facilities, and if so, please describe.

No experience
- job is 24 x 7
Boss is 100 miles away

\* Response vague - stated no experience & then states job is 24 x 7 - Score - 2

8.    Please describe any experience you may have with Violations Processing systems, collection activities, and coordination with law enforcement agencies.

Knows legislation was passed for VPS
Collection Activities with commercial accounts

\* No real experience - did know about required legislation & collection activities - Score - 3

D851

A50

9.  The successful candidate for this position will represent the Authority in multi-state organizations.  Please tell us your experience in analyzing complex problems, formulating an opinion based on your agency's needs, articulating your position to senior management, and building consensus among outside agencies.

Have strong background through Villanova & UD with Finances & Technology

High degree of Emotional Intelligence - Knows Self

Social Skills

Executive Program - MBA - Broad Business Exposure

When doing Business Analysis dealt with other Ferry services

* Did not really answer question - gave educational background instead - Score = 3

10.  The reconciliation of traffic to revenue is an important process in any toll organization.  Please tell us about any experience you have in this area.

Familiar from Ferry side - Dawn Herman

Referred any as Toll Collector

* Should have elaborated on Ferry process rather than only mentioning the name of person who performs the function - Score = 3

11.  Please describe any experience you may have regarding money-handling operations and the protection of facility revenues.

Toll Collector @ 3 years.

Ferry Side - Credit Cards, Checks, some money (cash)

Prior to DRBA - Security for family agencies

* Displayed no real experience - Score 3 only knowledge of payment types

4

D852

A51

\* Good response - "Score = 5

12. **Individual and organizational accountability will be essential to the DRBA's success. How do you motivate employees and hold them accountable for what they do?**

Do not believe you can motive people - can set the environment so they can motive themselves - Inspire them + get Engaged
- Open Communication                    - Set up reward system +
- Clear on line direction
- Very Good training
- Have to challenge them

13. **What are the critical factors for success in this position?**

Build, restore & Maintain Trust

Break down the Barriers that Impede Success

Engage People - Get them on Committee

Must have strong Transition in Leadership

Must be good at managing what you don't control

\* Text Good response - Did not relate to job - Score 3

14. **What questions can we answer for you?**

Total Score = 43

Avg = 3.3

Assessment: Strong education background, but did not relate it to position for which he was interviewing. Would have been better if he applied his current position experience as a correlation to the toll position. Needs to work on interview skills

D853

A52

DRBA
HUMAN RESOURCES DEPT.

2004 JUL 28 P 12: 41

# Assistant Director of Ferry Operations

**Location:**   Cape May-Lewes Ferry

**Salary:  $78,883 (Grade G)**

**Opening Date: July 19, 2004**          **Closing Date:**       **July 30, 2004**

**I.    NATURE OF WORK:**

This position reports to the Director of Ferry Operations and is responsible for the supervision of the Ferry Business Management, Customer Service, and Reservations, coordination of training and compliance of the Marine workforce, as well as the overall responsibility for the operation and supervision of personnel for the Lewes Terminal.   This position is responsible for a large variety of operational leadership and management duties.   Work involves application of short and long term business planning and execution of the same.   This position exercises discretionary judgment and analysis.   Administrative oversight for departmental assigned personnel. This position oversees budgeting; monitoring, coordinating, preparing and implementing activities of assigned responsibilities. Also, develops and executes plans regarding capital equipment needs, employee training and safety, purchasing, and special projects.   In the absence of the Director of Ferry Operations, acts on his/her behalf.

**Essential Duties and Responsibilities**

- Management of personnel, which includes work allocation, training, and problem resolution; evaluates performance and makes recommendations for personnel actions; motivates employees to achieve peak productivity and performance
- Develops and executes annual and monthly business plans;
- Interfaces with regulatory and government agencies, vendors, contractors, and customers on matters related to Ferry operations.
- Develops and implements systems to maintain records on traffic, cost analysis, inventory activities.

D3677

A53

- Develops and executes training (mandated and career development) for all marine employees and ensures compliance with established policies, procedures, and regulations.
- Participates in development, implementation of policies, objectives, short-and long-range planning; develops and implements projects and programs to assist in accomplishment of established goals.

II.    **REQUIRED KNOWLEDGE, SKILLS AND ABILITIES:**

- Knowledge of management principles and practices, procedures, and operations
- Knowledge of relevant regulations, protocols and procedures and how they relate to the Cape May-Lewes Ferry mission
- Knowledge of business and financial practices related to the operation of a transportation system.
- Must have a working knowledge of regulatory requirements related to a Marine transportation operation.
- Ability to supervise, motivate, lead, and train staff, including organizing, prioritizing, and scheduling work assignments in a complex operating environment
- Identify, develop, and implement strategic and tactical plans and solutions
- Establish and maintain effective working relationships with internal and external contacts.
- Ability to read, understand, follow and enforce safety procedures
- Communicate effectively, verbally and in writing

III.    **MINIMUM QUALIFICATIONS:**

- A minimum of 5 years Managerial experience in, Marine Operations, or similar field, including direct supervision of personnel.
- Bachelor's Degree in Business, Public Administration, Marine Transportation, Nautical Science or equivalent managerial experience in transportation, including direct supervision of personnel
- Strong background in personnel management of multiple/simultaneous projects
- Three years of budget development and execution experience

IV.    **LICENSES, REGISTRATION, AND SPECIAL REQUIREMENTS:**

- Must be available for duty as a first responder on a 24 x 7 basis
- A valid USCG Masters License is preferred
- Possession of a valid motor vehicle operators licenses

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Present employees who are interested must contact the Human Resources office
NO LATER than 4:00 p.m.  Friday, July  30, 2004.

_____
Trudy Spence-Parker
Chief Human Resources Officer

D3679

A55

1854 Corregidor St
Joliet, IL 60435

Phone: 815-577-2490
Fax:    801-650-1271
Email: heathkelli1@comcast.net
Cell:   815-341-2155

# Heath Gehrke

**Objective**    Challenging management position in the maritime industry.

**Experience**   December 2003 – Present       Inter-track Partners, LLC       Melrose Park, IL
**General Manager**
Overall in charge of simulcast pari-mutuel wagering facility generating handle of $19M
annually, with revenue from mutuel operations in excess of $1.8M annually.
Responsible for P&L in F&B, retail, marketing and program sales. Manage a staff of 5
managers and approximately 40 other staff. Project Manager for the construction of
new 12,000 sq. ft off-track betting facility.

January 2001 - June 2003       Empress Casino Joliet            Joliet, IL
**Facilities Operations Manager**
Overall in charge of division including Facilities, Marine Operations, Housekeeping,
and Wardrobe - and at various times, Retail, and Valet departments. Duties include
managing staff of up to 200 personnel; union negotiations; budgeting and financial
analysis; regulatory compliance; capital project development and completion,
maintenance, training, safety, and operations. Highlights of this position:
·    Reduced operating expenses in my division by $1 M in 2002 compared to prior
year.
·    Managed a $40 M casino construction project which required the coordination of
     multiple departments and outside contractors and detailed task scheduling /
     management.
·    Managed other capital projects including the construction of a 75-seat sports pub
     and a 25-seat coffee shop.

June 2000 - January 2001       Hornblower Marine Services       New Albany, IN
**Director of Marine Operations**
Responsible for hiring crew and delivery of vessel for start up of casino in Indiana.
Wrote manuals required by IMO High Speed Code for proposed ferry operations.
Watchstanding duties aboard HMS vessels as necessary.

November 1993 - June 2000      Empress Casino Joliet & Hammond     Joliet, IL
**Marine Operations Mgr. / Project Mgr. / Master**
As Manager of Marine Operations, overall in charge of Marine Department Duties
include hiring, firing, and managing staff of over 100 personnel; budgeting and
financial matters; regulatory compliance; maintenance, training, safety, and operations;
development of policies & procedures, contingency plans, and employee handbooks.
Other highlights:
·    Managed completion of 5-yr. underwater hull inspections for two vessels.
·    Managed total interior renovation of casinos.
·    Reduced dept. spending by $1.4 million out of a total budget of $5.6 million.
As Project Manager, I hired unlicensed crew, set up MMD and drug testing for casino
staff, created the vessel's fire and safety and emergency response plans, delivering
the vessel and other pre-opening activities

D675

As Master and Chief Mate, I was responsible for vessel maneuvering, safety, training, maintenance, operations, and personnel matters.

**License**      Master, 3000 Gross Tons, Great Lakes and Inland. Third Mate of Ocean Vessels, Any Gross Tons.

**Certificates**   STCW 95, including GMDSS and Tankerman PIC; Shipyard Competent Person.

**Commission**   Lieutenant Commander, United States Naval Reserve.

**Education**    May 2003          Purdue University Calumet                    Hammond, IN
                **Master of Business Administration**

                June 1992          United States Merchant Marine Academy      Kings Point, NY
                **Bachelor of Science- Marine Transportation**

**D676**

DRBA
HUMAN RESOURCES DEPT.

# DELAWARE RIVER AND BAY AUTHORITY
## EMPLOYEE APPLICANT FORM

2004 JUL 28  P 12: 41

To be considered for job classifications currently being recruited for by the Authority, all information requested on this form must be completed.

DATE *July 28, 2004*

NAME *Howard Moore*

CURRENT
POSITION *Reservations Administrator*

POSITION
APPLYING FOR *Asst. Director of Ferry Operations*

List all relevant experience and/or education that demonstrates that you meet the minimum qualifications and possess the knowledge, skills, and abilities required for the position being applied for (an additional page may be used if necessary). A recent resume may also be attached.

*See Attached Resume &*
*Employee Internal Transcripts*

D694

A58

DRBA
HUMAN RESOURCES DEPT.

**Howard L. Moon Jr.**

2004 JUL 28  P 12: 41

| | Reservations Department Administrative Complex<br>Delaware River & Bay Authority P.O. Box 71<br>New Castle, Delaware 19720 | Phone: 302-571-6406<br>Fax: 302-571-6367<br>E-mail: howard.moon@drba.net |

| | |
|---|---|
| **Objective** | Senior level management position where my leadership, planning, financial administration and management expertise contribute to the efficiency and success of an organization |

| | | |
|---|---|---|
| **Education** | **Villanova University    Radnor, Pennsylvania**<br>**Masters Business Administration** | **5/04**<br>**Executive Management** |
| | **University of Delaware    Newark, Delaware**<br>**B.S. Business Administration – Cum Laude** | **5/02** |

- Beta Gamma Sigma
- 2002 Alfred Dunn III Business Administration Award
- Golden Key Honor Society

| | | |
|---|---|---|
| **Executive Certificate** | **Harvard University    Boston, Massachusetts**<br>**Driving Organizational Performance** | **2/03**<br>**JFK School of Government** |

| | | |
|---|---|---|
| **Professional Experience** | **Delaware River & Bay Authority**<br>**Reservations Administrator 2/96 – Present** | **New Castle, Delaware** |

**Duties, responsibilities and accomplishments include but not limited to:**
- Directing and maintaining Reservations Operation and System
- Directing and managing workforce including work allocation, problem resolution, evaluating performance, handling personnel actions, and influencing employees to achieve peak productivity and performance
- Designing and developing business plans, strategic plans and business cases
- Performing industry travel, transportation, ferry, economic, marketing and technology research
- Analyzing and reporting financial, technology and economic trends
- Collaborating and communicating with Director of Marine Operations, Port Captains and Police regarding ferry vessels schedules, weather conditions, traffic and operational issues that affect operations, patrons and public
- Giving presentations before Executive Staff and Board of Commissioners
- Participating in DRBA Executive planning sessions
- Collaborating with Marketing, Advertising, Guest Relations, Police and Public Information Officer, regarding events, projects and ferry activities
- Participated in the planning and implementation of new EZ-Pass Electronic Toll Collection System
- Designed Reservations and EZ-Pass Call Center

D695

A59

- Monitoring and evaluating Reservations and EZ-Pass call performance metrics and service levels
- Forecasting revenues, growth and performing cost/volume/profit analysis
- Preparing annual operating budget proposals and presenting to budget committee
- Handling multi-dimensional management assignments
- Negotiating contracts, hiring and managing vendors
- Led project management team in building new call centers
- Creating vision, mission and employee statements
- Formulating written policies, procedures and departmental and ferry SOP's
- Developing and writing job titles and descriptions
- Establishing performance metrics and writing performance criterion
- Recruiting and maintaining highly diverse workforce
- Hiring, laying off and re-assigning personnel as operational needs dictate and performance warrants
- Creating, developing and implementing powerful custom employee training and orientation programs
- Increased yearly revenue 246% (seven year period)
- Increased contribution margins 816% and net income 1000+%(seven year period)
- Increased profit margins from -.30 to 65% (seven year period)
- Achieved 85 – 90% excellent customer approval ratings on annual Cape May – Lewes Ferry surveys (five years consecutively)
- Represented DRBA and presented seminar at IQPC Conference in Atlanta, Georgia on Improving Quality through Employee Participation and Buy-In
- Created and implemented successful employee incentives program
- Formulated computer systems analysis reports and facilitated implementation of AFOS Reservations and Nortel Symposium systems
- Developed and instituted call monitoring practices for quality assurances

**Delaware River & Bay Authority**                 **New Castle, Delaware**
**Toll Collector Delaware Memorial Bridge  11/92 – 1/96**

**Computer Literacy**

**Skills include but not limited to:**
- Microsoft Word and Corel WordPerfect
- Microsoft Excel and PHStat2
- Microsoft Power-Point and Corel Presentations
- Database Management Software: Oracle and Microsoft Access
- **Specialized Software:** AFOS, BANI, KRONOS, MUNIS, VECTOR, Expert Choice,  iThink, Extend5LT, Nortel Networks Symposium, POM and SPSS

D696

**Petty-Judkins, Consuella**

| | |
|---|---|
| **From:** | Nilsen, Harold C. |
| **Sent:** | Monday, October 04, 2004 6:16 PM |
| **To:** | Ahren, Alan W.; Bailey, Kevin; Barnard, Paul; Berg, John E.; Bryant Jr., Joseph; Carson, Joe; Cawman, John W.; Coldren, Fred; Collins, Charles; Cornwell, John; Costa, Rocco M.; Craighton, Dennis L.; D'Imperio, Dave; DiNicola Owens, Gerry; Echols, Myra; Everett, Sue; Farmer, Aretha; Ferzetti, Victor A.; Fisher, Dominique; Goad, Shannon D.; Gonnella, Anna Marie; Greenling, Bill; Halbruner, Bud; Hanna, Laura N.; Harner, William; Herman, Dawn; Hopkins, Brad E.; Iannetta, George S.; James, Chris; Johnson, Christine D.; Johnson, James; Jones, Jay W.; Jones, John R.; Jordan, Mary Lou; Klineburger, Diane; Klochak, Richard; Kneipp, William B.; Lamanna, Peggy P.; Lane, Rick; Larotonda, Joseph; Laughlin, Marge; Ledwon, Edward T.; Littleton, Amy; Lucadema, Roy J.; McCarnan, John R.; McCarthy, Dave; McEwing, Brian; McGaughan, Lee T.; McGrody, John; Megonigal, Lew; Miller, Bonnie L.; Miller, R. Todd; Mitchell, Peggy; Moon, Howard L; Munno, Evelyn; Murray Jr., Thomas J.; Naglee, Thomas B.; Nutter, Bernard A.; Palmer, Clayton; Peltz, Joseph G.; Petty-Judkins, Consuella; Podgorski, Jerry L.; Polak, Susan O.; Powell, Thomas; Proud, Mickie; Quigg, Thomas; Rainear, Donald H.; Rausch, Lynne M.; Read, Dana D.; Reinhart, Richard W.; Riess, Pete; Ritchie, Andrew C.; Rudolph, Charisse P.; Russell, Steve; Salmon, James E.; Santoni, Pasqual P.; Sarro, John F.; Scanlon, Michael R.; Scarlett, Dianne E; Sharp, Larry G.; Spence-Parker,Trudy; Volk, Joe M.; Walls, James H.; Whittington, Mark; Zecca, Joseph M. |
| **Cc:** | 'heathkelli1@comcast.net' |
| **Subject:** | Assistant Director of Ferry Operations - Heath Gehrke |

I am pleased to announce that Heath Gehrke has accepted the position as Assistant Director of Operations at the Cape May - Lewes Ferry. Heath will be starting his new position on Monday, 18 October 2004 and will be primarily located at the Lewes Terminal. Heath's main areas of responsibility will include; Ferry Reservations, Customer Service, Business Management and the Lewes Terminal.

Heath brings with him a strong background in Marine and Facility Operations Management, Marketing, Program Sales, Project Management, Customer Service, Regulatory Compliance and Training.

Heath possesses a U.S. Coast Guard Master's License, including STCW certification, Tankerman PIC and Shipyard Competent Person. Heath is a graduate of the U.S. Merchant Marine Academy and has also obtained his Master of Business Administration from Purdue University.

Please join me in welcoming Heath to the Delaware River & Bay Authority!

Harry Nilsen - Director of Operations
Delaware River & Bay Authority
Cape May - Lewes Ferry
Ph: (609) 889-7220
Fax: (609) 886-1021
Harold.Nilsen@drba.net

1

D601

A61

DELAWARE RIVER AND BAY AUTHORITY
EQUAL EMPLOYMENT OPPORTUNITY ACTION PLAN
EXECUTIVE SUMMARY

The Delaware River & Bay Authority (referenced below as "the Authority") is fully committed to the concept and practice of equal opportunity in all aspects of employment. The Authority, a bi-state governmental agency created by Compact in 1962, operates three interstate transportation links and participates in many economic development initiatives in Delaware and the four southern counties of New Jersey. An organization of people serving people, the Authority values a skilled, knowledgeable and diverse work force with different backgrounds and perspectives that will foster unique ideas to positively benefit the Authority's operations and customers. The Authority is an Equal Opportunity Employer (EOE).

To further promote its goal of equal employment opportunity the Authority prepared an Equal Employment Opportunity Action Plan (referenced below as "the Plan"). The Authority is not a federal contractor and therefore is not required by law to prepare a written Affirmative Action Plan. However, the United States Department of Labor ("DOL") has, over many years, developed regulations governing written affirmative action plans for federal contractors. The regulations describe a method for developing statistical information to analyze whether race and sex appear to have any impact on workplace decisions. In addition, the regulations include suggestions for specific, results-oriented policies and procedures that, if undertaken in good faith, the DOL believes will provide equal employment opportunity to all persons, regardless of race, sex, or any other protected characteristic. The Authority used the DOL regulations as a model for its Plan.

The Authority's Human Resources Department devoted many hours to compiling and analyzing information about its workforce. The Authority's analysis revealed no statistically significant evidence of discrimination against applicants or employees based on race or sex.

The overall responsibility for implementation of the Equal Employment Opportunity Policy and the Plan is assigned to the Executive Director. The Authority has assigned primary management responsibility and accountability for ensuring full compliance with the plan to the Equal Employment Opportunity Recruitment Manager (EEO Recruitment Manager). The EEO Recruitment Manager has the authority, resources, support of and access to top management necessary to ensure the effective implementation of the Plan. The Executive Director actively supports the program and provides assistance whenever it is needed, making managers and supervisors aware of the program and requesting their cooperation and assistance.

1. The duties of the EEO Recruitment Manager include:

   A. Implementing policy statements, methods, and internal and external communication techniques. (Equal Employment Opportunity action policies and procedures will continue to be developed and implemented to ensure an efficient yet positive interaction between the EEO Recruitment Manager and the managers charged with making employment decisions.)

   B. Assisting line management and supervisors in devising solutions to equal employment problems, including counseling and training, to ensure full understanding of equal employment opportunity policies and procedures.

1

C. Monitoring the Authority's employment decisions and meeting with senior managers to assure that the Authority's EEO policies are being followed.

D. Serving as a liaison between the Authority and enforcement agencies.

E. Serving as a liaison between the Authority and appropriate minority and women's organizations, and community action groups concerned with employment opportunities of minorities and women.

F. Making contact with predominantly female and minority high schools, colleges, and technical schools in the area as needed.

G. Keeping management informed of developments in the equal employment opportunity area.

2. The Authority recognizes that the cooperation of department supervisors and line managers is required to reach the full potential of the Plan. Therefore, supervisors and managers are expected to:

A. Assist the EEO Recruitment Manager in the elimination of any barriers to equal employment opportunity.

B. Whenever possible, participate in local minority organizations, women's organizations, community action groups, and community service programs.

C. Adhere to the Authority's policy of equal employment opportunity for all employees.

D. Take action to prevent the harassment of employees based on protected characteristics.

Updated November 2004.

2



### THE DELAWARE RIVER AND BAY AUTHORITY

Delaware Memorial Bridge
Post Office Box 71
New Castle, Delaware 19720
Tel.: (302) 571-6300
Fax: (302) 571-6367

Cape May-Lewes Ferry
Post Office Box 827
North Cape May, New Jersey 08204
Tel.: (609) 889-7200
Fax: (609) 886-1021

## \* REPOSTING OF OPEN POSITION \*

## SUPERINTENDENT-TOLL OPERATIONS

### Location: New Castle, DE

### Salary: $78,884 (Grade G)

| Opening Date: June 1, 2005 | Closing Date: July 1, 2005 |

## I.  POSITION SUMMARY

The Superintendent–Toll Operations is the senior-level manager in the Delaware Memorial Bridge (DMB) Toll Operations department and reports directly to the Chief Operations Officer. The Superintendent has overall responsibility for the 24x7-toll collection operation and the E-Z Pass Customer Service Center at the Delaware Memorial Bridge. The Superintendent is responsible for the leadership and management of approximately 115 employees.  The Superintendent promotes high quality customer service and ensures resolution of all customer-related issues.  The Superintendent is responsible for the preparation and management implementation of a multi-million dollar operating budget.  The Superintendent serves as the Authority's representative at the E-Z Pass Interagency Group, the ad hoc governing body of the 21-member consortium of toll agencies throughout the Northeast and Mid-Atlantic regions. The Superintendent is on-call on a 24x7 basis.

## II.   ESSENTIAL DUTIES AND RESPONSIBILITIES

- Directs toll operations and E-Z Pass Customer Service Center operations for the Authority
- Management of personnel, which includes work allocation, training, and problem resolution; evaluates performance and makes recommendations for personnel actions; motivates employees to achieve peak productivity and performance
- Develops and executes annual and monthly business plans

P 0909

A64

- Interfaces with regulatory and governmental agencies, vendors, contractors, toll industry organizations, and customers on matters related to toll operations
- Participates in development, implementation of policies, objectives, short-and long-range planning; develops and implements projects and programs to assist in accomplishment of established goals
- Maintains detailed records of bridge traffic and provides reliable revenue estimates for the development of the Authority's annual operating budget

## III.    REQUIRED KNOWLEDGE, SKILLS AND ABILITIES:

- Ability to supervise, motivate, lead, and develop staff, including organizing, prioritizing, and scheduling work assignments in a complex operating environment
- Knowledge of sound management principles, practices, and procedures
- Knowledge of business and financial practices related to vehicle toll collection and customer service center operations
- Knowledge of relevant regulations, protocols, and procedures and how they relate to the DMB Toll Operations mission
- Ability to identify, develop, and implement strategic and tactical plans and solutions
- Ability to establish and maintain effective working relationships with internal and external contacts
- Working knowledge of the E-Z Pass toll operations system
- Excellent personal computer, analytical, and customer service skills
- Excellent verbal, written, and presentation skills

## IV.    MINIMUM QUALIFICATIONS:

- A minimum of five (5) years of managerial experience in transportation, toll operations, or related field, including direct supervision of personnel
- Bachelor's Degree in public administration, business, or related field, or equivalent experience
- Three (3) years of budget development and management experience

**Preferred**

- Experience in manual and electronic toll collection operations
- Participation in the E-Z Pass Interagency Group committee activities.

## V.  LICENSES, REGISTRATIONS AND CERTIFICATES

- Valid driver's license

P 0910

A65

**************************

**Interested applicants must contact the Human Resources office NO LATER than 4:00 p.m., July 1, 2005.**

**Trudy Spence-Parker**
**Chief Human Resources Officer**

P 0911

A66

*Jupit 2005*

# RICHARD FRASETTO

*Toll Superintendent*

DRBA
HUMAN RESOURCES DEPT.

2005 APR 29 P 2: 55

591 Clinton Court
Mount Laurel, New Jersey 08054
(856) 234-0251
Email: RFrasetto@msn.com

## SUMMARY OF QUALIFICATIONS

- Proven Manager with Strong Integrity and Interpersonal skills
- Experienced Revenue Audit Manager and Toll Facility Operations professional
- In-depth knowledge of cash / electronic toll revenue collection systems
- Foster positive working relationships with internal and external customers

## EXPERIENCE:

### Mall Chevrolet, 75 Haddonfield Rd., Cherry Hill, New Jersey 08002

Present: Sales and Leasing Consultant

### Freedom Security Systems Inc., 393 Jericho Tpke, Mineola, New York 11501

2004-2005:  Loss Prevention Specialist

Sale of Digital Video Surveillance systems and Loss Prevention Solutions to businesses

- **Consultant** in Loss Prevention
- **Sales training** including One-call Closing techniques

### Delaware River Port Authority, 2 Riverside Drive, Camden, New Jersey 08101

2002-2004:  Manager of Revenue Audit

Managed Cash Toll Transportation, Processing, Auditing operations and systems;
Coached a team of 15 auditors

- **Developed a Team** environment following Divisional Reorganization
- **Advisor for Senior Management** appraising ongoing revenue security / processing procedures; recommended innovative solutions
- **Prepared IFB, RFQ and Contract documents**
- **Directed the Development** of surveillance and audit hardware/software applications
- **Coordinated E-ZPass Committee and Chaired** monthly staff meetings
- **Assisted in developing training programs** and performance measurement for toll collectors

D4115

A67

**RICHARD FRASETTO**                                                    page 2

1998-2002:  Supervisor of Toll Security

Responsible for Security Operation; supervised staff of 4 Toll Security Lieutenants

- **Initiated and Coordinated highly confidential investigations** into toll violations and employee theft, which resulted in apprehension of E-Zpass violators and toll collector terminations
- **Key Contributor** in development of the DRPA E-Zpass System Final Design Document, policies, procedures and Violation Enforcement System
- **Upgraded three surveillance systems** to accommodate downsizing of operations
- **Represented Management** at grievance hearings and toll collector termination cases
- **Increased Productivity** by implementing a Digital Video Audit System
- **Developed and Administered** revenue processing contract, reducing operating costs $600K+ annually
- **Prepared** Departmental Operating Budget of approximately $300K annually
- **Wrote three technology presentations** for the International Bridge, Tunnel and Turnpike Association and the Eastern States Transportation Network, as a member of their committees
- **Awarded** Certificates of Recognition, Appreciation and Commendation

1993-1998:  Toll Security Lieutenant

Analyzed thousands of hours of surveillance video and audited 50 + tours of duty daily

- **Performed field audits** of revenue security procedures at four bridge facilities
- **Distributed and controlled** toll scrip and commuter stickers inventory

1984-1993:  Toll Plaza Supervisor

- **Supervised Toll Plaza Operation** and Workforce of up to 20 staff during 24 hr. shifts, including management of cash fund, shift scheduling and traffic management
- **Managed customer service** issues and disputes on the toll plazas

EDUCATION

    Professional skills-enhancement seminars ( SkillPath, Padgett/Thompson )
    Liberal Arts, Burlington County Community College, Pemberton, NJ

MILITARY

    **U.S. Air Force, Honorable discharge**
    Minuteman Missile Mechanic; top-secret crypto security clearance;
    removed and replaced warheads and guidance and control systems

D4116

The Delaware River and Bay Authority
P.O. Box 71
New Castle, DE 19720

Solicited Resume/Applications
Position: _Supt Toll Ops_



DRBA
HUMAN RESOURCES DEPT.

2005 APR 28 A 9: 54

# THE DELAWARE RIVER AND BAY AUTHORITY
## APPLICATION FOR EMPLOYMENT

Interview Date/Time _Aug 23 - 9:45 Am_

**PLEASE NOTE:** The Delaware River and Bay Authority is an equal opportunity employer and selects the best matched individuals for the job based upon job related qualifications regardless of race, color, creed, sex, national origin, age, disability or other protected groups under state or federal equal opportunity laws. You can aid us in making a fair appraisal of those qualifications by answering each question as accurately as possible. We assure you that this application will be considered a confidential record.

1. Name **Richard** _(First)_ **Frasetto** _(Middle (Full))_ _(Last)_

2. Address **591 Clinton Court** _(Number)_ _(Street)_

   **Mount Laurel** _(City or Town)_ **NJ** _(State)_ **08054** _(Zip Code)_

3. Telephone No. 856-234-0251   856-266-34594 _Cell_    4. Are you 18 years or older? ☒ Yes ☐ No
   _Proof of age is required prior to starting employment_

5. Are you a U.S. citizen? ☒ Yes ☐ No
   NOTE: Please see attachment for questions concerning your eligibility for employment under the Immigration Reform and Control Act of 1986.

6. Social Security Number **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**

7. Person to be notified in case of emergency:
   **Christine Frasetto** _(Name)_   856-234-0251 _(Telephone No.)_
   **591 Clinton Ct** _(Address)_   **Mt. Laurel** _(City)_   **NJ** _(State)_

8. Have you ever worked for the Authority? ☐ Yes ☒ No

9. Have you ever applied for Authority employment before? ☒ Yes ☐ No
   If so, please list date and type of work: 06/2004 Toll Superintendent

10. Position desired or type of work (In order of preference)
    A. **Toll Superintendent**
    B. _____
    Will accept
    ☒ Permanent Position   ☐ Temporary Position

11. Date Available for work   **05**   **01**

12. Have you ever changed your name or been known by another name: ☐ Yes ☒ No
    If yes, explain below: _____

## LICENSES

13. Do you have a current driver's license? ☒ Yes ☐ No   Type of license: **Class D**   Operator's No: F7209-65500-08526
    State of issue: ___   Expires **10** / **31** / **2008**

14. Are you licensed to practice any trade or profession? ☐ Yes ☒ No   If yes, complete the following:

| NAME OF TRADE OR PROFESSIONAL LICENSE | ISSUED BY | DATE ISSUED | DATE EXPIRES |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

15. Special Skills: Operation of Office Machines (List shorthand and typewriting speeds), shop Equipment, Construction Machinery, Etc:
    **Typing: 45 wpm;   Computer repair**

D4117

A69

16. Education: Circle last school year completed:

1 2 3 4 5 6 7 8    9 10 11 12    13 14 15 16    17 18 19 20
      GRAMMAR     HIGH      COLLEGE      GRADUATE

| NAME OF SCHOOL | ADDRESS (IN FULL) | From Mo. | From Yr. | To Mo. | To Yr. | Graduate Yes | Graduate No | Type Degree or Diploma | Major | Minor | Class Standing or Grade Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| High School(s) Lenape Regional | Church and Hartford Rds, Medford, NJ | 09 | 1966 | 06 | 1970 | X | | | | | |
| Undergraduate College(s) Burlington County College | Pemberton, NJ | 09 | 1970 | 06 | 1971 | | x | | Liberal Arts | | |
| Graduate College(s) | | | | | | | | | | | |
| Other | | | | | | | | | | | |

17. Extra Curricular Activities or Honors: (Exclude those which indicate race, creed, color or national origin) _____

Commissioner for girl's basketball league in Mt. Laurel

Assistant coach for soccer and softball leagues

18. Do you have a high school equivalency diploma?  ☐ Yes  ☒ No

     If yes, date received _____ Issuing agency _____

19. Military Status.

     A.) Are you a veteran of the U.S. Armed Forces  ☒ Yes  ☐ No     D.) Serial Number: **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**

     B.) Branch of Service: **Air Force** _____     E.) Date of Entry: **01/10/1972**

     C.) Rank: **E-4** _____     F.) Date of Discharge: **01/10/1976**

                                               G.) Type of Discharge: **Honorable**

     Are you a member of a Reserve?  ☐ Yes  ☒ No    If yes, Active ☐  Inactive ☐  Name of Unit _____

     Briefly describe any special training while in Service which might be helpful to the Authority: _____

_____

_____

_____

20. Foreign Languages:

     Language: _____    Read ☐ Yes ☐ No    Write ☐ Yes ☐ No    Speak ☐ Yes ☐ No

     Language: _____    Read ☐ Yes ☐ No    Write ☐ Yes ☐ No    Speak ☐ Yes ☐ No

     Language: _____    Read ☐ Yes ☐ No    Write ☐ Yes ☐ No    Speak ☐ Yes ☐ No

21. Except for minor traffic violations, were you ever convicted of any violation of the law?  ☐ Yes  ☒ No  If yes, complete below

| NATURE | DATE | NAME AND LOCATION OF COURT | DISPOSITION OR RESULT |
|---|---|---|---|
| | | | |
| | | | |

Are you presently charged or awaiting disposition?  ☐ Yes  ☒ No

If yes, explain _____

_____

_____

_____

_____

NOTE: Arrest or conviction is not an automatic bar to employment, each case is considered on its own merits.

D4118

A70

**22. Employment History:**

List the last 5 positions you have held or all the positions held for the past five years. Accuracy of dates and addresses is essential.

| DATES | NAME AND ADDRESS OF EMPLOYER | SALARY | DESCRIPTION OF DUTIES |
|---|---|---|---|
| FROM: 03 Mo. 2005 Yr.<br>TO: pres nt Mo. Yr. | Name **Mall Chevrolet**<br>Address **75 Haddonfield Rd**<br>NUMBER STREET<br>**Cherry Hill** **NJ** **08002**<br>CITY or TOWN STATE ZIP<br>Name of Supervisor **Rowland Haines**<br>Title of Supervisor **Sales Manager** | LOWEST<br>$ commission<br>PER<br>LAST<br>$<br>PER | Title **Sales and Leasing Consultant**<br>Duties **Sales of new and used vehicles**<br><br>Reason for Leaving: **My ongoing desire to continue career in the Toll Industry** |
| FROM: 09 Mo. 2004 Yr.<br>TO: 03 Mo. 2005 Yr. | Name **Freedom Security Systems**<br>Address **393 Jericho Tpke, Suite 201**<br>NUMBER STREET<br>**Mineola** **NY** **11501**<br>CITY or TOWN STATE ZIP<br>Name of Supervisor **Jonathan Bloom**<br>Title of Supervisor **District Sales Manager** | LOWEST<br>$ Commission<br>PER<br>LAST<br>$<br>PER | Title **Loss Prevention Agent**<br>Duties **Sale of video surveillance systems and loss prevention consultation**<br><br>Reason for Leaving **Pursue an opportunity in the automobile industry** |
| FROM: 03 Mo. 2002 Yr.<br>TO: 02 Mo. 2004 Yr. | Name **Delaware River Port Authority**<br>Address **2 Riverside Dr**<br>NUMBER STREET<br>**Camden** **NJ** **08101**<br>CITY or TOWN STATE ZIP<br>Name of Supervisor **James Quinn**<br>Title of Supervisor **Director of Revenue** | LOWEST<br>$ 71,000<br>PER Yr.<br>LAST<br>$ 75,000<br>PER Yr. | Title **Revenue Audit Manager**<br>Duties **Manage the transportation, processing and security of DRPA cash toll revenues.**<br><br>Reason for Leaving **Management downsizing** |
| FROM: 06 Mo. 1998 Yr.<br>TO: 03 Mo. 2002 Yr. | Name **Delaware River Port Authority**<br>Address **2 Riverside Dr**<br>NUMBER STREET<br>**Camden** **NJ** **08101**<br>CITY or TOWN STATE ZIP<br>Name of Supervisor **James Quinn**<br>Title of Supervisor **Director of Revenue** | LOWEST<br>$ 54,000<br>PER Yr.<br>LAST<br>$ 58,000<br>PER Yr. | Title **Toll Security Supervisor**<br>Duties **Supervise 4 toll security lieutenants and oversee the security of toll revenues.**<br><br>Reason for Leaving **Promotion** |
| FROM: 04 Mo. 1993 Yr.<br>TO: 06 Mo. 1998 Yr. | Name **Delaware River Port Authority**<br>Address **2 Riverside Dr**<br>NUMBER STREET<br>**Camden** **NJ** **08101**<br>CITY or TOWN STATE ZIP<br>Name of Supervisor **James Quinn**<br>Title of Supervisor **Director of Revenue** | LOWEST<br>$ 46,000<br>PER Yr.<br>LAST<br>$ 52,000<br>PER Yr. | Title **Toll Security Lieutenant**<br>Duties **Conduct surveillance of toll collectors and toll accounting clerks; audit toll collector tours of duty**<br><br>Reason for Leaving **Promotion** |

**23. References:** (Give at least five personal references – Non-related)

| Name | Address | | | | Phone Number | Business or Occupation |
|------|---------|--|--|--|--------------|------------------------|
| Frederick Hartley | 2111 Georgian Dr | Cinnaminson | NJ | 08077 | 856-829-4701 | IT Security Specialist |
| Nancy D'Amico | 613 Josie Ct | Williamstown | NJ | 08094 | 856-629-4417 | Teacher |
| Linda Ashley | 2 Riverside Dr | Camden | NJ | 08101 | 856-968-2000 | HR Administrator |
| Stanley Ozalis | 1300 Route 73 North | Palmyra | NJ | 08065 | 856-829-1900 | Manager |
| Larry Gasperone | 2 Riverside Dr | Camden | NJ | 08101 | 856-968-2180 | Supervisor |

REMARKS

_____
_____
_____
_____
_____
_____
_____
_____

## READ THE FOLLOWING CAREFULLY BEFORE SIGNING

It is my understanding that the Delaware River and Bay Authority will make a thorough investigation of my entire work history and may verify all data given in this application for employment, related papers or oral interviews. I authorize such investigation and the giving and receiving of any information requested by the Delaware River and Bay Authority and I release from liability any person giving or receiving such information. I authorize any physician or hospital to release information that may be necessary to determine my ability to perform the duties of a job I am being considered for prior to employment or in the future during my employment by the Delaware River and Bay Authority. I consent to take a medical or mental examination by a qualified physician at the discretion of the Executive Director. I understand that falsification of data so given or other information which is unacceptable to the Delaware River and Bay Authority which is discovered as a result of this investigation may prevent my being hired, or if hired may subject me to immediate dismissal. I understand that business needs may at times make the following conditions mandatory: overtime, shift work, a rotating work schedule, or a work schedule other than Monday through Friday and I accept these as conditions of my continuing employment.

Signature _____    Date _____

## DO NOT WRITE BELOW THIS LINE

Application Received _____

Application Approved _____

Aptitude Tests Given _____

D4120

A72

Solicited Resume/Application
Position: Supt Tolls 07

Interview Date/Time
Aug 23 - 2:45

Howard L. Moon Jr., MBA
6 South Merriment Drive
Newark, DE 19702

April 21, 2005

Delaware River and Bay Authority
Human Resources Department
Route 295 & New Castle Ave P.O. Box 71
New Castle, Delaware 19720

Re:     Toll Superintendent (Toll Administrator)

To whom it may concern:

I am very pleased at an opportunity to apply for the Delaware River and Bay Authority Toll Superintendent (Toll Administrator) position. My broad depth of transportation agency managerial experience, organizational insights and dedication to performance and service excellence ideally fit the position requirements.

My value proposition is to give the DRBA, surrounding communities, employees, customers and public, a commitment and dedication to performance and service excellence second to none. My experience, knowledge, and ability to influence and work with and through others will help me succeed in developing mission congruent leaders and employees to support the "DRBA Story" and Leadership Institute.

Attached is my resume for the Delaware River and Bay Authority Toll Superintendent (Toll Administrator) position.  I look forward to interviewing for the position in the near future.


Sincerely,

Howard L. Moon Jr., MBA

cc:     Trudy Spence-Parker
        Andrew Ritchie
        Consuella Petty-Judkins


D4139

A73

*ory 10i*
*2005*

6 South Merriment Drive    Phone: 302-571-6406
Newark, Delaware 19702    Fax:    302-571-6367
E-mail: howard.moon@villanova.edu

# Howard L. Moon Jr., MBA

| | |
|---|---|
| **Qualifications Summary** | Broad depth of transportation agency experience in strategic planning and execution, management and leadership, communications, customer service, operations, technology and financial analysis and administration. |

**Highlights include but not limited to:**
- Cape May Lewes Ferry business and revenue growth
- Developed Reservations and EZ-Pass consolidation business plans, DRBA Internet Business Case, and CML Ferry Communications, Customer Service and Marketing Support business case
- Toll and transportation industry research and trend analysis
- Electronic tolls planning , training and implementation
- Designed and oversaw building the EZ-Pass and Reservations Call Centers
- Worked with American Express and DRBA Bridge Director to lower DRBA EZ-Pass and CML Ferry credit card transaction rates and migrate additional businesses to accept Amex
- DRBA Strategic Planning Communications Task Force Co-Chairman
- Responsible for eliminating swing shift schedules for DMB manual toll operations employees
- Assisting in developing CML Ferry Standard Operating Procedures
- AFOS and Nortel Networks Symposium support and implementation
- Developing and implementing customer service and supervisors training programs

| | | | |
|---|---|---|---|
| **Education** | **Villanova University** | **Radnor, Pennsylvania** | **5/04** |
| | **Masters Business Administration** | | **Executive Management** |

**International Study and Project Abroad**
- Santiago, Chile
- Buenos Aires, Argentina

**Decision Technology EZ-Pass Semester Team Project**
- Worked with Director of Bridge Operations and led VEMBA project team in developing an Analytic Hierarchy Process (AHP) decision analysis for the DRBA Electronic and Manual Toll Operation

| | | |
|---|---|---|
| **University of Delaware** | **Newark, Delaware** | **5/02** |
| **B.S. Business Administration – Cum Laude** | | |

- Beta Gamma Sigma
- 2002 Alfred Dunn III Business Administration Award
- Golden Key Honor Society

| | | | |
|---|---|---|---|
| **Executive Certificate** | **Harvard University** | **Boston, Massachusetts** | **2/03** |
| | **Driving Organizational Performance** | | **JFK School of Government** |

D4140

A74

*moon*
*Sept 7th*
*2005*

| Professional Experience | Delaware River & Bay Authority<br>Reservations Administrator/Manager | New Castle, Delaware<br>2/96 – Present |
|---|---|---|

**Duties, experience and responsibilities include but not limited to:**

- Directing and maintaining Reservations operation, system and center
- Managing and supervising workforce including work allocation, problem resolution, evaluating performance, handling personnel actions, and influencing employees to achieve peak productivity and performance
- Designing and developing business plans, strategic plans and business cases
- Performing industry travel, ferry, economic, marketing and technology research
- Analyzing and reporting financial, technology and economic trends
- Forecasting revenues, growth and performing cost/volume/profit analysis
- Preparing annual operating budget proposals and presenting to budget committee
- Formulated DRBA Internal Factor Analysis Summary (IFAS)
- Conducted Communications Task Force Team presentation before DRBA Senior Leadership and Chain of Command, Communications, Leadership, and Social Functions and Recognition team members
- Formulating and conducting presentations before Board of Commissioners and Executive Staff
- Participating in DRBA Executive planning sessions
- Working with Marketing, Public Information Officer and Advertising agencies to develop and implement marketing strategies and programs
- Tracked and analyzed EZ-Pass performance metrics
- Negotiating contracts, hiring and managing vendors
- Led project management team in building new call centers
- Formulating written policies, procedures and SOP's
- Recruiting and maintaining highly diverse workforce
- Hiring, laying off and re-assigning personnel as operational needs dictate and performance warrants
- Creating, developing and implementing customer service and custom employee training and orientation programs
- Formulated computer systems analysis reports and facilitated implementation of AFOS Reservations and Nortel Symposium systems

D4141

A75



**Accomplishments include but not limited to:**

- Increased yearly revenue 246% (seven year period)
- Increased contribution margins 816% and net income 1000+%(seven year period)
- Increased profit margins from -.30 to 65% (seven year period)
- Achieved 85 – 90% excellent customer approval ratings on annual Cape May – Lewes Ferry surveys (five years consecutively)
- Represented DRBA and presented seminar at IQPC Conference in Atlanta, Georgia on Improving Quality through Employee Participation and Buy-In
- Created and implemented successful employee incentives program

**Delaware River & Bay Authority**                    **New Castle, Delaware**
Toll Collector Delaware Memorial Bridge                    11/92 – 1/96

**Duties, experience and responsibilities include but not limited to:**

- Manual toll collection and customer service
- Money counting and deposits
- Handling and reporting traffic accidents and emergencies

**Professional Certificates**

**Certificates include but not limited to:**

- **Villanova University -** Strategy Execution and Leadership
- **RC Taylor & Associates -** DRBA Executive Management Development
- **KARRASS -** The Effective Negotiating Course
- **University of Delaware -** Supervision and Leadership Certification Program
- **University of Delaware -** Training and Employee Development Program
- **State of Delaware -** Supervision Certification
- **IMCI -** Strategic Planning for Senior Call Center Managers
- **IMCI -** Incoming Call Center Management
- **Rutgers University –** Improving Call Center Processes
- **AT&T College of Call Center Excellence Certification:** Leadership and Strategy Development, Human Resource Planning and Management, Forecasting Call Loads, Maximizing Contact Center and Customer Enabling Technologies, Workforce Management and Scheduling, Customer Satisfaction, Contact Reporting and Tracking, and Benchmarking
- **AMA -** Developing Powerful Employee Orientation Programs
- **AMA –** Coaching and Teambuilding for Managers
- **DRBA -** Blue Ribbon Customer Service (DMB Tolls)

**Computer Literacy**

**Skills include but not limited to:**

- Microsoft Word and Corel WordPerfect
- Microsoft Excel and PHStat2
- Microsoft Power-Point and Corel Presentations
- Database Management Software: Oracle and Microsoft Access
- **Specialized Software:** AFOS, BANI, KRONOS, MUNIS, VECTOR(EZ-Pass), Expert Choice,  iThink, Nortel Networks Symposium, POM and SPSS

D4142

A76

**Superintendent Toll Operations**
**Full-Time**
**Tuesday, August 23, 2005**
**9:00 AM – 2:45 PM**
**Interviews conducted at the Bridge**

Attendee(s):    Jim Walls
                Gerry DiNicola Owens
                Trudy Spence-Parker

| Sec Tab | Candidate | Position | Time | Location | Jim Score | Gerry Score | Trudy Score | Score |
|---|---|---|---|---|---|---|---|---|
| 1 | James Tarburton | Super Toll Ops | 9:00 am | New Lower | 4.0 | 4 | 2 | 10 |
| 2 | Ricard Frasetto | Super Toll Ops | 9:45 am | New Lower | 9.5 | 9 | 9.2 | 27.7 |
| 3 | Gary Fullman | Super Toll Ops | 10:00 am | New Lower | 7.0 | 7.5 | 8 | 22.5 |
| 4 | Joe DeSantis [Internal] | Super Toll Ops | 1:00 pm | New Lower | 6.5 | 7.75 | 8.0 | 22.25 |
| | | | | Lunch Break 12:00 – 1:00 pm | | | | |
| 5 | Joe Zecca [Internal] | Super Toll Ops | 3:00 pm | New Lower | 2.0 | 5 | 5 | 12 |
| 6 | Jeff Hoffman [Internal] | Super Toll Ops | 3:45 pm | New Lower | 2.0 | 5 | 5 | 12 |
| 7 | John Hickey | Super Toll Ops | 2:00 pm | New Lower | 8.0 | 7.5 | 7.8 | 23.3 |
| 8 | Howard Moon [Internal] | Super Toll Ops | 4:45 pm | New Lower | 5.0 | 6.75 | 6 | 17.75 |

**All interviews are conducted In Person (45 minutes interviews)**

D4111

A77

Superintendent of Toll Operations 2nd Round Interview Scores Tuesday, August 23, 2005

Interview Panel

| Applicants | Jim Walls Interview Scores | Gerry DiNicola–Owens Interview Scores | Trudy Spence–Parker Interview Scores | Total Scores |
|---|---|---|---|---|
| James Tarburton | 4.0 | 4.0 | 2.0 | 10.0 |
| Richard Frasetto | 9.5 | 9.0 | 9.2 | 27.7 |
| Gary Fullman | 7.0 | 7.5 | 8.0 | 22.5 |
| Joe DeSantis (I) | 6.5 | 7.75 | 8.0 | 22.25 |
| Joe Zecca (I) | 2.0 | 5.0 | 5.0 | 12.0 |
| Jeff Hoffman (I) | 2.0 | 5.0 | 5.0 | 12.0 |
| John Hickey | 8.0 | 7.5 | 7.8 | 23.3 |
| Howard Moon (I) | 5.0 | 6.75 | 6.0 | 17.75 |

* I–indicates Internal Candidates

* All candidates are scored on a scale of 1 to 10

D4108

A78

**Superintendent Toll Operations**
**Full-Time**
**Tuesday, August 23, 2005**
**9:00 AM – 2:45 PM**
**Interviews conducted at the Bridge**

Attendee(s): _____

| Sec Tab | Candidate | Position | Time | Location | Jim Score | Gerry Score | Trudy Score | Score |
|---|---|---|---|---|---|---|---|---|
| 1 | James Tarburton | Super Toll Ops | 9:00 am | New Lower | | | 2 | |
| 2 | Ricard Frasetto | Super Toll Ops | 9:45 am | New Lower | | | ·9.2 | |
| 3 | Gary Fullman | Super Toll Ops | 10:00 am | New Lower | | | 8 | |
| 4 | Joe DeSantis [Internal] | Super Toll Ops | 10:45 am | New Lower | 1:00 | | 80 | |
| | | | Lunch Break 12:00 – 1:00 pm | | | | | |
| 5 | Joe Zecca [Internal] | Super Toll Ops | 1:00 pm | New Lower | 3.00 | | 5 | |
| 6 | Jeff Hoffman [Internal] | Super Toll Ops | 1:45 pm | New Lower | 3.45 | | 5 | |
| 7 | John Hickey | Super Toll Ops | 2:00 pm | New Lower | 30 | | 78 | |
| 8 | Howard Moon [Internal] | Super Toll Ops | 2:45 pm | New Lower | 4:45 | | 6 | |

**All interviews are conducted In Person (45 minutes interviews)**

D4144

**Superintendent Toll Operations**
**Full-Time**
**Tuesday, August 23, 2005**
**9:00 AM – 2:45 PM**
**Interviews conducted at the Bridge**

Attendee(s):  _Trudy Spence-Parker_

_Jim Walls_

_Gerry DiNicola-Owens_

_____

| Sec Tab | Candidate | Position | Time | Location | Jim Score | Gerry Score | Trudy Score | Score |
|---------|-----------|----------|------|----------|-----------|-------------|-------------|-------|
| 1 | James Tarburton | Super Toll Ops | 9:00 am | New Lower | 4.0 | | | |
| 2 | Ricard Frasetto ① | Super Toll Ops | 9:45 am | New Lower | 9.5 | | | |
| 3 | Gary Fullman ③ | Super Toll Ops | 10:00 am | New Lower | 7.0 | | | |
| 4 | Joe DeSantis [Internal] ④ | Super Toll Ops | 10:45 am 1ᵖᵐ | New Lower | 6.5 | | | |
| | | Lunch Break 12:00 – 1:00 pm | | | | | | |
| 5 | Joe Zecca [Internal] | Super Toll Ops | 1:00 pm | New Lower | 2.0 | | | |
| 6 | Jeff Hoffman [Internal] | Super Toll Ops | 1:45 pm | New Lower | 2.0 | | | |
| 7 | John Hickey ② | Super Toll Ops | 2:00 pm | New Lower | 8.0 | | | |
| 8 | Howard Moon [Internal] | Super Toll Ops | 2:45 pm | New Lower | 5.0 | | | |

**All interviews are conducted In Person (45 minutes interviews)**

D4177

A80

**Superintendent Toll Operations**
**Full-Time**
**Tuesday, August 23, 2005**
**9:00 AM – 2:45 PM**
**Interviews conducted at the Bridge**

Attendee(s):    _Gerry    DiNicola–Owens_

| Sec Tab | Candidate | Position | Time | Location | Jim Score | Gerry Score | Trudy Score | Score |
|---------|-----------|----------|------|----------|-----------|-------------|-------------|-------|
| 1 | James Tarburton | Super Toll Ops | 9:00 am | New Lower | | 4 | | |
| 2 | Ricard Frasetto | Super Toll Ops | 9:45 am | New Lower | | 9 | | |
| 3 | Gary Fullman | Super Toll Ops | 10:00 am | New Lower | | 7.5 | | |
| 4 | Joe DeSantis [Internal] | Super Toll Ops | ~~10:45 am~~ 1:00 pm :15 pm | New Lower | | 7.75 | | |
| | | | **Lunch Break** **12:00 – 1:00 pm** | | | | | |
| 5 | Joe Zecca [Internal] | Super Toll Ops | 1:00 pm | New Lower | | 5 | | |
| 6 | Jeff Hoffman [Internal] | Super Toll Ops | 1:45 pm | New Lower | | 5 | | |
| 7 | John Hickey | Super Toll Ops | 2:00 pm | New Lower | | 7.5 | | |
| 8 | Howard Moon [Internal] | Super Toll Ops | 2:45 pm | New Lower | | 6.75 | | |

**All interviews are conducted In Person (45 minutes interviews)**

D4211

A81

**Delaware River and Bay Authority**
**Interview Questions**

Candidate Name: _Richard Feratto_     Date: _8/23/05_

Position: <u>Superintendent – Toll Operations</u>

Interviewed By: _____     Score: _9 12_

*This individual will be a key member of the Maintenance South Leadership Team and will need to provide the requisite organizational leadership to satisfy mission requirements and to effect change as appropriate. Operational excellence, integrity, teamwork, communication and accountability are cornerstones of the organization and the person in this position must be able to execute these roles is a passionate and competent manner.*

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

<u>Interview Questions:</u>

1. **What would you do in your first 30 days on the job?**  *good answer*

   *What is the Toll's Philosophy outlook as a Leader - Ranger on*

   *35/40 day - Learning curve - get to know employees Chain of Command - Structure of the organization Sept 1 / Aug. to get acquainted w/ the process*

2. **Please describe your experience in preparing and managing operating budgets.**

   *involved in Budgets of DRPA familiar of Transportation. Understands tolls need to turn toll gantries efficiently*

3. **Tell us about any experience you have in dealing with unions.**

   *good answer*   *DRPA unions - familiar w/ Tolls Unions*

   *ie Toll shortages reimbursements + mediation of Toll Collectors & Unions*

   *good toll Collector experience*   *Previous George Unions*

<span style="float:right">D4149</span>

1

HLA SETTE
SUPT TOLLS
2005-TSF

**4. How do you motivate employees and hold them accountable for what they do?**

- identify goals + keep employees focused on the goals
- need to delegate // communicate y team

**5. How do you handle employees who resist your changes? Please give an example.**

people for an answer

lines of communications open - Clear communicate

y Resistors - Treat Resistors fairly o Communicate Clearly

**6. Do you have any experience in managing transportation, toll operations, or a related field, if so, please describe.**

Best Practice Customer + revenue focus

- Plaza - work y Toll collection Staff - How deep is his Mgt experience?
- w/Toll managers

Toll Plaza Supervisor 84 → 93 (Betsy Ross Br. & Walt Whitman Bridge)

**7. Please describe any experience you have with money-handling operations and the protection of revenues.**

- Revenue Audit Manager _____ (2 years 2002/2004)
- Transaction based System
- Audit collectors using video systems
- looked at activity in the lanes - 86 Serves the Court y //
- outsourced the county y $ 2001

**8. Please describe any experience you have in managing a customer service center.**

listened to issues every week for 3 yrs

DRBA - E2-Pass Development - involved in this - developed this g question. (Telephones

How to Create and increase efficiencies
ETC violation processing + enforcement System

Confident outgoing personable

- believes he can contribute

time to Job 2

D4150

A83

*MASETTO*
*SUPT TOLL*
*2005 T88*

9. **Please describe your knowledge of, or experience with, credit card operations and equity.**

- Offer incentives ACH ?
- Educate customers
- Need to work around because it costs the Authority more credit cards

10. **Please describe your experience in manual or electronic revenue collection operations, especially any experience in toll collections.**

- Very experienced
- Cash Revenue system - new plan - or application for Toll industry

11. **This position represents the Authority on the E-ZPass Interagency Group, the governing body of E-ZPass toll agencies. What experience do you have in representing your employer on a professional or industry organization?**

DRPA Rep 4 IEG (Violations Team)
Manual U tools

IBTTA        PA Turnpike Policy meeting expire

12. **Please describe any experience you may have with revenue recovery activities, including coordination with law enforcement agencies.**

*INNOVATIVE or Tactical.*

Toll Collector - Cash
2002. ETC case
worked 4 Bridge directors
Set posting operation

"I Bought the string operation to light..."

13. **Have you ever been involved in a price change for customers? What steps would you take to make sure a toll increase was seamless to customers?**   *DRPA*

1 way people

- Lane by lane basis  shut down + bring back up
- phased in the off... session
- do at point 4 minimal Traffic

(3) times

D4151

3

14. Please tell us about your experience in analyzing complex problems, formulating positions based on organizational needs, presenting positions to senior management, and building consensus among internal/external stakeholders.

*Used on example based on his*
*tell on peun.*

15. What questions can we answer for you?

*Need questions*
*— Short term goals*
*— tell violations over sea*

*25 people - all shifts*
*Audit 13 people*
*Acct 10 pple*

*Off. ability (9)*
*People skills (9.5)*

*— Not accomp satisfied*
*w/ personal accomplishments*

*Hands on - person*

*Believes he can absolutely do this*
*job*

D4152

4

A85

# Delaware River and Bay Authority
## Interview Questions

Candidate Name: _Richary Prafetto_    Date: _8-22-05_

Position: **Superintendent – Toll Operations**

Interviewed By: _____    Score: _____

*This individual will be a key member of the Maintenance South Leadership Team and will need to provide the requisite organizational leadership to satisfy mission requirements and to effect change as appropriate. Operational excellence, integrity, teamwork, communication and accountability are cornerstones of the organization and the person in this position must be able to execute these roles is a passionate and competent manner.*

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

## Interview Questions:

1. **What would you do in your first 30 days on the job?**

   - Learn systems, hands-on individual, get to know people, organization structure, chain-of-command, would start learning before actual start date
   - Focus Tolls mission
   - Establish self as leader early on

2. **Please describe your experience in preparing and managing operating budgets.**

   - Port Authority Dept Budget - familiar with trans. funding issues (SM costs, govt funding, need for cost-efficiency, look for ways to improve processes + control costs)

3. **Tell us about any experience you have in dealing with unions.**

   - DRPA unions - dealt closely
     - Security-end of business - $ over $ overstage = toll collectors pay the difference (mediation with toll collectors)
   - Also involved in out-sourcing "money-counting" process
   - Toll Collector - disciplinary action (theft + pram)
     - incl. testifying in court
   - Union grievance hearings,

1                                                    D4182

A86

4. **How do you motivate employees and hold them accountable for what they do?**

— 1ST: IDENTIFY THE GOALS, KEEP EMPLOYEES FOCUSED, POSITIVE MANNER
— NEED TO DELEGATE (EMPOWER) YOUR TEAM/EMPLOYEES
— CONNECT EMPLOYEES IN MAINSTREAM.
—

5. **How do you handle employees who resist your changes? Please give an example.**

— ESPECIALLY TO KEEP LINE OF COMMUNICATION ISSUE — UNDERSTAND REASON FOR RESISTANCE — MAKE SURE THEY KNOW MISSION/VALUE

— PERSONALITY CONFLICT — FOLLOW HR POLICY (DISCIPLINE) FOR THOSE WHO RESIST ( TREAT THEM FAIRLY BUT BE DIRECT).

— 1.E. TOLL OPS — COLLECTOR-GOT ON EMPLOYEES' NERVES, — EVENTUALLY FOLLOWED DISCIPLINARY ACTION & LEFT AUTHORITY

6. **Do you have any experience in managing transportation, toll operations, or a related field, if so, please describe.**

— TOLL OPS: PLAZA 24HR OPERATION, TOLL/FINANCE SECURITY PLAZA OVERSEES TOLL PLAZA SUPV. 8-9 YEARS, 1984-1993 BETSY ROSS & WALT WHITMAN BRIDGE

— 1999-2004 — E-ZPASS IMPLEMENTATION & NEW TOLL SYSTEM, DEVELOPED NEW TOLL SYSTEM & E-ZPASS AVOIDING, EXPERTISE IN SECURITY, INCL. VIOLATION ENFORCEMENT SYSTEM

— SERVED ON IBTTA COMMITTEE, " IRONING OUT ETC BUGS " (STAYS CURRENT WITH INDUSTRY)

7. **Please describe any experience you have with money-handling operations and the protection of revenues.**

— DRPA — REVENUE AUDIT MGR — (INCL. $6.00 THRESHHOLD FOR COLLECTOR REPAYMENT
⤷ TOLL PROBLEMS RECONCILE WITH TOLL COLLECTOR RECORDS/CLASSIFICATION).
— VIDEO SECURITY — ROUTINE/REGULAR OBSERVATION OF COLLECTOR/MONEY COUNT
— SENSITIVE ISSUE: ELIMINATED TOLL COUNTING — OUTSOURCED TO BANK
— WORKED WITH VENDOR TO ALLOW DRPA ACCESS TO VIDEOS OF BANK COUNT
(PAUSING MADE THIS HAPPEN.) [ NOTE: SECURITY SAVED COLLECTORS FROM LOSSES]

8. **Please describe any experience you have in managing a customer service center.**

— DURING E-ZPASS DEVELOPMENT: CSC STRATEGY, OPERATION, TELEPHONE ISSUES (3 YEARS EXP) AUTOMATED PHONE SYSTEM, CSC REPS EFFICIENCY, ETC VIOLATION PROCESSING AT CSC CENTER — VIOLATION ENFORCEMENT SYSTEM.

D4183

A87

9. **Please describe your knowledge of, or experience with, credit card operations and equity.**

– CREDIT CARDS COST TOO MUCH (@4%)
– "ACH" INCENTIVES FOR CUSTOMERS.
– NEED TO WORK THROUGH THE ISSUE ( CREDIT CARD COSTS vs. ACH No/Low COST )
– ETC SYSTEMS WILL EVENTUALLY BE INTEGRATED WITH HOMELAND SECURITY SYS
– AUSTRALIA: PRE-PAID, PREMIUM BASED TOLL CARDS

10. **Please describe your experience in manual or electronic revenue collection operations, especially any experience in toll collections.**

– TOLL PLAZA MGR. THEN ETC/SECURITY ___ OPS.

– NOTE: CASH VAULTS IN TOLL BOOTHS (MONEY COUNTED ALL DAY LONG)

11. **This position represents the Authority on the E-ZPass Interagency Group, the governing body of E-ZPass toll agencies. What experience do you have in representing your employer on a professional or industry organization?**

– DRPA – IAG VIOLATIONS TEAM RE: MANUAL V-TOLLS
    IBTTA – MADE SOME PRESENTATIONS
    PA TURNPIKE – POLICY MEETINGS.
– ENJOYS SHARING INFORMATION WITH PEERS.

12. **Please describe any experience you may have with revenue recovery activities, including coordination with law enforcement agencies.**

– DRPA ← COURT-READINESS – RECOVERING FARES WHEN LANE WAS CLOSED.



    ETC CUSTOMER: – $10,000 IN ARREARS, USED AVDIT SYSTEM TO
    DETERMINE WHEN CUSTOMER TRAVELED, DROVE TO CUSTOMERS HOME,
    TO VALIDATE VEHICLE, ARRANGED STING OPERATION, ARRESTED ✱
    WENT TO COURT TO RECOVER MONEY.

13. **Have you ever been involved in a price change for customers? What steps would you take to make sure a toll increase was seamless to customers?**

– ESTABLISH TIME/DATE EFFECTIVE FOR INCREASE
    – SWITCH SOFTWARE OVER          (1-3 LANES AT A TIME)
    – DO DURING MINIMAL TRAFFIC

– BIG CHANGE: WHEN WENT TO ONE-WAY TOLL, PLUS
    5 OTHER TOLL RATE CHANGES

3

D4184

A88

14. Please tell us about your experience in analyzing complex problems, formulating positions based on organizational needs, presenting positions to senior management, and building consensus among internal/external stakeholders.

→ USED TOLL INCREASE AT AN EXAMPLE.

15. What questions can we answer for you?

• WEB-SIGHT - JUNE TRAFFIC FIGURES FOR JUNE ($50 MONEY WRITTEN OFF VIOLATIONS)

• 1% VIOLATION RATES (can always get better).
    ↳ LINK TO VEHICLE REGISTRATIONS OFTEN IN TRANS-BILL.

• WHAT ARE THE SHORT-TERM GOALS FOR TOLL OPERATIONS.

✶ DRPA- MGMT POSITION AT REASON FOR DELAWARE DRPA (27 JOBS).

✶ MANAGED = 2 {AT-ATIME EMPLOYEES IN TOLL, LIEUTENANT TOLL}   13 IN AUDIT DEPT, 10 IN ACCOUNTING DEPT LIEUTENANT SECURITY

✶ ORGANIZATION ABILITY: 9
✶ PEOPLE SKILLS = 9.5
✶ WEAKNESS: IMPATIENT, CRITICAL OF SELF

✶ VERY LOYAL, HANDS-ON STYLE
✶ CONTINUED DEVELOPMENT OF PEOPLE SKILLS
✶ AVOIDED COMPLACENCY, IT'S A DISEASE.
✶

D4185

A89

*and electronic toll collection with strong recon and asset security audit experience.*

## Delaware River and Bay Authority
## Interview Questions

Candidate Name: Richard Frasello          Date: 8/03/05

Position: Superintendent – Toll Operations

Interviewed By: XX Owens          Score: 9.0

*This individual will be a key member of the Maintenance South Leadership Team and will need to provide the requisite organizational leadership to satisfy mission requirements and to effect change as appropriate. Operational excellence, integrity, teamwork, communication and accountability are cornerstones of the organization and the person in this position must be able to execute these roles is a passionate and competent manner.*

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

## Interview Questions:

1. **What would you do in your first 30 days on the job?** - Become acquainted with systems - hands on with employees - Areas of Concern · Put in as much time as possible - Need to know toll ops mission · Establish self as a leader early

   *Good*

2. **Please describe your experience in preparing and managing operating budgets.**
   Prepare budget for department at DRPA - much smaller scale · Very intense work patterns facing toll industry - dwindling funds, gas prices, privatization - Set ways to improve. Exp. monitoring toll schedules - overtime process

   *Good Answer*

3. **Tell us about any experience you have in dealing with unions.**
   Security work at DRPA - for 11yrs - DRPA charges for shortage - dealt with conflict resolution - mediation. DRPA outsourced recon - likes a problems with Union - saved to help the transition run smooth. Handled theft of services - involved in grievance hearings

   *Good Experience*

1

A90

*[handwritten top right: TransServe / Supt Tolls / 2005 - GDO]*

**4.** How do you motivate employees and hold them accountable for what they do? *Identify goals - keep employees focused on goals - great deal of oversight - need to delegate - let team do what's best - pull them if they go off - keep positive*

*[margin: God?]*

**5.** How do you handle employees who resist your changes? Please give an example. *Keep lines of communication open - attempt to understand their situation one why they feel this way - explain how their actions affect team - stay focused on goals - those are problems individual - most follow HR rules*

*[margin: Fought it / for example]*

**6.** Do you have any experience in managing transportation, toll operations, or a related field, if so, please describe. *Plaza level management experience - Betsy Ross & Walt Whitman / 8 to 11 years - France side was oversight. 1999 - Contributor in E-ZPass & New Toll System - helped setup audit / Expertise in Security - key in developing VPS*

*[margin: Stay up to date on Industry / knows & understand Mark IV Contract / God!]*

**7.** Please describe any experience you have with money-handling operations and the protection of revenues. *DRPA - Revenue Management Manager - audit collectors using video surveillance - unique accounting system - only 1 of 2 agencies that charge shortages. Out sourced counting money - shipping money to bank - required blue vests so allows them to view video - developed process*

*[margin: Good Experience]*

**8.** Please describe any experience you have in managing a customer service center. *During DRPA E-ZPass setup - had weekly meetings drawing everyone - out sourced CSC. Involved with Violation Processing at onset. listened to process & Sys. familiar with all aspects*

*[margin: No hands on but experience applicable to job]*

2

D4217

A91

*[handwritten top margin notes, partly illegible]* Morton working with C.C. client lower rates

*[handwritten right margin]* FRASETTI Supt Toll 2005-6?

**9. Please describe your knowledge of, or experience with, credit card operations and equity.**

*[handwritten left margin]* Answered like DSPA Gives employer

Costs too much - offering incentive to educate towards ACH - need to work around it

Cost the Authorities more for C.C. replenishment. Fewer the better

**10. Please describe your experience in manual or electronic revenue collection operations, especially any experience in toll collections.**

*[handwritten left margin]* Not the answer I would like but I knew forestry?

Developed a system for Cash Revenue System - worked

Armored Car System - Used at CMLT - 400 500

**11. This position represents the Authority on the E-ZPass Interagency Group, the governing body of E-ZPass toll agencies. What experience do you have in representing your employer on a professional or industry organization?**

*[handwritten left margin]* Okay

Represented DSPA at Violation Processing Team. on V-Tolls JBTTA. presented - Meeting at PA Turnpike - Policy Committee Meetings

*[handwritten right margin]* Enjoys sharing information with Peers

**12. Please describe any experience you may have with revenue recovery activities, including coordination with law enforcement agencies.**

*[handwritten left margin]* Good

Available to appear in court to DSPA - for collector collects bill in closed lane - stoppages Used VPS to track major violator thru bills - ($10,000) set up stings operation - just before leaving DSPA. They have been very successful to response to stop operation - sts

*[handwritten left margin]* No Opposed

**13. Have you ever been involved in a price change for customers? What steps would you take to make sure a toll increase was seamless to customers?**

*[handwritten left margin]* Public Relations   Not High level - 400 into the detail

Plan on time - shut down the lane - stop traffic - phased in - 2 am in the morning - when traffic is a minimum

D4218

A92

*Morsello*
*Supr Tol*
*2005-6-8*

14. Please tell us about your experience in analyzing complex problems, formulating positions based on organizational needs, presenting positions to senior management, and building consensus among internal/external stakeholders.

*Okey - bad may have confused by the question*

*Went through "thought process" of toll increase*

15. What questions can we answer for you?

*Asked about FMB - ~~~~~ " Allowance for Uncollectable Toll".*

*Asked about Violation Rate*

*Asked about Short Term Goals - next 6 month*

*Asked why we unanct*

*Trudy's questions - How many people by you manage*

*- 25 in tolls*

*- 13 in audit*

*- 10 accounting /indirecber*

*Organizal Skills.   9*

*People Skills   - 9½*

*Describe Weakness  Get on self too hard about mistakes - bring we down*

A93

*Howard does appear to have potential for this
job - He does not have Real Knowledge Skills
+ abilities.*

## Delaware River and Bay Authority
## Interview Questions

**Candidate Name:** Howard Moon   **Date:** 8/23/05

**Position:** <u>Superintendent – Toll Operations</u>

**Interviewed By:** _____   **Score:** _____

*This individual will be a key member of the Maintenance South Leadership Team and will need to provide the requisite organizational leadership to satisfy mission requirements and to effect change as appropriate. Operational excellence, integrity, teamwork, communication and accountability are cornerstones of the organization and the person in this position must be able to execute these roles is a passionate and competent manner.*

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

---

### Interview Questions:

1. **What would you do in your first 30 days on the job?**

   Total assessment - Policies   ITCS   Audits   Toll booths
   Safety   faults + equipment
   Meet w/ Joe DeSantis + Doug Ages
   Meet w/ Jerry   Mike Scanlan - all
   Robin, Finance, Show all budgets for a direction from Jim Walls

2. **Please describe your experience in preparing and managing operating budgets.**

   - 10 yrs of budget experience w/ DRBA
   - Proposing Budgets w/ Personnel, forecasts
   - Budget analysis for family Business

3. **Tell us about any experience you have in dealing with unions.**

   AmTrack- NY Penn station - Train attendant 1.5 yrs
   Cleaned heading the Sunny side yards
   (familiar w/ Union issues)

   [not adequate response]

1

D4172

A94

*star* *need to Recognize* Performance / hold people *Before xcut*

*Sept Tci 2005*

**4. How do you motivate employees and hold them <u>accountable</u> for what they do?**

- Create an enviornmt where employees kotivate themselves *Peebles*
- Create Trust
- Communicate
- look for active Participation

**5. How do you handle employees who resist your changes? Please give an example.**

- Resistance → try to understand underly.

*Close interview w/ HR*

- Assumptions
- Gain
- follow policies & procedures

*(not adequte before)*

*looking for the Turn around*

**6. Do you have any experience in managing transportation, toll operations, or a related field, if so, please describe.**

*3½ yrs toll collector*

Transportation — Ferry operations — some simil. to ty
10 yrs experience in doing so — Active participation w/entry of
his input Regard E-Z pass. 1 year of Training gave alot give insight
abot person shifts. — Volunteered DOT shift

**7. Please describe any experience you have with money-handling operations and the protection of revenues.**

— in Toll collector only

As a Toll Collector Odent y

[Not Adequte Response]    [xco protection of Revenue]

**8. Please describe any experience you have in managing a customer service center.**

— HM · *believes this is* strongest suit. — Reservations Center for
Cape May Lewes Ferry

« looking to bring back the Customer Centered Culture
Liken this to the Blue Ribbon culture

2

D4173

A95

*Sept 2005*

*Not knowledgeable or hands on*

**9. Please describe your knowledge of, or experience with, credit card operations and equity.**

*Credit Cards are primarily used of*
*Ferry Reservations · [Does he have the e-zpay issue correct?] — May know accidentally*
*but an xcel. Since no hands on experience.*

*Change forms*

*CC debit only*

**10. Please describe your experience in manual or electronic revenue collection operations, especially any experience in toll collections.**

*No strategy or managerial experience*

*Collector for 3½ years*  →  *Some individual toll collector experience*

*Toll collector experience only. No electronic Revenue experience.*

**11. This position represents the Authority on the E-ZPass Interagency Group, the governing body of E-ZPass toll agencies. What experience do you have in representing your employer on a professional or industry organization?**

*Believes he has the ability to represent the Authority*

*Negotiating skills — does not answer the question*
*Spoke about his fathers experience @ DRPA*

*[Did not answer the question]*

**12. Please describe any experience you may have with revenue recovery activities, including coordination with law enforcement agencies.**

*Not adequate*

*Collections of Commercial accounts — Buses*
*7 years of collections*
*[No experience. but has knowledge]*

**13. Have you ever been involved in a price change for customers? What steps would you take to make sure a toll increase was seamless to customers?**

*" Involved in a lot of price changes @ authority "*

→ *Need to have good Public Relations. Need to ensure good communications + Customer Service*

*[No Manager level experience]*

D4174

3

A96

Sept
2005

**14.** Please tell us about your experience in analyzing complex problems, formulating positions based on organizational needs, presenting positions to senior management, and building <u>consensus among internal/external</u> <u>stakeholders</u>.

Complex problem - call center management staffing establish a standard. Meet customer demand for adequate service. Articulate & communicate to management.

*Answers on server on the fly*

Build Consensus - Must find common ground.

- does not necessarily have the experience to justify the answer.

**15.** What questions can we answer for you?

— No questions about the process
  OR about the job

—————————

Jim Walls answers the leadership questions
  - deliver results
  - have great relationships

Mgt. Philosophy → • leadership the ability to take people to a place they did not think they could go.

Understands the theory but I did not see examples in the interview)

• SC's mgt.

• drive to produce results

• emotional intelligence & self awareness

4                                    D4175

A97

# Delaware River and Bay Authority
## Interview Questions

Candidate Name: _Howard Moon_____    Date:_____

Position: **Superintendent – Toll Operations**

Interviewed By: _____    Score:_____

*This individual will be a key member of the Maintenance South Leadership Team and will need to provide the requisite organizational leadership to satisfy mission requirements and to effect change as appropriate. Operational excellence, integrity, teamwork, communication and accountability are cornerstones of the organization and the person in this position must be able to execute these roles is a passionate and competent manner.*

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

## Interview Questions:

1. **What would you do in your first 30 days on the job?**

   - TOTAL ASSESSMENT: SOPS, SAFETYS ISSUE, TOMS SYSTEMS, LOOK AT AUDITS: LOOK AT FACILITY + EQUIPMENT
   - MEET DEPUTYS + ASST'S SUPERVISORS, THEN GREATLY RUN PRELIM ISSUES, POLICE, SCANLON, TOLL RECONCILIATION,

   - THEN MEET WITH TIM WARD RE: DIRECTION

2. **Please describe your experience in preparing and managing operating budgets.**

   - 10 YRS - DRBA BUDGETING: PROPOSED BUDGETS RE: PERSONNEL, RUNNING PERCENTAGE

3. **Tell us about any experience you have in dealing with unions.**

   - YES.
   - WORKED FOR AMTRAK AS TRAIN ATTENDANT. (AS A UNION MEMBER) (18 MO
     - R.R ISSUE: DH TO SUNNYSIDE YARD (PHYSICIAN WORK ISSUE)

1

A98

4. **How do you motivate employees and hold them accountable for what they do?**

—CREATE ENVIRONMENT WHERE EMPLOYEES MOTIVATE THEMSELVES, RECOGNIZE & REWARD EMPLOYEES, LET EMPLOYEES TALK, INVOLVE EMPLOYEES IN THE PROCESS.

—HOLD EMPLOYEES ACCOUNTABLE, RIGOROUS NOT RUTHLESS.

5. **How do you handle employees who resist your changes? Please give an example.**

—TRY TO UNDERSTAND THE EMPLOYEES ISSUE — BE FAIR & CONSISTENT, DOCUMENT, FOLLOW AUTHORITY PROCEDURES.

*(NO EXAMPLE GIVEN)*

—HAVE GOOD PERFORMANCE METRICS IN PLACE

6. **Do you have any experience in managing transportation, toll operations, or a related field, if so, please describe.**

→ MANAGING TRANSPORTATION: VERY FAMILIAR, THE CHIEF HAS TOLL BOOTH

→ 3½ YEARS AS TOLL COLLECTOR — HIRED 11/92

7. **Please describe any experience you have with money-handling operations and the protection of revenues.**

—TOLL COLLECTING — $4-6,000/PER MS/+F.

—BUS GROUP FROM BALTO — PAYS IN CASH FOR THEM SELF.

—NO PROTECTION OF REVENUES EXPERIENCE

8. **Please describe any experience you have in managing a customer service center.**

—RESERVATIONS CUSTOMER SERVICE CENTER — MANAGED.

—CUSTOMER-CENTRIC CULTURE — WE'RE ON THE RIGHT PLACE.

2

D4207

A99

9. **Please describe your knowledge of, or experience with, credit card operations and equity.**

— *CREDIT CARDS, REVENUE IS A GREAT CARD OPERATION.*

— *CREDIT EQUITY/TOLLS ISSUE ACCOUNT REPLENISHMENT WITH CREDIT CARD, WE USE A BLENDED RATE OF CC FEES, → WORKED WITH CUSR TO LOWER AX FEES.*

10. **Please describe your experience in manual or electronic revenue collection operations, especially any experience in toll collections.**

— <u>MANUAL</u>: *TOLL COLLECTOR FOR 3½ YEARS, THIS IS A CRITICAL JOB.*

— *ADMISSION...*

11. **This position represents the Authority on the E-ZPass Interagency Group, the governing body of E-ZPass toll agencies. What experience do you have in representing your employer on a professional or industry organization?**

— *I HAVE VERY GOOD NEGOTIATING SKILLS,*

— *YOU NEED HIGH DEGREE OF EMOTIONAL INTELLIGENCE AND SOCIAL SKILLS.*

— *EXECUTIVE MBA EXPERIENCE*

*(DID NOT ANSWER QUESTION)*

12. **Please describe any experience you may have with revenue recovery activities, including coordination with law enforcement agencies.**

→ *COLLECTIONS FOR COMMERCIAL ACCOUNTS (GULF PARKS) — 7 YEARS EXPERIENCE*

13. **Have you ever been involved in a price change for customers? What steps would you take to make sure a toll increase was seamless to customers?**

→ *QUITE A FEW PRICE CHANGES: TOLL INCREASE + GULF PASS INCREASE*

→ *WANT GOOD PUBLIC RELATIONS*

→ *MAKE SURE EVERYBODY IS SAYING THE SAME THING, THAT'S WHERE CUSTOMER SERVICE CENTERS ARE IMPORTANT*

3

A100

14. Please tell us about your experience in analyzing complex problems, formulating positions based on organizational needs, presenting positions to senior management, and building consensus among internal/external stakeholders.

→ ~~COMPUTER~~ COMPLEX ISSUES: CALL ~~CENTER~~ CENTER STAFFING + TOO MANY OR TOO FEW. (ESTABLISH STANDARDS, DEVELOP POSITIONS

→ CONSIDER THE VISION OR THE AUTHORITY TO CREATE POSITIONS.

→ BUILDING CONSENSUS: HAVE TO FIND COMMON GROUND, MAKING OPERATIONS GETS MOST OF THE ATTENTION,

15. What questions can we answer for you?

Q: "WHAT DO YOU LOOK FOR IN AN EFFECTIVE LEADER?"

Q:

MGMT PHILOSOPHY: "TAKE PEOPLE TO A PLACE WHERE THEY DON'T THINK THEY CAN GO"

4

D4209

A101

*as interview went on - Did not express how past experience applied # to this job*

# Delaware River and Bay Authority
## Interview Questions

Candidate Name: _Hour E Moon_          Date: _8/03/05_

Position: **Superintendent – Toll Operations**

Interviewed By: _____          Score: _6.75_

*This individual will be a key member of the Maintenance South Leadership Team and will need to provide the requisite organizational leadership to satisfy mission requirements and to effect change as appropriate. Operational excellence, integrity, teamwork, communication and accountability are cornerstones of the organization and the person in this position must be able to execute these roles is a passionate and competent manner.*

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

## Interview Questions:

1. **What would you do in your first 30 days on the job?**

   *Ask Grand Funny - Dril Assesment - Policies Procedures, SOPs and Safety. Look a) ITCs & TUS.*

   *Good   took Meet with Managers & Supervisors and CIO, Meet with Director of Tech Ops, Meet with Police, Taccon & John Jones - give report to COO*

2. **Please describe your experience in preparing and managing operating budgets.**

   *Good Experience   10 yrs - Prepay budgets & personel - a little capital - some forcasting. Budget Analysis & family business*

3. **Tell us about any experience you have in dealing with unions.**

   *No Real Experience   Yes - worked for Amtrak as rail road police. Contract - Most vivid memory. Instrumental in negotiations for both sides - (not part of negotiating team) & familiar with the issues*

1

A102

*Supt Toll*
*2005-GD*

4. **How do you motivate employees and hold them accountable for what they do?** Create environment where employees motivate themselves - build ~~want~~ respect - line of communication open

Good    reward system

Protect voices from below -

Get active participation - Ownership in process

Hold them accountable - rigors w/ fairness

5. **How do you handle employees who resist your changes? Please give an example.** Try to identify underlying assumptions - fair & consistent

Okay    follow policies & procedures - document - better to get employee to turn around - good performance metrics in place - need close interface with HR

6. **Do you have any experience in managing transportation, toll operations, or a related field, if so, please describe.**

Terry Ops - toll booths at ferry & at the bridge -

Poor    very familiar with ferry part of toll operations -
Answer    very beginning spent a lot of time w/ Electronic tolls (3½ yrs as toll collector) - As toll collector put togther proposal for permanent shifts

7. **Please describe any experience you have with money-handling operations and the protection of revenues.**

Limited    Toll Collectors - counted money - intersection areas
Experience    Toll collectors

Handle money in reservations - cash - limited and checks - collection with commercial accounts

8. **Please describe any experience you have in managing a customer service center.** Strongest point - ~~create~~ developed training programs

Good    moving in the right direction - concentric customer
Experience    Service -

Developing Programs, Techniques, One - Contact

2

D4241

A103

9. **Please describe your knowledge of, or experience with, credit card operations and equity.** ~~Concerns primarily~~ ~~experience~~ Credit card issues Understands concept of equity - price of doing business involved with lower AMEX rate - use to handle charge backs -

10. **Please describe your experience in manual or electronic revenue collection operations, especially any experience in toll collections.** Collector for

Limited 3½ yrs at bridge - gave different insight on two importance - toll collector is - critical job -

11. **This position represents the Authority on the E-ZPass Interagency Group, the governing body of E-ZPass toll agencies. What experience do you have in representing your employer on a professional or industry organization?**

Does Not Apply

Good negotiating skills and abilities - competitive advantage in 1987 failure was Commission with DRPA - would see what was going on - Must be a person with a high degree of Emotional Intelligence, Communication Skills,

12. **Please describe any experience you may have with revenue recovery activities, including coordination with law enforcement agencies.**

Not really applicable

Collection of Commercial Accounts - 7 yrs ~~expose~~ dealing with G.M. of companies Good Knowledge of VES + meeting with Joe DiStefano Knows about Violators lists

13. **Have you ever been involved in a price change for customers? What steps would you take to make sure a toll increase was seamless to customers?**

OKay

Quite a few price changes. toll increase in tolls and several ferry Make sure everyone has the same answer - Good PR - Have CSC aware of Communicate to customers + people

D4242

A104

*Supr Toc*
*2005-Gb.*

14. Please tell us about your experience in analyzing complex problems, formulating positions based on organizational needs, presenting positions to senior management, and building consensus among internal/external stakeholders.

*Answer Was Off Track*

*Call Center Mgmt. — Too Many People for Calls / Not Enough People — Must do regression / Stat Array / Look at Standards — try to establish what the statistics are — Work the positions in reservations — based upon needs of business. Articulate & communicate to management —*

15. What questions can we answer for you?

*connect vision & goals —*

*Must find common ground — Tes. — out of sight — out of mind — trying to get Top Corp to understand need for additional support. Internal — $5 fee justifying to External customers*

*Howard's Comments —*
*"Leadership is the ability to take a group of people to places they do not think they can go"*

*Competent*
*Courageous*
*Committed*
*Caring*

*Good manager will take people under them — when move on Company will not suffer*

*Ask tough questions — drive to produce results*
*Emotional Intelligence — "Self Awareness" "Self Regulation"*
*Motivations — drive to be Ethical, Moral — Make a difference*

D4243

A105



# THE DELAWARE RIVER AND BAY AUTHORITY

Delaware Memorial Bridge
Post Office Box 71
New Castle, Delaware 19720
Tel.: (302) 571-6300
Fax: (302) 571-6367

Cape May-Lewes Ferry
Post Office Box 827
North Cape May, New Jersey 08204
Tel.: (609) 889-7200
Fax: (609) 886-1021

## DIRECTOR-FERRY OPERATIONS

### Location: Cape May, NJ

### Salary: $90,716 (Grade F)

**Opening Date: July 29, 2005**                    **Closing Date: August 29, 2005**

(External recruitment may continue beyond posting date.)

## POSITION SUMMARY

This position reports to the Chief Operations Officer and directs the development, planning, operation, and administration of the Cape May-Lewes Ferry System and the Three Forts Crossing. The position provides leadership and direction of ferry operations in strict compliance with U.S. Coast Guard regulations and other government laws and regulations to ensure a safe operating environment for employees and the public. This position represents the Authority in ferry affairs and acts as liaison with government agencies and industry contacts to market the ferry system and to improve services. This position directs operations, vessel maintenance, and administrative staff in support of ferry activities. The Director-Ferry Operations reports to the Chief Operations Officer.

## ESSENTIAL DUTIES AND RESPONSIBILITIES

- Directs CMLF and Three Forts ferry activities, including marine operations, customer service, vessel maintenance, and terminal operations
- Serves as the ferry industry domain expert for the Delaware River & Bay Authority
- Working with organized labor force
- Oversees the development and management of new programs, productivity standards, operating procedures, security plans, and strategic business plans
- Supports the Deputy Executive Director in the development and implementation of ferry marketing plans
- Interfaces with regulatory agencies on operational and facilities issues
- Ensures compliance of ferry operations with U.S. Coast Guard (USCG) and other regulatory standards

P 0906

A106

- Acts as the Authority's liaison with the American Bureau of Shipping
- Prepares, coordinates, and manages $20-25 million annual operating budget
- Provides technical and business input on five-year Capital Plan; responsible for execution
- Represents the Authority on committees, boards, and working groups for the development of policies related to the ferry community and industry
- Manages CMLF and Three Forts workforce


## REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES

- Knowledge of effective leadership and management theories, principles, and practices and how to best apply them to ensure optimal effectiveness
- Knowledge of ferry and maritime business procedures and practices
- Management principles and practices of ferry and maritime operations, safety, and maintenance
- Knowledge of state and federal laws, regulations, and certification requirements applying to ferry/maritime operations, maintenance, environment, safety, and security
- Operation and maintenance of ferry vessels, facilities, and equipment
- Financial practices related to ferry transportation systems
- Lead and manage a diverse, highly-skilled workforce in a complex operating environment
- Identify, develop, and implement strategic and tactical plans and solutions
- Create and sustain a positive work environment that enables staff to achieve their priorities
- Attract, develop, and retain capable and committed staff who are dedicated to the success of the Authority
- Establish and maintain effective working relationships with internal and external contacts
- Communicate effectively, verbally and in writing


## MINIMUM QUALIFICATIONS

- Bachelor's Degree in Business or Marine Sciences, or equivalent work experience
- Five years of managerial experience in marine transportation operations, with transportation of vehicles and/or passengers preferred

## LICENSES, REGISTRATIONS, AND CERTIFICATES

- A valid driver's license
- USCG Chief Engineers or Masters license for vessels of the size used in Cape May-Ferry operations and valid U.S. Merchant Mariners Document (MMD) preferred

************************

Interested applicants must contact the Human Resources office
NO LATER than 4:00 p.m., August 29, 2005.

Trudy Spence-Parker
Chief Human Resources Officer

P 0908

A108

*Internal Applicant*

MUNIS 10.31.06
APP-00-7682
20/32

DRBA
EXECUTIVE DEPARTMENT

**DELAWARE RIVER AND BAY AUTHORITY**
DRBA HUMAN RESOURCES DEPT.
**EMPLOYEE APPLICANT FORM**

2006 OCT 25 P 4:24                    2006 OCT 27 P 12:06

To be considered for job classifications currently being recruited for by the Authority, all information requested on this form must be completed.

DATE _____*October 25, 2006*_____

NAME _____*Howard L. Moon Jr., MBA*_____

CURRENT
POSITION _____*Reservations Manager*_____

POSITION
APPLYING FOR _____*Director of Ferry Operations*_____

List all relevant experience and/or education that demonstrates that you meet the minimum qualifications and possess the knowledge, skills, and abilities required for the position being applied for (an additional page may be used if necessary). A recent resume may also be attached.

_____*See attached resume*_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

D3124

6 South Merriment Drive    Phone: 302-571-6406
Newark, Delaware 19702     Fax:    302-571-6367
                           E-mail: howard.moon@villanova.edu

# Howard L. Moon Jr., MBA

**Qualifications Summary**

Broad depth of transportation agency experience in strategic planning and execution, management and leadership, communications, customer service, operations, technology and financial analysis and administration.

**Highlights include but not limited to:**

- Forecasting and driving ferry business and revenue growth
- Working with Port Captain and Marine Operations managing, setting up and adjusting ferry vessel and passenger capacities through ferry system
- Directing and managing the DRBA's most diverse operations work group
- Participating in executive and strategic planning sessions
- DRBA Strategic Planning Communications Task Force Co-Chairman
- Strategic and business plans, DRBA Internet business and Cape May - Lewes Ferry communications, customer service and marketing support business cases
- Conducting financial, statistical and productivity analysis
- Project management and leading ferry operations process action teams
- Developing Cape May - Lewes Ferry Standard Operating Procedures
- Developing Ferry Reservations and Fare System Analysis
- Managing customer service and marketing research, support and development
- Developing, implementing and conducting leadership, customer service and supervisors training programs

**Accomplishments include but not limited to:**

- Increased yearly revenue 246% (seven year period)
- Increased contribution margins 816% and net income 1000+%(seven year period)
- Increased profit margins from -.30 to 65% (seven year period)
- Achieved 85 – 90% excellent customer approval ratings on annual Cape May – Lewes Ferry surveys (five years consecutively)
- Represented DRBA and presented seminar at IQPC Conference in Atlanta, Georgia on Improving Quality through Employee Participation and Buy-In

**Education**    **Villanova University**    **Radnor, Pennsylvania**    **5/04**
**Masters Business Administration**

**International Study and Project Abroad**
- Santiago, Chile
- Buenos Aires, Argentina

D3125

A110

University of Delaware     Newark, Delaware                          5/02
B.S. Business Administration – Cum Laude
- Beta Gamma Sigma
- 2002 Alfred Dunn III Business Administration Award
- Golden Key Honor Society

**Executive Certificate**

Harvard University     Boston, Massachusetts               2/03
Driving Organizational Performance     JFK School of Government

**Professional Experience**

Delaware River & Bay Authority               New Castle, Delaware
Reservations Administrator/Manager           2/96 – Present

Duties, experience and responsibilities include but not limited to:

- Managing and supervising ferry operations workforce including work allocation, problem resolution, performance planning and reviews, personnel actions, and influencing employees to achieve peak productivity and performance
- Collaborating with Port Captains and ferry management regarding ferry vessels schedules, weather conditions, traffic, operational issues and all vessels matters affecting ferry operations, patrons or general public
- Managing mail in, phone and electronic customer service for ferry operations
- Designing and developing strategic and business plans and business cases, performing industry travel, ferry, economic, marketing and technology research
- Analyzing and reporting financial, technology and economic trends, forecasting revenues, growth and performing cost/volume/profit analysis, and preparing annual operating budget proposals and presenting to budget committee
- Formulating and presenting Internal Factor Analysis Summary (IFAS)
- Conducting Communications Task Force Team presentation before DRBA Senior Leadership and Chain of Command, Communications, Leadership, and Social Functions and Recognition team members
- Conducting presentations before Board of Commissioners and Executive Staff
- Working with Marketing, Public Information Officer and Advertising agencies to develop and implement marketing strategies and programs
- Negotiating contracts, hiring and managing vendors

Delaware River & Bay Authority               New Castle, Delaware
Toll Collector Delaware Memorial Bridge      11/92 – 1/96

Duties, experience and responsibilities include but not limited to:

- Manual toll collection, money counting and deposits and customer service
- Handling and reporting traffic accidents and emergencies

D3120

A111

| | |
|---|---|
| **Professional Certificates** | **Certificates include but not limited to:** |

- **Villanova University** - Strategy Execution and Leadership
- **RC Taylor & Associates** - DRBA Executive Management Development
- **KARRASS** - The Effective Negotiating Course
- **University of Delaware** - Supervision and Leadership Certification Program
- **University of Delaware** - Training and Employee Development Program
- **State of Delaware** - Supervision Certification
- **IMCI** - Strategic Planning for Senior Call Center Managers
- **IMCI** - Incoming Call Center Management
- **Rutgers University** – Improving Call Center Processes
- **AT&T College of Call Center Excellence Certification:** Leadership and Strategy Development, Human Resource Planning and Management, Forecasting Call Loads, Maximizing Contact Center and Customer Enabling Technologies, Workforce Management and Scheduling, Customer Satisfaction, Contact Reporting and Tracking, and Benchmarking
- **AMA** - Developing Powerful Employee Orientation Programs
- **AMA** – Coaching and Teambuilding for Managers
- **DRBA** - Blue Ribbon Customer Service (DMB Tolls)
- **DRBA** – SCC Business & Community Outreach - Supervisory Leadership

| | |
|---|---|
| **Computer Literacy** | **Skills include but not limited to:** |

- Microsoft Word and Corel WordPerfect
- Microsoft Excel and PHStat2
- Microsoft Power-Point and Corel Presentations
- Database Management Software: Oracle and Microsoft Access
- **Specialized Software:** AFOS, BANI, KRONOS, MUNIS, VECTOR(EZ-Pass), Expert Choice, iThink, Nortel Networks Symposium, POM and SPSS

**D3127**

A112