IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR. | : |
| Plaintiff, | : C.A. No. 05-261 (GMS) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| THE DELAWARE RIVER AND BAY AUTHORITY | : |
| Defendant, | : |

## PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE CASE DISPOSITIVE MOTION

The Plaintiff, Howard Moon, Jr., moves for extension of time to file a response to Defendant's case dispositve motion brief by one (1) week, allowing for Plaintiff's Response to Defendant's Motion for Summary Judgment and reply brief to be filed on Tuesday, June 3, 2008. The grounds for the Motion are as follows:

1. The parties previously participated in a mediation conference with Magistrate Judge Stark on April 24, 2008, which did not result in a settlement. The parties have engaged in ongoing settlement discussions since the mediation conference.

2. The parties are currently engaged in settlement negotiations which hopefully will resolve the case by the end of this week.

3. This extension would not affect other deadlines set pursuant to the Court's Scheduling Order.

4. The parties are hopeful that the settlement negotiations will resolve the case and render moot any dispositve motions filed in this case.

WHEREFORE, Plaintiff respectfully request that his Motion To Extend Deadline to File a response to Defendant's Case Dispositive Motion be granted.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Hall
_____
JAMES P. HALL, ESQUIRE (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

DATE: May 27, 2008