IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR. | : |
| Plaintiff, | : C.A. No. 05-261 (GMS) |
| v. | : |
| THE DELAWARE RIVER AND BAY AUTHORITY | : JURY TRIAL DEMANDED |
| Defendant, | : |

### ORDER

Upon consideration of the Motion to Extend Deadline to File a Response to the Defendant's Case Dispositive Motion, it is hereby ORDERED that the Plaintiff's response to Defendant's Motion shall be filed by June 3, 2008, with subsequent briefing governed by the Local Rules of this Court.

_____
J.