# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
DAVID A. BILSON
MELISSA E. CARGNINO

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806
———
(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 COASTAL HIGHWAY
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO:_____

May 29, 2008

The Honorable Gregory M. Sleet
US District Court for the
District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RE:    Howard L. Moon, Jr. v. DRBA
       CA No.:       05-261 (GMS) & 07-358 (GMS)
       <u>Our File:    MOOHO-1</u>

Dear Judge Sleet:

As your Honor is aware, I represent the plaintiff in the above-captioned matter. I am pleased to report that the above-captioned matter has settled. The parties are in the process of reviewing and executing the settlement documents. I would expect that a stipulation of dismissal will be filed formally dismissing the action within thirty (30) days.

Respectfully Submitted,

JAMES P. HALL

JPH:dng
Cc: Adria Martinelli, Esquire
    Howard Moon